# In the United States Court of Federal Claims

**05-580C**

**Filed: May 27, 2005**

**CITY CRESCENT LIMITED PARTNERSHIP**

**v.**

**THE UNITED STATES**

**CITY CRESCENT LIMITED PARTNERSHIP: Exhibits 1 - 5 filed as an attachment to the complaint.**

The above document has been filed with the Clerk's Office in hard copy and is not available electronically. To view this document please contact the Clerk's Office at (202) 357-6400 between the hours of 8:45 am and 5:15 pm Eastern time.