IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CITY CRESCENT LIMITED PARTNERSHIP,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 05-580C<br>(Chief Judge Damich) |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Michael J. Dierberg as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Michael J. Dierberg
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530

Attention: Classification Unit
8th Floor

s/Michael J. Dierberg
Michael J. Dierberg
TRIAL ATTORNEY
Commercial Litigation Branch
Civil Division
Department of Justice
Telephone: (202) 353-0536
Facsimile: (202) 307-0972

July 7, 2005

CERTIFICATE OF FILING

I hereby certify that on July 7, 2005 a copy of foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Michael J. Dierberg