IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CITY CRESCENT LIMITED PARTNERSHIP,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 05-580<br>(Judge Damich) |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully requests a 30-day enlargement of time within which to respond to plaintiff’s complaint. The Government's response is currently due on July 26, 2005. The extension would bring the date for responding to the complaint to August 25, 2005. This is defendant's first request for an enlargement of time for this purpose. Counsel for plaintiff indicated on July 19, 2005 that plaintiff is not opposed to this motion.

This 30-day request for enlargement is necessitated by the fact that Government counsel has not yet received from the agency the litigation report required by 28 U.S.C. § 520(b). Because the litigation report is essential for formulating a response to this complaint, counsel for the Government will not be able to respond prior to receiving the report. The 30-day extension will provide sufficient time for agency counsel to provide the

litigation report and for defendant’s counsel to gather necessary information, review the litigation report, and respond to the complaint.

For these reasons, defendant respectfully requests that the Court grant defendant's motion for an enlargement of time of 30 days, to and including August 25, 2005, within which to respond to plaintiff’s complaint.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

/s/ Michael J. Dierberg
MICHAEL J. DIERBERG
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Fl.
1100 L. St. NW
Washington, DC 20530
Telephone: (202) 353-0536
Facsimile: (202) 307-0972

Attorneys for Defendant

July 21, 2005