**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| CITY CRESCENT LIMITED PARTNERSHIP, Plaintiff, | |
| v. | Case No. 05-580 (Chief Judge Damich) |
| THE UNITED STATES OF AMERICA, Defendant. | |

**ANSWER TO DEFENDANT'S COUNTERCLAIM**

COMES NOW Plaintiff, City Crescent Limited Partnership ("CCLP"), by counsel, and hereby files its Answer to Defendant's Counterclaim, as follows:

1. Paragraph 1 of Defendant's Counterclaim contains no allegations to which a response is required.

2. With respect to the allegations contained in Paragraph 2 of Defendant's Counterclaim, CCLP states that the Lease is a legal document that speaks for itself, and to the extent that the allegations contained in Paragraph 2 are inconsistent with the Lease, they are denied.

3. CCLP denies the allegations contained in Paragraph 3 of Defendant's Counterclaim.

4. CCLP denies the allegations contained in Paragraph 4 of Defendant's Counterclaim.

5. CCLP denies the allegations contained in Paragraph 5 of Defendant's Counterclaim.

## AFFIRMATIVE DEFENSES

1. Defendant's Counterclaim fails to state a claim upon which relief can be granted.

2. Defendant's Counterclaim is barred by the doctrines of waiver and/or estoppel.

3. Defendant's Counterclaim is barred by the doctrine of release.

4. Defendant's Counterclaim is barred because it failed to satisfy all of the requirements and conditions set forth in the Lease.

5. Defendant's Counterclaim is barred because its alleged damages are the result of its own actions, inactions and/or breaches.

6. Defendant's Counterclaim is barred because CCLP performed its duties and obligations set forth in the Lease.

7. Defendant's Counterclaim is barred to the extent it failed to mitigate its damages.

8. Defendant's Counterclaim is barred because it has not sustained any compensable damages or losses.

9. Defendant's Counterclaim is barred as a result of the establishment of a course of dealing between the parties.

10. Defendant's Counterclaim is barred by its failure to satisfy any conditions precedent necessary to exercise any alleged rights and remedies under the Lease.

11. CCLP reserves the right to rely upon such other defenses as may become available in law, in equity, or pursuant to statute and hereby reserves the right to amend its Answer to Defendant's Counterclaim to assert same.

Dated: September _, 2005.

Respectfully submitted,

City Crescent Limited Partnership

___________________________

Robert G. Watt, Esquire
Watt, Tieder, Hoffar & Fitzgerald, LLP
8405 Greensboro Drive, Suite 100
McLean, Virginia 22102
(703) 749-1000 (phone)
(703) 893-8029 (fax)

Counsel for Plaintiff, City Crescent Limited Partnership

Of Counsel:

C. Kelly Skrabak, Esquire
Watt, Tieder, Hoffar & Fitzgerald, LLP
8405 Greensboro Drive, Suite 100
McLean, Virginia 22102
(703) 749-1000 (phone)
(703) 893-8029 (fax)