**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **CITY CRESCENT LIMITED PARTNERSHIP,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 05-580** |
| | ) | **(Chief Judge Damich)** |
| **THE UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**PLAINTIFF, CITY CRESCENT LIMITED PARTNERSHIP'S,**
**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

COMES NOW Plaintiff, City Crescent Limited Partnership ("CCLP"), by counsel, pursuant to Rule 6(b)(1) of the Rules of the United States Court of Federal Claims and the Court's Special Procedures (Revised April 4, 2005), and respectfully requests this Honorable Court to grant this unopposed motion for enlargement of time within which the parties shall file their Joint Preliminary Status Report ("JPSR"). In support thereof, Plaintiff states as follows:

Pursuant to the Court's Special Procedures, the JPSR is due to be filed with the Court on November 7, 2005. However, due to logistical and scheduling issues caused by no fault of either party, counsel for the parties have not been able to coordinate all of the issues required to be set forth in the JPSR. Counsel for the parties agree that two additional weeks is sufficient to coordinate the outstanding items in the JPSR and, as a result, seek an enlargement of time until November 21, 2005 to file the JPSR.

Counsel for Plaintiff has discussed this matter with counsel for the Defendant, and represents that Defendant does not oppose this Motion.

For the foregoing reasons, Plaintiff respectfully requests that the Court grant this Unopposed Motion for Enlargement of Time.

Dated: November 4, 2005

Respectfully submitted,

City Crescent Limited Partnership

s/Robert G. Watt, Esquire
Robert G. Watt, Esquire
Watt, Tieder, Hoffar & Fitzgerald, LLP
8405 Greensboro Drive, Suite 100
McLean, Virginia 22102
(703) 749-1000 (phone)
(703) 893-8029 (fax)

Counsel for Plaintiff, City Crescent Limited Partnership

Of Counsel:

C. Kelly Skrabak, Esquire
Watt, Tieder, Hoffar & Fitzgerald, LLP
8405 Greensboro Drive, Suite 100
McLean, Virginia 22102
(703) 749-1000 (phone)
(703) 893-8029 (fax)

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **CITY CRESCENT LIMITED PARTNERSHIP,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 05-580** |
| | ) | **(Chief Judge Damich)** |
| **THE UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**ORDER**

THIS MATTER came before the Court on Plaintiff, City Crescent Limited Partnership's, Unopposed Motion for Enlargement of Time pursuant to Rule 6(b)(1) of the Rules of the United States Court of Federal Claims, and

UPON CONSIDERATION WHEREOF, and for cause shown, it is hereby

ORDERED that Plaintiff's Unopposed Motion for Enlargement of Time be, and the same is hereby GRANTED,

AND IT IS FURTHER ORDERED that the parties shall file their Joint Preliminary Status Report no later than November 21, 2005.

IT IS SO ORDERED.

Dated:________________

______________________________
The Honorable Edward J. Damich
Chief Judge