# In the United States Court of Federal Claims

No. 05-580

(Filed: December 20, 2005)

CITY CRESCENT,
LIMITED PARTNERSHIP,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

In a status conference call held December 20, 2005 with the undersigned, counsel for the parties mutually agreed to a briefing schedule for the filing of dispositive motions in this case. Accordingly:

1. Defendant shall file its Motion for Summary Judgment on or before February 1, 2006;

2. Plaintiff shall file its Response to Defendant's Motion for Summary Judgment, and Cross-Motion for Summary Judgment on or before March 3, 2006;

3. Defendant shall file its Reply in Support of its Motion for Summary Judgment, and Response to Plaintiff's Cross-Motion for Summary Judgment on or before March 17, 2006;

4. Plaintiff shall file its Reply in Support of its Cross-Motion for Summary Judgment on or before March 31, 2006;

5. Counsel specifically are referred to the procedures in Rule 56(h) of the Court's rules for the preparation or stipulation of Proposed Findings of Uncontroverted Facts. Strict compliance with Rule 56(h) will be expected;

6. In consideration of the recent transfer of this case to the undersigned, and by the mutual agreement of the parties, the Special Procedures Order issued by Chief Judge Edward J. Damich on July 7, 2005 shall no longer be in effect in this case.

**IT IS SO ORDERED.**

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge