IN THE UNITED STATES COURT OF FEDERAL CLAIMS

CITY CRESCENT LIMITED PARTNERSHIP,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

No. 05-580
(Judge Wheeler)

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully requests a 14 day enlargement of time within which to file its motion for summary judgment. The Government's motion is currently due on February 1, 2006. The extension would bring the date for filing the motion to February 15, 2006. This is defendant's first request for an enlargement of time for this purpose. Counsel for plaintiff indicated on January 27, 2006 that plaintiff is not opposed to this motion.

This request for enlargement is necessary because the Government has recently learned that there may be a material factual dispute regarding the base year of the lease at issue in this case, and the Government needs time to gather

documents to ascertain whether there is a material dispute regarding the base year. Resolving this issue prior to filing the motion for summary judgment will simplify briefing on the motions. For these reasons, defendant respectfully requests that the Court grant defendant's motion for an enlargement of time of 14 days, to and including February 15, 2006, within which to respond to file its motion for summary judgment.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

/s/ Michael J. Dierberg
MICHAEL J. DIERBERG
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Fl.
1100 L. St. NW
Washington, DC 20530
Telephone: (202) 353-0536
Facsimile: (202) 307-0972

February 1, 2006

Attorneys for Defendant