# In the United States Court of Federal Claims

No. 05-580

(Filed: February 2, 2006)

```
*************************************** *
                                        *
CITY CRESCENT, LIMITED PARTNERSHIP,     *
                                        *
                     Plaintiff,         *
                                        *
 v.                                     *
                                        *
THE UNITED STATES,                      *
                                        *
                     Defendant.         *
                                        *
*************************************** *
```

## ORDER

On February 1, 2006, counsel for Defendant filed with the Court an Unopposed Motion for Enlargement of Time concerning the dates established in the Court's Scheduling Order dated December 20, 2005. Accordingly:

1. Defendant shall file its Motion for Summary Judgment on or before February 15, 2006;

2. Plaintiff shall file its Response to Defendant's Motion for Summary Judgment, and Cross-Motion for Summary Judgment on or before March 17, 2006;

3. Defendant shall file its Reply in Support of its Motion for Summary Judgment, and Response to Plaintiff's Cross-Motion for Summary Judgment on or before March 31, 2006;

4. Plaintiff shall file its Reply in Support of its Cross-Motion for Summary Judgment on or before April 14, 2006.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge