# TURNING DOLLARS INTO ACTION

Downtown Partnership of Baltimore is a dynamic non-profit corporation dedicated to making Downtown Baltimore a great place to invest, work, live and play. As the leading advocate for Downtown, we work in partnership with business and government to identify needs, develop strategies, shape public policy and implement programs to strengthen the economic vitality of Downtown Baltimore and its role within the region. Below is a breakdown of how the Partnership maximizes investments from our members and partners.

**REVENUES**




**FUND ALLOCATION**



# DOWNTOWN PARTNERSHIP SUMMARY OF INITIATIVES

## DOWNTOWN PARTNERSHIP OF BALTIMORE

The Partnership's mission and work plan are to ensure the on-going economic growth of the existing business base and to support redevelopment, revitalization and new investment in key areas of Downtown. The goal is to create and maintain a diverse Downtown neighborhood for employees, visitors and residents. Initiatives include:

**BUSINESS & ECONOMIC DEVELOPMENT**

In its role of Downtown advocate, the Partnership seeks to eliminate obstacles to business growth through on-going troubleshooting and strategic planning of key issues facing the business community. Programs include:

- Business Retention Outreach
- Governmental and Institutional Relations
- Public Policy and Strategic Planning
- Key Development Efforts—
  - Parking/Transportation Improvements and Administration
    - Downtown Area Shuttle (DASH) service for Downtown employees and visitors
  - Central Business District Redevelopment
  - Retail Expansion
  - Downtown Housing Initiative
  - Small and Minority Business Outreach

**ECONOMIC RESEARCH & ANALYSIS**

The Partnership analyzes important trends and key economic indicators critical to Downtown as a means to maintaining a competitive business development environment. Results from this research are delivered through the following publications:

- State of Downtown Report—An Annual Economic Analysis of Downtown Baltimore
- Downtown Baltimore Annual Development Report
- Bi-monthly Business Development and Investment Update

**AREA REVITALIZATION**

The Partnership is a facilitator and supporter, along with other community partners, in driving investment and development to the following:

- Mt. Vernon Cultural District
- Charles Street Development Corporation
- WestSide Renaissance Corporation
- Downtown Housing Initiative

**MARKETING & COMMUNICATIONS**

A key goal of the Partnership is to foster a positive image of Downtown as a place to live, work and play. Marketing efforts include:

- Business Marketing
  - business events, publications and retention advertising
- Consumer Marketing
  - campaigns, promotions and events
- Residential Marketing
  - marketing to developers and residents
- Market Research
- Promotion of Clean and Safe Services
- GoDowntownBaltimore.com website