# DOWNTOWN PARTNERSHIP SUMMARY OF INITIATIVES

**MEMBERSHIP**

The Partnership is the voice of the Downtown business community, providing members with an array of benefits that allow business executives to be engaged and connected to Downtown's momentum and vitality. Member services include:

- Advocacy
- Networking Opportunities
- Targeted Business Events
- Annual Member Directory
- Quarterly Newsletter and Monthly E-mail Program
- Members Only Benefits on GoDowntownBaltimore.com website

## DOWNTOWN MANAGEMENT DISTRICT

Downtown Partnership manages and administers the delivery of clean and safe services for the Downtown Management District, a business improvement district encompassing 106 blocks in the core of Downtown Baltimore. Surcharges collected from property owners fund the following areas of focus:

**PUBLIC SAFETY**

The Partnership strives to create a comfortable, inviting and safe pedestrian environment for Downtown employees and visitors. Public Safety initiatives include:

- Public Safety Guides
- On-Call Escort Service
- Video Camera Patrol Network
- Public Safety Coalition
- Personal Safety Training
- Property Security Evaluations
- Street Smart Awareness Campaign
- Panhandling Interaction
- Homeless Outreach

**EXTERIOR ENVIRONMENT**

A clean, attractive and well-maintained Downtown is paramount to a healthy and prosperous business district and Downtown community. Partnership efforts in maintenance and beautification which compliment the public safety program include:

Maintenance
- Clean Sweep Ambassadors
- Litter and Graffiti Removal
- Maintenance Training
- Homeless Training and Employment
- Community Service Deployment

Beautification
- Streetscape Improvement Program
- Facade Improvement Program
- Landscaping and Maintenance
- Pedestrian Wayfinding/Signage System
- Open Space Improvements

Exhibit I