

DOWNTOWN
PARTNERSHIP

# 2003 ANNUAL REPORT