DOWNTOWN
PARTNERSHIP

SPRING 2004

Dear Members and Friends:

As the lead advocate for Downtown Baltimore, The Partnership is working hard every day to improve the environment for the area's businesses, residents and visitors. Each employee in our organization, no matter what their official title or job description, has one mission and one mission only – to make sure every Downtown employer, employee, resident and visitor has a positive experience here.


James L. Shea

Carrying out this mission requires attention to a broad spectrum of issues that includes picking up trash or removing graffiti. It involves working to stop aggressive panhandling or answering questions about City permits. And, it means securing new parking or helping bring new office, retail and residential space online, then filling it.

In 2003, we experienced success in all these areas. Phase I of the Streetscape improvements to Charles Street was completed and Phase II was nearing completion. Our events such as the Annual Meeting, *First Thursdays, Picnics in the Park* and the special *Hairspray Days Downtown* promotion drew record crowds and garnered valuable media attention. The innovative Court Watch program celebrated its one-year anniversary in October. We are set to expand Video Patrol to the Westside and Market Place. We also continued to play a significant role in economic development. Years of effort to increase parking have led to the creation of almost 4,000 new spaces. The six-year-old Downtown Housing Initiative has helped bring 1,800 new residents Downtown. And, the Façade Improvement Program has facilitated the beautification of 30 business buildings to date, and has stimulated more than $5 million in private investment.


Michele L. Whelley

We are pleased with these successes but recognize that Downtown is not static. It is constantly changing, with new challenges taking seed as other challenges are overcome. Even as we take a moment to recognize our accomplishments in 2003, rest assured we are also working hard to sustain this positive momentum into 2004 and beyond. For example, working with Mayor O'Malley and the City Office of Homeless Services, The Partnership introduced two important pieces of legislation to City Council. One will prohibit nighttime panhandling because of its negative effect on quality-of-life and the inherent danger it implies. The other bill will implement a two-year pilot program to dramatically increase outreach to the homeless.

We will continue to listen to our constituents, to build strong working relationships with our public and private sector partners, and to take on the issues that matter most to the Downtown community. In short, we will continue to make Downtown's environment the best it can be.

Sincerely,

James L. Shea
Chairman of the Board

Michele L. Whelley
President

# 2003 HIGHLIGHTS

In 2003, Downtown Partnership's reputation as a results-oriented organization was strengthened through a number of key accomplishments and the achievement of important milestones, including successes in several long-term initiatives developed and implemented during the past several years. Highlights of the organization's 2003 accomplishments include:

## STREETSCAPE IMPROVEMENTS

More than $10 million in Streetscape improvements were completed on sections of Baltimore Street, Eutaw Street, Lexington Street, Market Place and Saint Paul Place. Phase I of the Charles Street improvements was completed (from Lombard to Saratoga streets) and Phase II (from Saratoga to Centre streets) was well under way.

## PARKING PROGRESS

In 1997, The Partnership brought attention to the fact that Downtown was experiencing a chronic parking shortage that was driving businesses out of the area. By 2003, after years of tireless advocacy and with the strong support of Mayor O'Malley, 4,500 new spaces were added to Downtown's parking supply with 715 more currently under construction.

## TRANSPORTATION SUCCESS

The Downtown Area Shuttle (DASH) celebrated its first anniversary by achieving full ridership of approximately 920 riders from 74 member companies. Launched by The Partnership as a convenient and affordable satellite parking system, DASH ferries commuters between parking lots near Camden Yards and various stops on the Westside and in City Center.

## COURT WATCH ANNIVERSARY

October marked the one-year anniversary of Downtown's Court Watch program. This successful program was created by the Downtown Safety Coalition in conjunction with the Baltimore Police Department Central District, the Baltimore City State's Attorney's Office and the District Courts to increase the prosecution of quality-of-life crimes such as aggressive panhandling, public urination, illegal vending and vandalism. By stepping up community involvement in the legal system, Court Watch and its volunteers ensure that juries and prosecutors recognize the negative effect these offenses have on the community.

## RESIDENTIAL DEVELOPMENT

In 1997, The Partnership advocated for the creation of a more focused Downtown Housing Initiative to help develop market-rate rental housing, including the conversion of older, obsolete office space into apartments. In 2003, with the assistance of the Downtown Housing Initiative, more than 1,225 units were completed with an additional 1,075 under construction. Since 1999, 16 vacant or underutilized buildings have been recycled into housing, activating 1.1 million square feet of real estate and providing homes for 1,800 new residents.

## WAYFINDING SIGNAGE

The Partnership partnered with the Mount Vernon Cultural District to increase foot traffic and encourage more people to discover Downtown's great cultural institutions, architecture and attractions through the addition of new directional signs. Installation of the Pedestrian Wayfinding System began in October with approximately 70 signs placed throughout City Center and Mount Vernon. Six informational kiosks will be installed in spring 2004, and planning is underway for additional signs to debut on the Westside and near Camden Yards by fall 2004.

## DOWNTOWN MARKETING

The Partnership's networking, member and consumer events continued to draw record crowds. The *Business Over Breakfast* networking series attracted more than 1,200 attendees and the Annual Meeting had record attendance of more than 900. Thousands more enjoyed another great season of concerts, picnics and signature events such as *First Thursdays* concerts, *Picnics in the Park*, the Annual Lighting of the Washington Monument and the multi-event promotion *Hairspray Days Downtown*.

DOWNTOWN PARTNERSHIP

# 2003: THE YEAR IN REVIEW

Beyond the highlights, Downtown Partnership continues to strive to fulfill its mission of making Downtown a great place to live.

## DOWNTOWN: CLEANER, SAFER AND MORE BEAUTIFUL

The Partnership's successful Clean & Safe programs continue to make Downtown a more appealing place for workers, residents and visitors.

In 2003, Public Safety Guides assisted more than 200,000 citizens, visitors and employees, completed more than 130,000 checks on local businesses and provided nearly 725 Safety Escorts. Clean Sweep Ambassadors swept up more trash than ever – nearly 875 tons of litter and debris – and removed graffiti and posters from more than 3,000 locations, double the number from the previous year.

Beyond these fundamental Clean & Safe services, The Partnership continues to look for successful and innovative ways to enhance Downtown's appeal and appearance. These initiatives include:

## VIDEO PATROL

The Video Patrol program continued to increase safety Downtown. According to the most recent data available from the Baltimore Police Department, between 2001 and 2002, crime in Video Patrol areas was down 25% compared with the rest of the city. As 2003 ended, the current, 64-camera system was set to expand into two additional Downtown neighborhoods – the Westside and Market Place. The new cameras will feature a digital format that enhances picture quality and efficiency.

## COMMUNITY SERVICE WORKERS

The Partnership supervises the largest number of court-ordered community service workers in Baltimore other than the City itself. In 2003, 2,247 Community Service Workers were assigned more than 32,370 total hours of work through The Partnership, helping keep Downtown clean. This work was provided at no cost to The Partnership and augmented the ongoing responsibilities of the Clean Sweep Ambassadors — such as sidewalk and curb sweeping, graffiti removal and public space maintenance.



Downtown Partnership

Public Safety Guides on bike patrol.



Downtown Partnership

Safety Guides are Downtown's Ambassadors, helping more than 200,000 citizens, visitors and employees annually.