IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CITY CRESCENT LIMITED PARTNERSHIP,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 05-580<br>(Judge Wheeler) |

DEFENDANT'S UNOPPOSED MOTION FOR LEAVE
TO FILE CORRECTED APPENDIX

Defendant, the United States, respectfully requests that the Court grant defendant leave to file a corrected appendix to defendant's proposed findings of uncontroverted fact. The appendix was filed on February 15, 2006. In the process of separating the appendix into smaller portions capable of being accepted by the electronic filing system, defendant inadvertently omitted pages 53 to 72 of the appendix. In addition, pages 46 and 47 were difficult to read in the appendix due to the dark background of the image. These pages have been re-scanned so as to improve their legibility in the corrected appendix. Defendant has provided copies of these pages to plaintiff, City Crescent Limited Partnership ("City Crescent"), and counsel for City Crescent has indicated that City Crescent is not opposed to

this motion. For these reasons, we respectfully request that the Court grant defendant's motion for leave to file a corrected appendix.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

/s/ Michael J. Dierberg
MICHAEL J. DIERBERG
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Fl.
1100 L. St. NW
Washington, DC 20530
Telephone: (202) 353-0536
Facsimile: (202) 305-7643

March 10, 2006

Attorneys for Defendant