# DOWNTOWN PARTNERSHIP INITIATIVES FOCUS AREA

