DOWNTOWN PARTNERSHIP



# 2003 ANNUAL REPORT