# 2003: THE YEAR IN REVIEW

## DOWNTOWN CODE ENFORCEMENT

Downtown Partnership spearheads a comprehensive campaign to improve the appearance of area properties and street-level businesses. As part of this effort, a City housing inspector was assigned to work with The Partnership, inspecting all buildings within the 106-block Downtown Management District and identifying code violations. The inspector can issue legally enforceable violations to property owners not in compliance with City codes with respect to façades. In the first year of the program, the inspector evaluated approximately 800 properties and identified approximately 300 code violations. The Partnership is tracking these violations and working with property owners to make the necessary improvements.

## FAÇADE IMPROVEMENT PROGRAM

The Partnership's Façade Improvement Program (FIP) is improving the way storefront businesses look in neighborhoods across Downtown. Thanks to $240,000 in additional funding from the City, bringing total funding to more than $600,000, the FIP will be continued. This popular grant program provides up to $10,000 in matching funds, as well as architectural and design review assistance, to storefront businesses that want to improve the look of their buildings. Through the end of 2003, 30 projects had been completed and another 25 were in progress.




"Before" and "after" shots show the positive impact of the Façade Improvement Program.

Downtown Partnership

## 2003 PROGRAMS

### Revenues



| | |
|---|---|
| Property Surcharge | 35.65% |
| Downtown Shuttle | 28.45% |
| Membership | 11.28% |
| Grants | 14.82% |
| Downtown Image Marketing | 5.04% |
| Miscellaneous | 4.76% |
| Total | 100.00% |

### Expenses



| | |
|---|---|
| Downtown Shuttle | 28.45% |
| Public Safety | 22.33% |
| Public Space Maintenance | 14.86% |
| Business & Economic Development | 10.06% |
| Marketing | 8.68% |
| Downtown Image Marketing | 5.04% |
| General & Administration | 4.76% |
| Member Services | 3.90% |
| Beautification | 1.92% |
| Total | 100.00% |

## DOWNTOWN SAFETY COALITION

The Downtown Safety Coalition, a network of 3,000 local public and private safety providers, was launched in 1994 to provide a more comprehensive approach to keeping Downtown safe. Through monthly meetings and daily e-mails, the Coalition links The Partnership, Baltimore Police Department, building and hotel security, property managers and federal agents into a network with the goal of sharing information and innovative ways to make Downtown – already the safest area in the city – even safer. Since 1998, the Coalition's e-mails, displays and presentations, training workshops and safety pamphlets have reached more than 30,000 people and led to successful programs such as Video Patrol and Court Watch.

DOWNTOWN PARTNERSHIP

# LIVING DOWNTOWN: REAL GROWTH, REAL LIFE, REAL NEIGHBORHOODS

The Partnership's Downtown Housing Initiative (DHI) began in 1997 with the goal of adding 1,000 market rate apartments to the existing 3,500-unit Downtown inventory. In 2000, the goal was doubled and then exceeded by the end of 2003 as more than 2,300 new apartments were either completed or under construction.

Increasing the size of a housing market by 65% in a relatively short period of time is an impressive feat, but the work does not stop there. By the time the projects now in progress are completed, the new residents the apartments attract will bring at least $100 million in annual buying power into Downtown. They will need places to shop and dine; places to bank and take their dry cleaning. In short, they will need all the conveniences of a typical neighborhood.

In 2003, the DHI focused on strengthening Downtown's neighborhoods for the influx of new residents, and for the benefit of long-time dwellers. Key accomplishments included:

## CONNECTING RESIDENTS WITH RETAILERS

The DHI created an online directory that Downtown residents and employees can use to find goods and services such as the closest bank branch or flower shop. This searchable database can be accessed through our website, GoDowntownBaltimore.com.




Downtown Partnership

Luxury apartments like The Munsey have added more than 2,300 new residential units to Downtown.

## INCREASING RETAIL

New residential developments are bringing new retail opportunities. Several apartment buildings include ground-floor retail establishments and, with the number of new residents steadily growing, the demand for retail will continue. The Partnership's staff is aggressively pursuing retailers and restaurants to locate or expand Downtown. The strategy is working, as all four Downtown sub-districts (City Center, Westside, Mount Vernon and the Waterfront) are experiencing success in attracting new retail businesses.

## BUILDING COMMUNITIES

The DHI holds a series of regular meetings with the managers of Downtown residential properties to help them (and their residents) stay abreast of Downtown news and trends. It functions like any community association, tracking development projects, legislation and other issues of concern to Downtown residents. The meetings also serve as a forum where property managers make suggestions on how The Partnership can help improve the area's quality-of-life.

## NEW HOUSING

In 2003, The Partnership continued working with developers and the City to further increase the number of market rate housing units Downtown. The DHI tracks local market conditions, coordinates City incentive packages and provides expertise on design and permitting processes. Specific projects that benefited from this assistance include: Symphony Center Apartments (901 N. Howard Street), The Abell Building (333 W. Baltimore Street), Market Center West (Howard & Lombard streets), the BGE Building (37 W. Lexington Street) and 519 N. Charles Street.

## PROMOTING DOWNTOWN LIVING

The DHI distributed 25,000 copies of the *Living Downtown* guide to major employers and office buildings, as well as colleges and universities throughout the region. This publication markets the advantages of living Downtown and promotes specific residential developments. By the end of 2003, plans were underway to produce a second edition of the *Living Downtown* guide and the DHI is preparing to unveil a redesigned Downtown Living website in 2004.

# DOWNTOWN: THE REGION'S ECONOMIC ENGINE

Home to 2,600 companies employing 90,000 people, Downtown Baltimore offers the single largest concentration of professional and business opportunities in the region. Clearly, the economic fortunes of both the City and the State are inexorably linked to Downtown's ability to maximize opportunities and tackle challenges facing its business sector.

The Partnership's Economic Development team works to improve Downtown's business climate by tracking Downtown's economic performance, addressing pressing concerns through public relations and legislative policy, and meeting with representatives of more than 400 businesses each year. Key successes in 2003 included:

## TRACKING ECONOMIC INDICATORS

On an annual basis, The Partnership conducts detailed research and analyzes the economic health of Downtown Baltimore by benchmarking changes to the employment and real estate bases, tracking capital investment and evaluating Downtown's sub-districts. The analysis identifies economic trends and helps shape The Partnership's strategic initiatives. Its findings are detailed in the annual *State of Downtown Baltimore Report* and are utilized by local and national real estate professionals as well as economists and investors.

In 2003, as an addendum to the *State of Downtown Baltimore Report*, The Partnership set out to collect information that will detail Downtown's economic importance to other areas of the city. Working with the Institute for Policy Studies at Johns Hopkins University and the Jacob France Institute of the University of Baltimore, we hope to quantify the economic return that Downtown employees and residents provide to the city. For the first time, this will provide a tool that demonstrates Downtown's economic importance to the city, and will further justify policies and programs that could benefit Downtown's employers, residents and retail establishments.


Downtown Partnership

New Class A space under construction at 500 E. Pratt Street.

## A NEW LOOK FOR CENTER PLAZA

In 2003, Center Plaza, one of Downtown's most underutilized resources, took a major step toward its transformation. Design work that began in 2002 was nearing completion and funding was identified that will allow construction of the $5.5 million project to begin in the spring of 2004 and be completed in mid-2005. When finished, the three-acre plaza will be connected to an urban green space with amenities such as a WiFi network and special events programming that will turn Center Plaza into one of the city's truly great amenities.

## RETAIL MARKETING AND RESEARCH

For the fourth year in a row, The Partnership participated in the International Council of Shopping Centers convention in Las Vegas. In 2003, we shared a booth with the Baltimore Development Corporation, Charles Street Development Corporation and Downtown developers to market Baltimore's investment potential to national retailers.

DOWNTOWN PARTNERSHIP

# DOWNTOWN MARKETING: GETTING THE WORD OUT

Each year, thousands of people enjoy concerts, picnics and special events produced by Downtown Partnership's Marketing Department with the support of our many sponsors and partner organizations. The goal is to promote a positive image of Downtown and its attractions through events, advertisements and public relations. Specific marketing initiatives in 2003 were:

## DOWNTOWN CONCERT SERIES

The Partnership's *First Thursdays* series continued to bring City Center and Mount Vernon alive with lunchtime events and evening concerts in Hopkins Plaza and Mount Vernon's West Park from May through October. For the third consecutive year, *Picnics in the Park* brought a festive atmosphere to Preston Gardens across from Mercy Medical Center. Music and food encouraged hundreds of people to enjoy the park during their lunch hour.



Downtown Partnership

*First Thursdays Concerts in the Park* in Mount Vernon.

## NETWORKING EVENTS

The Partnership's networking events have become a popular place to see and be seen, regularly drawing more than 400 people to events such as the celebration of Downtown living at Sonar and the *Westside Block Party*, held outside in the 400 block of Redwood Street and featuring a *Hairspray*-themed party and hard hat tours of the Hippodrome Theatre. The Partnership also continued the successful *Business Over Breakfast* series that attracted more than 1,200 attendees with topics on tourism, transportation, the importance of higher education to Downtown's economy and the *State of Downtown Baltimore Report*.



Edwin Remsberg

Each year, on the first Thursday in December, *A Monumental Occasion* draws thousands of people to Mount Vernon as part of *Downtown for the Holidays*.

## DOWNTOWN FOR THE HOLIDAYS

For the fourth consecutive year, The Partnership presented *Downtown for the Holidays*, a marketing campaign promoting events that began on November 20th with the *Downtown Holiday Lunch Party* and continued through New Year's Day. During the six-week promotion, area merchants and attractions pulled out all the stops with dozens of events, discounts and special celebrations. One of the perennial favorite holiday events is *A Monumental Occasion*, the annual lighting of the Washington Monument. The 32nd annual lighting was better than ever, drawing a crowd of more than 5,000 and featuring celebrity lighters Mayor O'Malley and Olympic medallist Dorothy Hamill.

# DOWNTOWN MARKETING: GETTING THE WORD OUT

## DOWNTOWN-WIDE CELEBRATIONS

Downtown rolled out the red carpet to welcome the Tony Award-winning musical *Hairspray*. More than 20 organizations participated in The Partnership's *Hairspray Days Downtown* promotion, turning back the clock with *Hairspray*-themed events.

The Partnership also joined in the *Vivat* promotion in early 2003 by creating a special guide to restaurants offering Russian food specials as part of this Downtown-wide cultural celebration.

## 2003 ANNUAL MEETING

The Partnership's Annual Meeting was our largest and most successful to date with more than 900 of the region's most distinguished business, civic and government leaders in attendance. Highlights included a special video that featured some of the many reasons to come Downtown to work, visit or live.



Downtown Partnership

The *Hairspray Block Party* celebrated the ongoing Westside renaissance as part of *Hairspray Days Downtown*.

## VALUABLE EXPOSURE

In addition to The Partnership's regular advertising in *The Sun* and *City Paper*, ongoing media outreach efforts through the use of public relations resulted in significant positive exposure for The Partnership and for Downtown.



Downtown Partnership

*Pepsi Lunchtime Concerts* are popluar with Downtown office workers.

DOWNTOWN PARTNERSHIP

# 2003 DOWNTOWN BALTIMORE AWARD WINNERS

*Each year at our Annual Meeting, The Partnership presents the Downtown Baltimore Awards to individuals and organizations from the Downtown community that have helped make Downtown a better place for employees, visitors and residents. Winners of the 2003 Downtown Baltimore Awards are:*

## CONSTELLATION ENERGY/BGE

*Frank Heintz: President, BGE*

BGE is a member company of Constellation Energy Group with total revenues of $4.7 billion in 2002. This Downtown-based Fortune 500 company is the nation's leading competitive supplier of electricity to large commercial and industrial customers. BGE delivers the power to business and residential customers across the region and recently recommitted to keeping its headquarters Downtown.

## LEGACY UNLIMITED/ HARRISON DEVELOPMENT CORPORATION

*Brian Morris: CEO*

*Dean Harrison: President, COO*

Legacy Unlimited/Harrison Development Corporation is a full-service real estate development company headquartered on Charles Street. Although a relatively new company, this small, minority-owned firm is already playing a significant role in development projects that will bring new residents and retail businesses to Downtown. Legacy's expertise, its flexibility and its impressive roster of projects and partners make it one of the area's rising stars – and a firm whose growth and prosperity will mirror that of Downtown.

## PETER M. MARTIN

Peter M. Martin, retired Chairman and CEO of Provident Bankshares Corporation, has been one of Baltimore's most influential business leaders for more than a decade. He was the guiding force behind Provident Bank's evolution from a small thrift in 1990 into Maryland's second largest independent bank in 2002. Never one to seek the limelight, Martin has served quietly on numerous boards, including valuable work as a Board Chair of Downtown Partnership. He has volunteered countless hours on behalf of Downtown and the city as a whole.

## DR. MORTON I. RAPOPORT

During his 21-year tenure as President of the University of Maryland Medical System, Dr. Morton I. Rapoport built a world-class, six-hospital system and transformed its academic teaching hospital – the University of Maryland Medical Center – into a regional referral center for trauma care, cancer care, cardiac care and organ transplantation. UMMS is now the fourth largest employer in the region, accounting for nearly $1.6 billion in economic activity in Maryland - much of that in Downtown. His achievements, including the new $150 million Harry and Jeanette Weinberg Building on Lombard Street, have done as much to improve the health of Downtown as they have to improve the health of people across the region.

## UNIVERSITY OF MARYLAND BALTIMORE

*Dr. David J. Ramsay: President*

Founded in 1807, University of Maryland Baltimore is Maryland's only public academic health, human services and law center. Its seven professional and graduate schools train the majority of the state's physicians, nurses, dentists, lawyers, social workers and pharmacists. With 5,476 students and 6,100 faculty members and staff, the University is an important economic engine for the region and a major driver of the revitalization of Downtown's Westside. In addition to its educational and economic importance, the University is a positive member of the community, with its staff and students giving more than two million hours of volunteer service each year.

## VICTOR PASCAL CUSTOM TAILORS

*Victor Pascal: Owner & President*

Victor began his career in fashion in Paris at the age of 14 where he apprenticed under one of Paris' master tailors – his father. In this country, Victor's expertise has been sought by top fashion houses, including Christian Dior and Ralph Lauren. He could have located his business anywhere in the country, but chose Baltimore, where his mastery of tailoring is matched by his devotion to Downtown. Victor and his wife, Ann, are tireless advocates of Downtown Partnership and its programs. When they are not helping Baltimoreans look better, they are working to dress up the windows of Downtown businesses by encouraging more attractive storefront displays and a more vibrant climate for retail.

## FAÇADE IMPROVEMENT PROGRAM (FIP) ARCHITECTS

As part of Downtown Partnership's Façade Improvement Program (FIP), local architecture firms have volunteered to draft façade renovation plans for dozens of Downtown properties. From design and engineering to historic restoration, the following firms have helped improve the storefronts of local businesses:

– Brown & Craig, Inc.
– Carter & Burgess
– Development Design Group, Inc.
– GWWO Inc. /Architects
– Kann & Associates, Inc.
– Penza Associates Architect
– RTKL Associates, Inc.

# DOWNTOWN PARTNERSHIP BOARD 2003

CHAIR
***James L. Shea, Esq.***
Venable LLP

VICE CHAIRS
***David M. Gillece***
Colliers Pinkard

***Raymond A. Mason***
Legg Mason, Inc.

SECRETARY
***Mark Pollak, Esq.***
Wilmer, Cutler & Pickering

TREASURER
***Cecil E. Flamer***
Ernst & Young

Harold L. Adams
RTKL Associates, Inc.

Diane L. Bell
Empower Baltimore
Management Corporation

Richard O. Berndt
Gallagher, Evelius & Jones

Clarence T. Bishop
Baltimore City Office of the Mayor

M. J. "Jay" Brodie
Baltimore Development
Corporation

M. Catherine Bryant
The Rouse Company

Kevin G. Byrnes
Provident Bank

Constance R. Caplan
The Time Group

William E. Carlson
Shapiro Sher Guinot & Sandler

Janet S. Currie
Bank of America

Morton P. Fisher, Jr., Esq.
Ballard Spahr Andrews
& Ingersoll, LLP

John B. Frisch
Miles & Stockbridge P.C.

Michael A. Gaines, Sr.
Maryland Center for Arts
& Technology

William J. Gorman, Jr.
RSM McGladrey, Inc.

Henry G. Hagan
Monumental Life Insurance
Company

Ronald J. Hartman
Yellow Transportation

David H. Hillman
Southern Management Corporation

Donald Hutchinson
SunTrust Bank

J. William Knott
Wachovia Bank

Ruth S. Lenrow
CitiGroup, Inc.

Donald Manekin
Manekin, LLC

Gregory C. Martin
BGE

Alexander T. Mason
Mercantile Bank Shares
Corporation

Dr. Sylvester E. McKay
Baltimore City Community College

Aris Melissaratos
Maryland Department of Business
and Economic Development

Dr. David J. Ramsay
University of Maryland Baltimore

J. Michael Riley
M & T Bank

George A. Roche
T. Rowe Price Group, Inc.

Laurie B. Schwartz
East Baltimore Development, Inc.

Paul D. Shelton, Esq.
McKennon, Shelton & Henn, LLP

Wilbert H. Sirota, Esq.,
Piper Rudnick LLP

Robert L. Steele, III
Hyatt Regency Baltimore

C. William Struever
Struever Bros. Eccles & Rouse

Otis Warren
Otis Warren & Company, Inc.

Mark L. Wasserman
University of Maryland
Medical System

W. Daniel White
Whiting-Turner Contracting
Company


Office of the Mayor

Mayor Martin O'Malley and Downtown Partnership Board Chair James L. Shea celebrate Streetscape improvements on Charles Street.

DOWNTOWN PARTNERSHIP

# DOWNTOWN PARTNERSHIP STAFF

***Michele L. Whelley***
President

***Garland Amaker***
Coordinator, Capital Projects & Constituent Services

***Robert Aydukovic, CRE***
Director, Housing Initiative

***Mary Lou Bertazon***
Accounting Manager

***Bob Bolek***
Video Patrol Coordinator

***Jean Box***
Accounting Coordinator

***Robin Bozzuto***
Vice President, Marketing

***Michael Cook***
Systems Analyst

***Hillary Davis***
Economic Development Coordinator

***Robert Dengler***
Vice President, Capital Projects & Constituent Services

***Betty Eaton***
Supervisor, Public Safety Guides

***Michael Evitts***
Director, Public Relations

***Jay Frankland***
Director, Information Systems

***Everett Fullwood***
Director, Public Space Maintenance

***Eugene Gaines***
Squad Leader, Public Safety Guides

***Regina Green***
Payroll Manager

***Heidi Griebel***
Director, Advertising

***Joy Handy-Lane***
Senior Executive Assistant

***Linda House***
Director, Membership

***Jewelry Huntley***
Building Maintenance Assistant

***Tiphani Johnson***
Administrative Assistant

***Ronald Jones***
Clean & Safe Program Coordinator

***Lisa Keir***
Director, Mount Vernon Cultural District

***Larry Lewis***
Director, Public Safety Coalition

***Nicole McGlynn***
Director, Marketing

***Patricia Merritt***
Assistant to Director of Public Space Maintenance

***Ronald Robinson***
Supervisor, Public Safety Guides

***Michele Rutkowski***
Chief Operating Officer

***Debbie Sacks***
Human Resources Recruiter/ Office Manager

***Ryan Schmidt***
Façade Improvement Program Coordinator

***Bertina Silver***
Director, Public Safety Guides

***Marshall Snively***
Vice President, Economic Development & Planning

***Megan Stearman***
Economic Development Coordinator

***Rupi Virdee***
Marketing Coordinator

***Marian Williams***
Receptionist/Dispatcher

***Tom Yeager***
Executive Vice President, Clean & Safe Programs

## DOWNTOWN PARTNERSHIP OPERATIONS STAFF

Special thanks to our Public Safety Guides, Clean Sweep Ambassadors and to team supervisors:
***Charles Adams***
***Barry Heintz***
***Thomas Shell***
***Ronald Hood***

## DOWNTOWN MANAGEMENT AUTHORITY BOARD

President
***James L. Shea, Esq.***
Venable, LLP

Vice President
***Peter Stanford***
Colliers Pinkard

Treasurer
***Sister Helen Amos***
Mercy Medical Center

Secretary
***Richard Alter***
Manekin, LLC

***J. Joseph Casey***
Trammell Crow Company

***Donald C. Fry***
Greater Baltimore Committee

***David M. Gillece***
Colliers Pinkard

***Peter M. Komar***
Holiday Inn Inner Harbor

***David W. Kornblatt***
The David Kornblatt Company

***Gregory C. Martin***
BGE

***Maxine Sisserman***
Baltimore Studio of Hair Design

***Walter Sondheim***
Greater Baltimore Committee

***Otis Warren***
Otis Warren & Company, Inc.

***Honorable Councilwoman Agnes Welch***
Baltimore City Council

***Pamela J. Wilson***
Maryland Federation of Art



Downtown Partnership

Downtown's new Pedestrian Wayfinding System will help more pedestrians discover Downtown's attractions.

# MEMBERS

Downtown Partnership's initiatives are supported and made possible in large part by over 450 member companies who invest in our mission of making Downtown Baltimore a great place. In 2003, over 50 new companies joined the organization.

## BENEFACTORS

The Baltimore Sun
Bank of America
Constellation Energy Group / BGE
Legg Mason, Inc.
M & T Bank
Mercantile-Safe Deposit and Trust Co.
Provident Bank
The Rouse Company
SunTrust Bank
T. Rowe Price Group, Inc.
Venable LLP
Verizon Maryland, Inc.

## PATRONS

Ballard Spahr Andrews & Ingersoll, LLP
CareFirst BlueCross BlueShield
CitiFinancial
Law Offices of Peter G. Angelos
Manekin, L.L.C.
Piper Rudnick
Southern Management Corporation
Struever Bros., Eccles & Rouse, Inc.
University of Maryland Baltimore
University of Maryland Medical System
Wachovia

## ADVOCATES

ABB South Street Associates
Boxer Property
Carrollton Bank
CB Richard Ellis
Colliers Pinkard
Comfort Link
Ernst & Young LLP
Ferris, Baker Watts, Inc.
H & S Bakery
KPMG LLP
Maryland General Hospital
Mercy Medical Center
Miles & Stockbridge P.C.
Monumental Life Insurance Company / AEGON USA, Inc.
Ober, Kaler, Grimes & Shriver
Otis Warren & Company, Inc.
PricewaterhouseCoopers LLP
Rosemore, Inc.
RSM McGladrey, Inc.
RTKL Associates, Inc.
Shapiro Sher Guinot & Sandler
Sierra Military Health Services
The St. Paul Companies
Sylvan Learning Systems
The Time Group
Trammell Crow Company
Trigen Baltimore Energy Corp.
Vertis, Inc.
Whiting-Turner Contracting Company
Wilmer Cutler Pickering LLP

## INVESTORS

1st Mariner Arena
A & R Development Corp.
Abrams, Foster, Nole & Williams, P.A.
Alex. Brown Realty, Inc.
American Skyline Insurance Company, Inc.
The Annie E. Casey Foundation
Arrow Parking
Associated Catholic Charities, Inc.
ATAPCO Properties, Inc.
Baltimore Business Journal
Baltimore Magazine
Best Western Hotel & Conference Center
Bozzuto Management Company
Catholic Relief Services
Cho, Benn, Holback + Associates
Clark Construction Group, Inc.
Clear Channel Entertainment, Inc.
Clear Channel Radio (WPOC-FM / WSMJ-FM / WCAO-AM)
Cognisa Security
Coldwell Banker Commercial NRT
College of Notre Dame of Maryland
The Daily Record
DAP
Days Inn Inner Harbor
Design Collective, Inc.
Edison Properties, L.L.C.
Ellin & Tucker, Chartered
getintegrated
Gordon, Feinblatt, Rothman, Hoffberger & Hollander, L.L.C.
Goucher College
Grant Thornton, LLP
Hallwood Commercial Real Estate, Inc.
The Harbor Bank of Maryland
Harkins Builders
Heery International, Inc.
Hogan & Hartson, L.L.P.
Holiday Inn Inner Harbor
Hord Coplan Macht, Inc.
Hyatt Regency Baltimore
Johns Hopkins University Downtown Center
The Kornblatt Company
Landmark Parking, Inc.
Lexington Market, Inc.
Loyola College in Maryland
Lubert-Adler Management, Inc.
Marriott Inner Harbor Hotel
Marriott Waterfront Hotel
McKennon, Shelton & Henn, LLP
MGH Advertising
The Morton and Sophia Macht Foundation
Municipal Employees Credit Union of Baltimore, Inc. (MECU)
National Aquarium in Baltimore, Inc.
Old Mutual Financial Network
P. Flanigan and Sons
Parkway Corporation
PennRose Properties
Pepsi Bottling Group
Radisson Plaza Lord Baltimore
RBC Dain Rauscher
Renaissance Harborplace Hotel
Reznick Fedder & Silverman
Saul Ewing LLP
Security Title Guarantee Corporation of Baltimore
Shelter Development, LLC
Sheraton Inner Harbor Hotel
Smart & Associates, LLP
Stratford Realty Management Co. LLC
Towson University
Trahan, Burden & Charles, Inc.
The Tremont Suite Hotels
Trizec Properties, Inc.
Tydings & Rosenberg, LLP
U.S. Army Corps of Engineers, Baltimore District
University of Baltimore
University Physicians, Inc.
VA Maryland Health Care System
WBAL TV
Whiteford, Taylor & Preston, L.L.P.
Whitman, Requardt & Associates
Whole Foods, Inc. - Harbor East
WMAR-TV2
Wyndham Baltimore Inner Harbor Hotel
Yellow Transportation Company

DOWNTOWN PARTNERSHIP

# MEMBERS

## GENERAL MEMBERS

14 West Saratoga Associates
A. Frank and Sons
The Abell Foundation
Active Survivors Network
Advance Business Systems
AGM Financial Services
Albert G. Aaron
Allied Investment Advisors
Alter Communications (Jewish Times/STYLE/Chesapeake Life)
American Craft Council
American Express
American Heart Association
American Institute of Architects, Baltimore (AIA Baltimore)
American Office Equipment
American Visionary Art Museum
Anderson, Coe & King, L.L.P.
Anne Arundel County
Arbee Associates
Art Exposure, Inc.
Art Litho Company
The ASSOCIATED: Jewish Community Federation of Baltimore
Atlantic Financial Federal Credit Union
Aversa Communications
Ayers/Saint/Gross
Baltimore & Ohio Railroad Museum
Babalu Grill
Baltimore Area Convention & Visitors Association (BACVA)
Baltimore Back Pain Clinic, Inc.
Baltimore City Chamber of Commerce
Baltimore City Commission for Historic and Architectural Preservation (CHAP)
Baltimore City Community College
Baltimore City Council
Baltimore City Department of Finance
Baltimore City Department of Housing & Community Development
Baltimore City Department of Planning
Baltimore City Department of Public Works
Baltimore City Department of Recreation & Parks
Baltimore City Fire Department
Baltimore City Law Department
Baltimore City Office of the Mayor
Baltimore City State's Attorney's Office
Baltimore Color Plate
Baltimore Community Foundation
Baltimore Convention Center
Baltimore County Chamber of Commerce
Baltimore County Executive Office
Baltimore Equitable Insurance
Baltimore Hostel
Baltimore International College
Baltimore Main Streets
Baltimore Metropolitan Council
Baltimore Museum of Art
Baltimore Office of Promotion & The Arts
Baltimore Opera Company
Baltimore Police Department
Baltimore School for the Arts
Baltimore Subway Systems, Inc.
Baltimore Symphony Orchestra
The Baltimore Zoo
baltimoresun.com
Basilica of the Assumption Historic Trust, Inc.
Beadazzled
Benchmark Holdings
Bertram's Inkwell
The Better Business Bureau of Greater Maryland
Big Steaks Management
Biltmore Suites Hotel
BJB Realty Advisors
The Blakeslee Group
Bolton Partners Inc.
Booz Allen Hamilton, Inc.
Bouland & Brush, LLC
Bowers & Snyder Opticians
Breakwater
Brick Bodies Downtown Health Club & Aquatics Center
BridgeStreet WorldWide
Brown & Craig, Inc.
Brown, Goldstein & Levy, LLP
Building Owners & Managers Association (BOMA)
Burs and Garrett Physical Therapy
Business Learning Institute, Inc.
Butler Transportation, Inc., Baltimore Shuttle
BWI Business Partnership, Inc.
Byrnes and Associates, Inc.
The Calvert Search Group
The Campbell Group, Inc.
Carter & Burgess
Carton Donofrio Partners Inc.
Catalyst Solutions
CCpress.net
Cecil Apartments
Center Stage
Central Parking System
Charles Street Development Corporation
Charm City Concierge, Inc.
Check Point Check Cashing Center
Chef's Expressions
Chesapeake Bank of Maryland
Chesapeake Commons, Inc.
Chodak, Inc.
Citibank, F.S.B.
City of Baltimore Development Corporation
City of Baltimore Office of the Mayor, Cable & Communications
City Wide Management Company
Civic Works
The Classic Catering People
Coffee Coffee
Cohen, Snyder, Eisenberg & Katzenberg, P.A.
Coldwell Banker Residential Brokerage
College Bound Foundation
Comprehensive Car Care
Constellation Power Source
Consulate Condominium Association
Corridor RF&S Real Estate, LLC
Corrigan Sports Enterprises
CPHA (Citizens Planning & Housing Association)
Crown Security System, Inc.
Crowninshield Management Corporation
Dale Carnegie Training
David and Dad's Café
Development Credit Fund, Inc.
Development Design Group, Inc.
DKI Public Relations
Downtown Baltimore Child Care, Inc.
East Coast Sportswear & More
Economic Alliance of Greater Baltimore
Ed Block Courage Award Foundation
Emerging Technology Center
Emmanuel Episcopal Church
Empower Baltimore Management Corporation
Engine Performance
Enoch Pratt Free Library
Eubie Blake National Jazz Institute & Cultural Center
Eurasian Harbor
F.W. Haxel & Company, Inc.
Fannie Mae Baltimore Partnership Office
The Fedder Company
Federal Hill Risk Management

# MEMBERS

Fidelity National Title Insurance Company of New York, Inc.
Fifth Third Bank Processing Solutions
First Unitarian Church
Franklin/Morris Associates, LLC
French Companies/The Towner Management Company
Funk & Bolton
Gallagher Evelius & Jones LLP
Gant Hart Brunnett, Architects
Genesis Publishing & Advertising
Gilbert Advising & Appraising, LLC
Global Messenger Corporation
Goodwill Industries of the Chesapeake, Inc.
Gorman & Williams
Greater Baltimore Committee
Greater Baltimore Technology Council
Greyhound Lines, Inc.
Griswold, Heckel & Kelly Associates, Inc.
Guest Informant
GWWO, Inc./Architects
Harbor Court Hotel
Harbor Cruises, Ltd.
Harbor Enterprise Center, LLC / The Old Broom Factory
Harborplace & The Gallery
Harborview Properties Development Co.
Harrison Development Corporation
Harry & Jeanette Weinberg Foundation, Inc.
The Havana Club
Head Hunters Network
Health Management Associates, Inc.
Henderson's Wharf
HERO
Hilb, Rogal & Hamilton Company of Baltimore
Historic Charles Street Association
Hollywood Diner
Howard County
Howl At The Moon
Hylton & Gonzales
Inner Harbor Center
Inner Harbor Marina of Baltimore, Inc.
Italian Cultural Center, Inc.
J.J. Clarke Enterprises, Inc.
Janda Florist
Joan N. Davidson, LLC
Johns Hopkins University Office of Communications and Public Affairs
Johns Hopkins University Real Estate Institute
Johnson Mirmiran & Thompson
Kaiser Permanente Medical Care Program
Kann and Associates, Inc.
Kittelson & Associates, Inc.
Konover Construction Corporation
Kramon & Graham, P.A.
Legacy Unlimited
Lexaco, Inc.
Liberty Federal Savings & Loan Association
Live Baltimore Home Center
Living Classrooms Foundation
MacGillivray's
Madison Capital, L.L.C.
Mahan Rykiel Associates, Inc.
Market Center Merchants Association
Marks, Thomas & Associates
Marsh USA, Inc.
Maryland African American Museum Corporation
Maryland Association of Nonprofit Organizations, Inc.
Maryland Bible Society
Maryland Center for Arts and Technology, Inc.
Maryland Club
Maryland Committee for Children, Inc.
Maryland Department of Business & Economic Development (DBED)
Maryland General Assembly
Maryland Historical Society
Maryland Office of the Attorney General
Maryland Stadium Authority
Maryland State Library for the Blind and Physically Handicapped
Maryland Transit Administration
Mason & Carter, Inc.
Maury, Donnelly & Parr, Inc.
Max Realty, L.L.C.
McDaniel Bennett & Griffin
Media Networks, Inc.
Meisel Capital Partners
Mercantile Mortgage Corporation
Metropolitan Baltimore Quadel (MBQ)
Mid-Atlantic Business Finance Company
Milton Sommers Realty
Montgomery County Department of Ecomonic Development
Montgomery County Executive Office
Morgan State University
Morgantown Printing & Binding
The Morris A. Mechanic Theatre
Mt. Vernon-Belvedere Improvement Association
Mount Vernon Cultural District
Mt. Vernon Place United Methodist Church
Murdock Management Co.
Murphy & Dittenhafer Architects
Murphy & Shaffer
My Cleaning Service, Inc.
National Architectural Trust
National Historic Seaport of Baltimore
Neetu Dhawan-Gray
Neuberger, Quinn, Gielen, Rubin & Gibber, P.A.
Neu-Valley Nurseries, Inc.
New Foundations
Niles, Barton & Wilmer, LLP
Nouveau Contemporary Goods, Inc.
Oakwood Corporate Housing
Observation Baltimore / The Family Research Group
Odorite
Old St. Paul's Episcopal Church
ONE
Open Society Institute
Orion Group, Inc.
Parking Authority of Baltimore City
Peabody Institute of JHU
Penza Associates Architects
Peter Fillat Architects Inc.
Phillips Harborplace
PHS Ltd./Tennis Challenge
Planned Parenthood of Maryland
PMS Parking Inc.
Pop-A-Lock
Port Discovery, the Kid-Powered Museum
Portnoy Levine Design Associates
Preakness Celebration
Preservation Maryland
Prima Management Co.
PRIME EAP
Prime Office Products / Stark Office Services
Printing Specialist Corporation
Profiles, Inc.
R & R Events, Inc.
Rachel F. Edds
RBI Financial, Inc.
G. Edward Reahl, Jr., M.D., P.A.
Red Tapas
The Redwood
Redwood Tower Limited Partnership
Regional Management, Inc.
Richter, Cornbrooks, Gribble, Inc.