DOWNTOWN PARTNERSHIP

# MEMBERS

Ride the Ducks of Baltimore
Rita St. Clair Associates, Inc.
Robert Manekin Partners, LLC
Rock Realty Inc.
Rollins, Smalkin, Richards & Mackie
Rosenberg, Martin, Funk & Greenberg, LLP
Rummel, Klepper & Kahl, L.L.P.
Rusty Scupper Restaurant
Ruth's Chris Steakhouse
The Salvation Army
Schamu Machowski Greco Architects
The Shapiro Company
The Signature Group
Sir Speedy
Siskind, Grady, Rosen & Hoover
Skarie, Inc.
Smith & Associates Advertising and Marketing
SONAR
SPIN
Standard Parking
Stanton Chase International
State of Maryland
State of Maryland, Governor's Office of Minority Affairs
Top of The World Observation Level & Museum
Total Compensation Services, Inc.
Towers At Harbor Court Condominium
Town & Country Management
Transwestern Commercial Services
U.S. General Services Administration— Federal Protective Services
U.S. Internal Revenue Service
Uniform City, USA
United Legal Benefits
United States Senate
University of Baltimore Police
Urbanite Magazine
US Business Interiors
The Valleys Planning Council, Inc.
The Vault
Victor Pascal Custom Tailors
Victor Stanley, Inc.
W.L. Blair Development
Walgreen's
The Walters Art Museum
Westminster House Apartments
WestSide Renaissance, Inc.
WHERE Magazine
Wilhelm Commercial Builders, Inc.
Wilkens Square Limited Partnership
Williams Jackson Ewing, Inc.
Woman's Industrial Exchange
World Relief
YWCA of Greater Baltimore
Ziger/Snead, LLP
Zion Lutheran Church
Zuckerman Spaeder LLP

# VOLUNTEER COMMITTEES

## CENTER PLAZA STAKEHOLDERS

***Shubroto Bose***
City of Baltimore Development Corporation

***Kirk Carlson***
BGE

***Dennis Chojnowski***
Baltimore City Department of Public Works

***Mike Cook***
Baltimore City Department of Public Works

***Nick Costa***
BGE

***Rebecca Gagalis***
Charles Street Development Corporation

***David Hillman***
Southern Management Corporation

***Henry Kay***
Maryland Transit Administration

***Ron Kreitner***
WestSide Renaissance, Inc.

***Mike Lewis***
Edison Properties LLC

***Tom Marudas***
Law Offices of Peter G. Angelos

***Mark Pollak, Esq.***
Wilmer Cutler Pickering LLP

***Steve Roth***
BGE

***Gershon Seiferas***
Wilmer Cutler Pickering LLP

***Rebecca Sinn***
Wyndham Baltimore Inner Harbor Hotel

***Christopher Tompkins***
Radisson Plaza Lord Baltimore

## DOWNTOWN HOUSING COUNCIL

Co-Chair

***Paul T. Graziano***
Commissioner, Baltimore City Department of Housing & Community Development

Co-Chair

***Michele L. Whelley***
President, Downtown Partnership of Baltimore

***Douglass Austin***
Baltimore City Department of Housing & Community Development

***M. J. "Jay" Brodie***
City of Baltimore Development Corporation

***Gary Brooks***
Baltimore Community Development Financing Corporation (CDFC)

***Frank Coakley***
Fannie Mae Baltimore Partnership Office

***Nicole Diehlmann***
Maryland Historical Trust

***David Fick***
Legg Mason Wood Walker, Inc.

***Tracy Gosson***
Live Baltimore Home Center

***Beth Harber***
The Abell Foundation

John Hentschel, CRE, MAI
Hentschel Real Estate Services

***Ron Kreitner***
WestSide Renaissance, Inc.

***William Pencek***
Baltimore City Heritage Area

***Mark Sissman***
The Hippodrome Foundation, Inc.

## EX OFFICIO MEMBERS

***Sharon Grinnell***
City of Baltimore Development Corporation

***Kathleen Kotarba***
Baltimore City Commission for Historical and Architectural Preservation (CHAP)

## STAFF

***Robert M. Aydukovic, CRE***
Director, Downtown Housing Initiative

## MARKETING STEERING COMMITTEE

***Joan Davidson***
Joan N. Davidson, LLC

***Lyn Frankel***
National Aquarium in Baltimore

***Liam Fuller***
Pepsi Bottling Group

***Lisa Hansen***
Baltimore Area Convention & Visitors Association (BACVA)

***Roz Healy***
Baltimore Office of Promotion & The Arts

***Robin McDonnell***
Maryland Historical Society

# VOLUNTEER COMMITTEES

*Beth Mealey*
Baltimore Symphony Orchestra
*John Pezzulla*
Struever Bros. Eccles & Rouse, Inc.
*Suzanne Rothrock*
National Aquarium in Baltimore
*Heather Shaffer*
1st Mariner Arena
*Bob Sicard*
Baltimore Office of Promotion & The Arts
*Rich Solli*
Maryland Transit Administration
*Adair Sutton*
Harborplace
*Janet Walker*
Lexington Market, Inc.
*Michelle Winner*
Port Discovery, the Kid-Powered Museum

## MEMBERSHIP SERVICES COMMITTEE

*Brenda Bodian*
BJB Realty Advisors
*Michael Bradley*
Trammell Crow Company
*Ann Dandridge**
National Historic Seaport
*Denise Dewling*
Tydings and Rosenberg, LLP
*Terri Harrington*
The Shapiro Company
*Lorraine Jacobs*
Baltimore Business Journal
*Lee Kennedy*
Maryland General Hospital
*David Kirby*
DKI Public Relations
*Ann Pascal*
Victor Pascal Custom Tailors
*Karen Pointon*
CareFirst BlueCross BlueShield
*Carl Truitt*
Boxer Property
*Stacey Weindl*
Oakwood Corporate Housing
*Beverly Weir*
Oakwood Corporate Housing
*Magda Westerhout*
Marks, Thomas & Associates
*Paula Worthing*
Portnoy Levine Design Associates

** In memory of Ann Dandridge for her many years of dedicated service to The Partnership and the Downtown community.*

## PUBLIC SAFETY COALITION

*Tom Atwood*
Trizec Properties, Inc.
*Harry Aziz*
Maryland Institute College of Art
*Lt. John Bailey*
Baltimore Police Department
*Bruce Baldwin*
Maryland Science Center
*Edward Ballard*
Chief, University of Maryland Baltimore Police Force
*Jerry Bartgis*
Federal Protective Police
*Bob Beahm*
BGE
*Michael Bender*
BGE
*Mike Birmingham*
The Rouse Company
*Capt. John Biuk*
Maryland Transportation Authority Police
*Allen Butler*
BGE
*Jim Cappola*
CitiFinancial
*Les Chalmers*
Carefirst BlueCross BlueShield
*Brently Cheek*
Allied Security
*Edward Donhauser*
MBC Realty, Inc.
*Sgt. Randy Dull*
Baltimore Police Department
*Steve Enslow*
Brandywine Construction and Management
*Kimberly Farrell*
Baltimore City State's Attorney's Office
*Frank Fisher*
Hyatt Regency Baltimore
*Ben Greenwald*
Arrow Parking
*Rosalyn Gross*
Federal Reserve Bank
*Col. Carl Gutberlet*
Baltimore Police Department
*Gary Hall*
Legg Mason, Inc.
*Lt. Christopher Holland*
Maryland Transit Administration Police
*Lt. William Hurd*
Amtrak Police
*Donna Julian*
1st Mariner Arena
*Capt. Michael Kirby*
Maryland Transportation Authority Police
*Peter Komar*
Holiday Inn Inner Harbor
*Jon Koscher*
Sheraton Inner Harbor Hotel
*John Laing*
Professional Security Bureau
*Irvin Lambdin*
AEGON USA, Inc.
*Eva Lane*
John Hopkins University Downtown Center
*Captain Steve Lating*
Maryland Department of General Services Police
*Tom Levering*
Deutsche Bank Securities, Inc.
*Mike Lewis*
Edison Parking
*Art Livingston*
Pharmakinetics Laboratories, Inc.
*Lt. Colonel Steve McMahon*
Baltimore Police Department
*Louis Mount*
Maryland General Services Administration Police
*Captain Mitchell Page*
Harborplace Security
*Frank Remesch*
1st Mariner Arena
*Michael Riley*
Bank of America
*James Roberts*
Mercy Medical Center
*Major John Skinner*
Baltimore Police Department
*Jim Slusser*
Maryland Stadium Authority
*Art Stegmayer*
Catholic Relief Services
*Jim Taylor*
Boston Properties
*Cephas Thomas*
Renaissance Harborplace Hotel
*David Walker*
Maryland Stadium Authority
*Edgar Williams*
1st Mariner Arena
*Arthur Wynn*
Baltimore City State's Attorney's Office

## STREETSCAPE STEERING COMMITTEE

*Shubroto Bose*
City of Baltimore Development Corporation
*John Burch*
Baltimore City Department of Transportation
*Bill Colbert*
Baltimore City Department of Transportation
*Paul Dombrowski*
City of Baltimore Development Corporation
*Jim Hall*
Baltimore City Department of Planning
*David Johnson*
Building Owners & Managers Association (BOMA)
*Carol Macht*
Hord Coplan Macht, Inc.
*Fred Marc*
Baltimore City Department of Transportation
*Khalil Zaied*
Baltimore City Department of Transportation

DOWNTOWN PARTNERSHIP

# THANK YOU TO OUR SPONSORS

## DOWNTOWN HOUSING INITIATIVE

The Abell Foundation

Baltimore City Department of Housing and Community Development

City of Baltimore Development Corporation

Maryland Department of Housing and Community Development

Maryland Historical Trust

WestSide Renaissance, Inc.

## PUBLIC SAFETY

Baltimore City State's Attorney's Office

Baltimore Convention Center

Baltimore Marriott Waterfront Hotel

BGE

Holiday Inn Inner Harbor

Lexington Market, Inc.

Maryland Science Center

Maryland Stadium Authority

MBC Realty, Inc.

Tremont Suite Hotels

Wyndham Baltimore Inner Harbor Hotel

## VIDEO PATROL

The Abell Foundation

Baltimore City Department of Public Works

BGE

Brandywine Construction and Management

Centerpoint

City of Baltimore

Financial District Businesses

getintegrated

Historic Charles Street Association

Market Center Merchants Association

The Redwood

## 2003 MARKETING PROGRAMS

1st Mariner Arena

AEGON USA, Inc.

Agora Publishing, Inc.

American Express

Baltimore Area Convention & Visitors Association (BACVA)

Baltimore Choral Arts Society

Baltimore City Department of Recreation & Parks

Baltimore Community Foundation

Baltimore Convention Center

Baltimore Museum of Art

Baltimore Office of Promotion & The Arts

Baltimore Orioles

Baltimore Symphony Orchestra

Bond Distributing Company

Camden Crossing

Chef's Expressions

City of Baltimore Development Corporation

Coffee Coffee

Greater Baltimore Committee

Harborplace & The Gallery

The Harry & Jeanette Weinberg Foundation, Inc.

The Hippodrome Foundation, Inc.

Hyatt Regency Baltimore

The Kornblatt Company

KSE Productions Design

Lexington Market, Inc.

M&T Bank

Manekin, L.L.C.

Maryland Historical Society

Maryland Transit Administration

Mercantile-Safe Deposit and Trust Co.

Mercy Medical Center

MGH Advertising

Mount Vernon Cultural District

National Aquarium in Baltimore

New Foundations

Pepsi Bottling Group

Phillips Harborplace

Port Discovery, the Kid-Powered Museum

Provident Bank

R&R Events, Inc.

Red Maple

Samuel Adams

Saul Ewing LLP

Sheraton Inner Harbor Hotel Baltimore

SONAR

Southern Management Corporation

Struever Bros. Eccles & Rouse, Inc.

SunTrust Bank

Tremont Suite Hotels

Venable LLP

Verizon Maryland Inc.

The Walters Art Museum

WestSide Renaissance, Inc.

## MEDIA PARTNERS

***Radio:***

92Q (WERQ-FM)

100.7 The Bay (WZBA-FM)

Magic 95.9 (WWIN-FM)

Mix $106^{5}$ (WWMX-FM)

***Television:***

ABC2 (WMAR TV)

Comcast Cable Communications, Inc.

***Print:***

Alter Communications (Jewish Times/STYLE/ Chesapeake Life)

Baltimore Business Journal

Baltimore Magazine

The Baltimore Sun

City Paper

The Daily Record

# Exhibit J

OCT 15 2002

Helen C. Stephenson, Controller
Otis Warren Management, Inc.
Agent for City Crescent LTD. Partnership
10 South Howard Street, Suite 110
Baltimore, MD 21201

Re: GS-03B-09074
City Crescent Building
10 South Howard Street
Baltimore, Maryland

Dear Ms. Stephenson:

Thank you for the request for reimbursement of real estate tax, for the above referenced lease. We have done the necessary analysis for the current tax year.

When calculating the current tax reimbursement, it was discovered that the prior years' tax analyses were computed incorrectly. The District Surcharge, which is not a general real estate tax subject to escalation under the lease, and an incorrect discount had been incorporated into the tax reimbursements. These calculations have resulted in an overpayment to the lessor in the amount of $311,522.54.

We have attached an analysis for each year, from the base year forward. The current year's analysis has been calculated using the correct discounted amount and it does not include the District Surcharge.

Please contact me immediately to make arrangements to return the overpayment. You should make the check in the amount of $306,973.84, which represents the amount of overpayment minus this year's reimbursement ($4,548.70), payable to the United States of America. Should you prefer to return the overpayment over a period of months through rental deductions, we will accommodate that preference provided the Government obtains interest on unpaid amounts at the applicable Prompt Payment Act interest rate.

3PCT(Official Files), (LA Team Reading File)
3PCC (Bldg. Mgr.)

3POD: Bmccall: x5648: Aayers: x 3267: 10-02-02.

Re: GS-03B-09074
City Crescent Building
10 South Howard Street
Baltimore, Maryland

Thank you for your understanding and cooperation in this matter. I apologize for any inconvenience that this may cause.

Sincerely,

Bernadette Nocella

Legal Concur:

Contracting Officer
Chesapeake Service Center (3PC)

Enclosures

3PCT(Official Files), (LA Team Reading File)
3PCC (Bldg. Mgr.)
3POD: Bmccall: x5648: Aayers: x 3267: 10-02-02.

360 0001 5918 5501

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

2 OCT 15 PM 3:10
GSA, MAIL ROOM

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Helen C. Stephenson
Controller
Otis Warren Management, Inc.
Agent for City Crescent LTD Partnership
10 South Howard St., Suite 110
Baltimore, MD 21201

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)
B. Date of Delivery 10/17/02
C. Signature
X ☐ Agent ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

Exhibit K

General Services Administration Public Buildings Service Washington, DC 20405

PRL 84-18

NOV 26 1984

Reply to Attn of: Leasing Division — PRL

Subject: Payment of Real Estate Taxes

To : All Real Property Leasing Activities (PRL Distribution List)

1. Purpose.

a. To remind real property leasing activities of GSA's policy regarding the payment of real estate taxes under the tax escalation clause.

b. To give examples of some of the special taxes that should be reviewed on a case-by-case basis to determine whether we should pay them.

2. Background.

In a recent case before the GSA Board of Contract Appeals, the Board ruled that special assessments are not to be considered when calculating adjustments under our real estate tax clause. The Board's ruling overturned a final decision mistakenly rendered by a GSA contracting officer. The contracting officer, as part of the tax escalation clause, paid special assessments (drainage and downtown improvement taxes) on a building in which the Government occupied space.

3. Coverage. All real property leasing activities.

4. Procedure.

a. It has been and continues to be our policy that the Government will pay only those real estate taxes that are for the purpose of funding general services of the taxing jurisdictions. Such taxes are defined as taxes which are assessed on an ad valorem basis against all taxable property in the taxing jurisdiction without regard to benefit to the property. The city, state, and school components of the real estate tax are typical examples of taxes that the Government will pay.

b. It is our policy that the Government will not pay taxes which may be categorized as benefits and harm avoidance payments which offer greater benefits to the property owner than to temporary occupants of the building. Typical examples of taxes the Government will not pay include user charges, licenses, special improvement taxes, commercial zone usage charges, vault tax, metropolitan district charges, front footage charges, streetlight

maintenance charges, downtown redevelopment charges, road and bridge taxes, canal district taxes, etc. This list is not complete, and other special assessments may be included in the tax bill.

In some jurisdictions, special assessments are listed separately on the tax bill. In other jurisdictions, they may not be separately identified. In those cases, you must take special care to ensure that they are not passed on to the Government as part of the general real estate tax increases. As a rule of thumb, whenever there is a charge on the tax bill and there is no tax rate associated with that charge, you should be alerted to the possibility that the charge is a special assessment.

You should review all tax bills very carefully and get a legal opinion each time one of these special assessments appears or may be included. It is essential that a consistent position is taken within each jurisdiction so that we do not put ourselves in the position of paying the assessment for one building and denying it for another.

Please note that in some jurisdictions, water and sewer charges, snow removal, or rubbish/trash removal charges may also be included in the tax bill. They should not be paid as part of real estate tax escalation. These are operating expenses which rightfully should be considered under a lease clause pertaining to the escalation of operating expenses.

5. Implementing instructions. These procedures are applicable to tax escalations processed by the regional leasing branches after the date of this memorandum. We recognize that staffing and other constraints will not permit an across-the-board analysis of prior tax payments. However, you are not precluded from reviewing previous tax payments for selective cases and determining, with the concurrence of regional counsel, to pursue reimbursement for any payments clearly made in error.

David L. Bibb

DAVID L. BIBB
Acting Assistant Commissioner
for Space Management

Concurrence: Richard H. Hopf III

RICHARD H. HOPF, III
Director, GSA Acquisition
Policy and Regulations

5