# In the United States Court of Federal Claims

No. 05-580

(Filed: March 13, 2006)

```
****************************************** *
                                            *
CITY CRESCENT, LIMITED PARTNERSHIP,         *
                                            *
                    Plaintiff,              *
                                            *
 v.                                         *
                                            *
THE UNITED STATES,                          *
                                            *
                    Defendant.              *
                                            *
****************************************** *
```

ORDER

On March 10, 2006, counsel for Defendant filed with the Court an Unopposed Motion For Leave To File Corrected Appendix. Defendant's Motion is GRANTED.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge