IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| CITY CRESCENT LIMITED PARTNERSHIP,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 05-580<br>(Judge Wheeler) |

**APPENDIX TO PLAINTIFF CITY CRESCENT LIMITED PARTNERSHIP'S PROPOSED FINDINGS OF UNCONTROVERTED FACT**

Pursuant to RCFC 56, Plaintiff City Crescent Limited Partnership (CCLP) hereby submits the following Appendix containing the exhibits referenced in its Cross-Motion for Summary Judgment and its Proposed Findings of Uncontroverted Fact:

Exhibits

1. Exhibit 1, Affidavit of Otis Warren, Jr. with Attachments A through I
2. Exhibit 2, Affidavit of J. Kirby Fowler, Jr.
3. Exhibit 3, Baltimore City Code Art. 14 §§ 1-1 through 1-21 (2006)
4. Exhibit 4, Excerpt from Report Entitled, "Downtown Partnership Initiatives Focus Area," cited in the Defendant's Cross-Motion

Respectfully submitted,

City Crescent Limited Partnership
By Counsel

s/Robert G. Watt, Esquire
Robert G. Watt, Esquire
Christopher M. Anzidei, Esquire
Watt, Tieder, Hoffar & Fitzgerald, LLP
8405 Greensboro Drive, Suite 100
McLean, Virginia 22102
(703) 749-1000 (phone)
(703) 893-8029 (fax)

# Exhibit 1

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| CITY CRESCENT LIMITED PARTNERSHIP, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE UNITED STATES OF AMERICA, )<br>)<br>Defendant. )<br>) | Case No. 05-580<br>(Judge Wheeler) |

**AFFIDAVIT OF OTIS WARREN, JR**

I, Otis Warren, Jr., being duly sworn, hereby depose and state as follows:

1. I am over the age of 18 and have personal knowledge of the matters set forth herein and if called as a witness could competently testify thereto.

2. I am the President of Otis Warren Management, Inc., one of the partners that operates the City Crescent Limited Partnership ("CCLP"), the Plaintiff in this action.

3. In 1990, CCLP, as lessor, entered into a lease with the U.S. General Services Administration ("GSA"), GSA Lease No. GS-03B-09074 (the "Lease"), for the premises located at 10 South Howard Street, Baltimore, Maryland (the "City Crescent Building"). The original term of the Lease was March 31, 1993 through March 30, 2003. True and correct copy of the relevant lease provisions are attached hereto as Attachment A.

4. In June 2001, by Supplemental Lease Agreement No. 23, CCLP and GSA renewed the Lease for a period of fifteen years, extending the term from March 31, 2003, through March 30, 2018. A true and correct copy of Supplemental Lease Agreement No. 23 is attached hereto as Attachment B.

5. The GSA is the primary tenant of the City Crescent Building, having occupied 97% or more of the building's square-footage since 1993.

6. The Lease contains GSAR 552.270-24, Tax Adjustment, which states, in pertinent part:

> (A) The Government shall pay additional rent for its share of increases in real estate taxes over taxes paid for the calendar year in which its lease commences (base year). * * *
>
> (B) The Government's share of the tax increase will be based on the ratio of the square feet occupied by the Government to the total rentable square feet in the building. If the Government's lease terminates before the end of a calendar year, payment will be based on the percentage of the year in which the Government occupied space. The payment will not include penalties for non-payment or delay in payment. If there is any variance between the assessed value of the Government's space and other space in the building, the Government may adjust the basis for determining its share of the tax increase.

Attachment A (Lease § 3.4 at p. 7).

7. The City Crescent Building is within the area that is subject to the supplemental annual property tax imposed by Baltimore City. The City Crescent Building, however, has not received any specific benefits or capital improvements in exchange for its supplemental annual property tax payments, and CCLP has

not requested or received any of the special benefits or services referenced in Baltimore City Code Art. 14 § 1-11.

8. For the taxable years running from 1995/1996 through 2001/2002, CCLP submitted to the GSA its tax bills for the City Crescent Building, which included the State of Maryland tax ("State Tax"), the City of Baltimore tax ("City Tax"), and the supplemental annual property tax. True and correct copies of the tax bills for the years 1995/1996 through 2001/2002 are attached hereto as Attachment C. In each of these years, CCLP's calculation of the additional rent due under the Tax-Adjustment Clause included the supplemental annual property tax. In each of these years, the GSA paid the requested additional rent to CCLP pursuant to CCLP's calculation of the amount due under the Tax-Adjustment Clause, which included the supplemental annual property tax.

9. In four of these years (the tax years 1995/1996, 1996/1997, 1999/2000, and 2000/2001), CCLP and the GSA's Contracting Officer memorialized their annual calculation of the additional rent due under the Tax-Adjustment Clause by jointly executing a written "Real Estate Tax Escalation Analysis." True and correct copies of the Tax Escalation Analyses for the tax years 1995/1996, 1996/1997, 1999/2000, and 2000/2001 are attached hereto as Attachment D.

10. The GSA and CCLP memorialized the 1997/1998 real estate tax increase as a formal change to the Lease documents. A true and correct copy of Supplemental Lease Agreement No. 18 for the tax year 1997/1998 is attached hereto as Attachment E.

11. With respect to the 1998/1999 tax bill and the 2001/2002 tax bill, the GSA paid the tax increase after receipt of the tax bills from CCLP. See Attachment C (Tax Bills Submitted to the GSA for 1998/1999 and 2001/2002).

12. CCLP justifiably relied on GSA's payment of the Supplemental Tax without any objection for seven (7) years to establish an expectation by CCLP that GSA would continue to pay the Supplemental Tax under the terms of the Lease.

13. When CCLP and GSA renewed the Lease in 2001, CCLP's calculation of the annual rent to be paid by the GSA was premised upon the GSA's payment of the supplemental annual property tax.

14. GSA's Contracting Officer provided a Lease Status Report to CCLP's lenders, dated October 15, 2001, which was a prerequisite to CCLP's ability to obtain long-term financing for the Property. Paragraph 3 of the Lease Status Report, provides, in pertinent part:

> The GSA Lease is currently in full force and effect as against the Government. Neither the Government nor the Partnership are in default under the GSA lease, nor are there conditions that are existing or pending in and of themselves which may ripen into default under the GSA Lease. All duties and obligations of the Partnership with respect to the Project due through the date hereof have been satisfied or waived. There are no circumstances, events or conditions presently in existence that would confer upon the Government the right (i) to seek an offset against, take a deduction from or otherwise reduce any payment required to be made by it to the Partnership under the GSA Lease or (ii) to seek to terminate the GSA Lease. . . .The Government has not requested any changes to the Project which would cause a reduction of the non-maintenance portion of the rent.

In Paragraph 2 of the GSA's Lease Status Report, the Contracting Officer confirmed that the Lease was authorized by the United States and that any required approvals for performance of the Lease had been obtained. A true and correct copy of the Lease Status Report is attached hereto as Attachment F.

15. CCLP received financing based upon the Lease Status Report provided by the GSA. CCLP also relied on GSA's representations in the Lease Status Report that GSA would not seek an offset against, take a deduction from or otherwise reduce any payment required to be made by it to CCLP under the Lease.

16. In a letter dated October 15, 2002, the GSA informed CCLP that it would no longer pay tax increases attributable to the supplemental annual property tax. A true and correct copy of this letter is attached hereto as Attachment G. In this letter, the GSA contended that it had overpaid CCLP by $311,522.54 as a result of its improper computation of the taxes due.

17. On or about June 1, 2004, the Contracting Officer issued a Final Decision finding that GSA was entitled to a refund of the supplemental annual property tax amounts that had been paid by the GSA throughout the term of the Lease. A true and correct copy of the Contracting Officer's Final Decision is attached hereto as Attachment H.

18. The GSA has obtained reimbursement of $311,522.58 of taxes paid to CCLP for the taxable years running from 1995/1996 through 2001/2002. In 2002, the GSA deducted $4,548.70 from its payment of a tax adjustment otherwise due to CCLP for 2002/2003 tax increases. The remaining portion,

$306,973.88, was withheld by the GSA through a reduction of $76,743.47 in its rental payments made to CCLP on July 1, 2005, August 1, 2005, September 1, 2005, and October 1, 2005.

19. Starting with the bill for tax years 2002/2003, the calculation utilized by the GSA to determine its additional rent due under the Tax-Adjustment Clause has not included the supplemental annual property tax levied by Baltimore. The GSA owes $36,655.08 in additional rent for the tax year 2002/2003, $96,400.23 for the tax year 2004/2005, and $49,812.79 for the tax year 2005/2006, calculated as follows:

- July 2002 – June 2003:

| | |
|---|---|
| Total Real Estate Taxes Paid by City Crescent: | $846,055.23 |
| Less Base Taxes: | $795,531.82 |
| Tax Adjustment: | $50,523.41 |
| GSA Percentage Share (97%): | $49,007.71 |
| Additional Unpaid Tax Due from GSA*: | $36,655.08 |

*The GSA's tax-adjustment liability for the period from July 2002 – June 2003 was prorated for 273 days under Supplemental Agreement No. 23, which provides that the GSA was not required to pay City Crescent for the amount of any tax adjustments covering the period from March 31, 2003 – March 30, 2004.

- July 2004 – June 2005:

| | |
|---|---|
| Total Real Estate Taxes Paid by City Crescent: | $894,913.50 |
| Less Base Taxes: | $795,531.82 |

| | |
|---|---|
| Tax Adjustment: | $99,381.68 |
| GSA Percentage Share (97%): | $96,400.23 |
| Additional Unpaid Tax Due from GSA: | $96,400.23 |

- July 2005 – June 2006:

| | |
|---|---|
| Total Real Estate Taxes Paid by City Crescent: | $922,588.57 |
| Less Base Taxes: | $795,531.82 |
| Tax Adjustment: | $127,056.75 |
| GSA Percentage Share (97%): | $123,245.05 |
| Less Payment by GSA: | $73,432.26 |
| Additional Unpaid Tax Due from GSA: | $49,812.79 |

True and correct copies of the tax bills for the years 2002/2003, 2004/2005, and 2005/2006 are attached hereto as Attachment I.

Further Affiant Sayeth Not.

I declare under penalty of perjury under the laws of the United States of America and the State of Maryland that the foregoing is true and correct to the best of my personal knowledge.

Dated the 16th day of March, 2006.

Otis Warren, Jr.

On the 16th day of March, 2006, before me personally appeared Otis Warren, Jr., personally known to me to be the person whose name is subscribed herein.

In witness whereof I hereunto set my hand and official seal.

Notary Public

My commission expires: 9/15/08

# Attachment A

STANDARD FORM 2
FEBRUARY 1965 EDITION
GENERAL SERVICES ADMINISTRATION
FPR (41 CFR) 1-16.601

# U.S. GOVERNMENT
# LEASE FOR REAL PROPERTY

DATE OF LEASE [illegible]

LEASE NO GS-03B-09074

THIS LEASE, made and entered into this date by and between City Crescent Limited Partnership c/o Otis Warren Real Estate Services

whose address is 7034 Liberty Road
Baltimore, Maryland 21207

and whose interest in the property hereinafter described is that of owner

hereinafter called the Lessor, and the UNITED STATES OF AMERICA, hereinafter called the Government:

WITNESSETH: The parties hereto for the considerations hereinafter mentioned, covenant and agree as follows:

1. The Lessor hereby leases to the Government the following described premises:

Approximately 250,000 net usable square feet of office and related space at the City Crescent Office Building, Howard and Baltimore Streets, Baltimore, Maryland.
Including 89 parking spaces at this location.

to be used for such purposes as determined by the General Services Administration

2. TO HAVE AND TO HOLD the said premises with their appurtenances for the term beginning on *See Lease Rider Paragraph 13 through *See Lease Rider Paragraph13, subject to termination and renewal rights as may be hereinafter set forth.

3. The Government shall pay the Lessor annual rent of $ *See Lease Rider Paragraph 13

at the rate of $ *See Lease Rider Paragraph 13 per *See Lease Rider Paragraph 13 in arrears. Rent for a lesser period shall be prorated. Rent checks shall be made payable to:

~~4. The Government may termin[illegible]~~ DELETE ~~[illegible] Said notice shall be computed commencing with the day after the date of [illegible]~~

~~5. This lease may be renewed at the option of the Government, for the following terms and at the following [illegible]~~

DELETE

provided ~~notice be~~ given in writing to the Lessor at least .................. days before the end of the original lease term ~~or of renewal term; all other terms and conditions of this lease shall remain the same during any renewal term. Said notice shall be computed commencing with the day after the date of mailing.~~

2-106

Initials: [initials] Lessor [initials] Government

All Services, maintenance, utilities, operations, alterations, and other considerations as set forth in this lease.

7. The following are attached and made a part hereof:

~~The General Provisions and Instructions (Standard Form 2-A, ________ edition).~~

Section A Lease Form 2
Section B Rider to Lease GS-03B-09074
Section C Solicitation for offers MMD 99999
Section D General Clauses
Section E Representations & certifications.
Amendments 1,2,3,4 (Incorporated into the body of this lease)

8. The following changes were made in this lease prior to its execution:

None

IN WITNESS WHEREOF, the parties hereto have hereunto subscribed their names as of the date first above written.

LESSOR

City Crescent Limited Partnership

BY Otis Warren
Managing General Partner
(Signature) (Signature)

IN PRESENCE OF:

(Signature) 1899 L STREET #1200 20036 WASH. DC.
(Address)

UNITED STATES OF AMERICA

BY (Signature) DIRECTOR REAL ESTATE
(Official title)

STANDARD FORM 2
FEBRUARY 1965 EDITION

* U.S. GPO: 1989-250-536/00286

3.4 TAX ADJUSTMENT GSAR 552.270-24 (6/85)

(A) THE GOVERNMENT SHALL PAY ADDITIONAL RENT FOR ITS SHARE OF INCREASES IN REAL ESTATE TAXES OVER TAXES PAID FOR THE CALENDAR YEAR IN WHICH ITS LEASE COMMENCES (BASE YEAR). PAYMENT WILL BE IN A LUMP SUM AND BECOME DUE ON THE FIRST WORKDAY OF THE MONTH FOLLOWING THE MONTH IN WHICH PAID TAX RECEIPTS FOR THE BASE YEAR AND THE CURRENT YEAR ARE PRESENTED, OR THE ANNIVERSARY DATE OF THE LEASE, WHICHEVER IS LATER. THE GOVERNMENT WILL BE RESPONSIBLE FOR PAYMENT ONLY IF THE RECEIPTS ARE SUBMITTED WITHIN 60 CALENDAR DAYS OF THE DATE THE TAX PAYMENT IS DUE. IF NO FULL TAX ASSESSMENT IS MADE DURING THE CALENDAR YEAR IN WHICH THE GOVERNMENT LEASE COMMENCES, THE BASE YEAR WILL BE THE FIRST YEAR OF A FULL ASSESSMENT.

(B) THE GOVERNMENT'S SHARE OF THE TAX INCREASE WILL BE BASED ON THE RATIO OF THE SQUARE FEET OCCUPIED BY THE GOVERNMENT TO THE TOTAL RENTABLE SQUARE FEET IN THE BUILDING. IF THE GOVERNMENT'S LEASE TERMINATES BEFORE THE END OF A CALENDAR YEAR, PAYMENT WILL BE BASED ON THE PERCENTAGE OF THE YEAR IN WHICH THE GOVERNMENT OCCUPIED SPACE. THE PAYMENT WILL NOT INCLUDE PENALTIES FOR NON-PAYMENT OR DELAY IN PAYMENT. IF THERE IS ANY VARIANCE BETWEEN THE ASSESSED VALUE OF THE GOVERNMENT'S SPACE AND OTHER SPACE IN THE BUILDING, THE GOVERNMENT MAY ADJUST THE BASIS FOR DETERMINING ITS SHARE OF THE TAX INCREASE.

(C) THE GOVERNMENT MAY CONTEST THE TAX ASSESSMENT BY INITIATING LEGAL PROCEEDINGS ON BEHALF OF THE GOVERNMENT AND THE LESSOR OR THE GOVERNMENT ALONE. IF THE GOVERNMENT IS PRECLUDED FROM TAKING LEGAL ACTION, THE LESSOR SHALL CONTEST THE ASSESSMENT UPON REASONABLE NOTICE BY THE GOVERNMENT. THE GOVERNMENT SHALL REIMBURSE THE LESSOR FOR ALL COSTS AND SHALL EXECUTE ALL DOCUMENTS REQUIRED FOR THE LEGAL PROCEEDINGS. THE LESSOR SHALL AGREE WITH THE ACCURACY OF THE DOCUMENTS. THE GOVERNMENT SHALL RECEIVE ITS SHARE OF ANY TAX REFUND. IF THE GOVERNMENT ELECTS TO CONTEST THE TAX ASSESSMENT, PAYMENT OF THE ADJUSTED RENT SHALL BECOME DUE ON THE FIRST WORKDAY OF THE MONTH FOLLOWING CONCLUSION OF THE APPEAL PROCEEDINGS.

(D) IN THE EVENT OF ANY DECREASES IN REAL ESTATE TAXES OCCURRING DURING THE TERM OF OCCUPANCY UNDER THE LEASE, THE RENTAL AMOUNT WILL BE REDUCED ACCORDINGLY. THE AMOUNT OF ANY SUCH REDUCTIONS WILL BE DETERMINED IN THE SAME MANNER AS INCREASES IN RENT PROVIDED UNDER THIS CLAUSE.

3.5 OPERATING COSTS GSAR 552.270-23 (6/85)

(A) BEGINNING WITH THE SECOND YEAR OF THE LEASE AND EACH YEAR AFTER, THE GOVERNMENT SHALL PAY ADJUSTED RENT FOR CHANGES IN COSTS FOR CLEANING SERVICES, SUPPLIES, MATERIALS, MAINTENANCE, TRASH REMOVAL, LANDSCAPING, WATER, SEWER CHARGES, HEATING, ELECTRICITY, AND CERTAIN ADMINISTRATIVE EXPENSES ATTRIBUTABLE TO OCCUPANCY. APPLICABLE COSTS LISTED ON GSA FORM 1217, LESSOR'S ANNUAL COST STATEMENT, WHEN NEGOTIATED AND AGREED UPON, WILL BE USED TO DETERMINE THE BASE RATE FOR OPERATING COSTS ADJUSTMENT.

(B) THE AMOUNT OF ADJUSTMENT WILL BE DETERMINED BY MULTIPLYING THE BASE RATE BY THE PERCENT OF CHANGE IN THE COST OF LIVING INDEX. THE PERCENT CHANGE WILL BE COMPUTED BY COMPARING THE INDEX FIGURE PUBLISHED FOR THE MONTH PRIOR TO THE LEASE COMMENCEMENT DATE WITH THE INDEX FIGURE PUBLISHED FOR THE MONTH WHICH BEGINS EACH SUCCESSIVE 12-MONTH PERIOD. FOR EXAMPLE, A LEASE WHICH COMMENCES IN JUNE OF 1985 WOULD USE THE INDEX PUBLISHED FOR MAY OF 1985 AND THAT FIGURE WOULD BE COMPARED WITH THE INDEX PUBLISHED FOR MAY OF 1986, MAY OF 1987, AND SO ON, TO DETERMINE THE PERCENT CHANGE. THE COST OF LIVING INDEX WILL BE MEASURED BY THE U.S. DEPARTMENT OF LABOR REVISED CONSUMER PRICE INDEX FOR WAGE EARNERS AND CLERICAL WORKERS, U.S. CITY AVERAGE, ALL ITEMS FIGURE, (1982-84 = 100) PUBLISHED BY THE BUREAU OF LABOR STATISTICS. PAYMENT WILL BE MADE WITH THE MONTHLY INSTALLMENT OF FIXED RENT. RENTAL ADJUSTMENTS WILL BE EFFECTIVE ON THE ANNIVERSARY DATE OF THE LEASE. PAYMENT OF THE ADJUSTED RENTAL RATE WILL BECOME DUE ON THE FIRST WORKDAY OF THE SECOND MONTH FOLLOWING THE PUBLICATION OF THE COST OF LIVING INDEX FOR THE MONTH PRIOR TO THE LEASE COMMENCEMENT DATE.

(C) IF THE GOVERNMENT EXERCISES AN OPTION TO EXTEND THE LEASE TERM AT THE SAME RATE AS THAT OF THE ORIGINAL TERM, THE OPTION PRICE WILL BE BASED ON THE ADJUSTMENT DURING THE ORIGINAL TERM. ANNUAL ADJUSTMENTS WILL CONTINUE.

(D) IN THE EVENT OF ANY DECREASES IN THE COST OF LIVING INDEX OCCURRING DURING THE TERM OF THE OCCUPANCY UNDER THE LEASE, THE RENTAL AMOUNT WILL BE REDUCED ACCORDINGLY. THE AMOUNT OF SUCH REDUCTIONS WILL BE DETERMINED IN THE SAME MANNER AS INCREASES IN RENT PROVIDED UNDER THIS CLAUSE.

(E) THE OFFER MUST CLEARLY STATE WHETHER THE RENTAL IS FIRM THROUGHOUT THE TERM OF THE LEASE OR IF IT IS SUBJECT TO ANNUAL ADJUSTMENT OF

INITIALS: ______ & ______
LESSOR GOVERNMENT

# Attachment B

OFFICE COPY
JUN 12 2001
OTIS WARREN REAL ESTATE SERVICES

GSA

GSA Mid-Atlantic Region

JUN 06 2001

Mr. Otis Warren
City Crescent Limited Partnership
c/o Otis Warren Real Estate Services
10 South Howard Street
Baltimore, MD 21201

Dear Mr. Warren:

Enclosed for your records is your fully-executed copy of Supplemental Lease Agreement No. 23 to Lease No. GS-03B-09074 for property located at the City Crescent Building, 10 South Howard Street, Baltimore, MD.

Thank you for your assistance in ensuring that your building meets the long-term needs of our Federal clients. Any questions regarding this Supplemental Lease Agreement may be directed to me at (215) 656-5875. Thank you again for your cooperation in this matter.

Sincerely,

Douglas Dooling
Contracting Officer
Chesapeake Realty Services District

Enclosure: Fully-executed SLA No. 23

Title: SLA #23
Author: CA
Subject: City Crescent
Keywords:
Date Scanned: 3/21/05

U.S. General Services Administration
The Wanamaker Building
100 Penn Square East
Philadelphia, PA 1910
www.gsa.gov

GENERAL SERVICES ADMINISTRATION
PUBLIC BUILDINGS SERVICE

# SUPPLEMENTAL LEASE AGREEMENT

SUPPLEMENTAL AGREEMENT NO. 23

DATE JUN 0 6 2001

TO LEASE NO. GS- 03B-09074

ADDRESS OF PREMISES
CITY CRESCENT BUILDING
10 SOUTH HOWARD STREET
BALTIMORE, MARYLAND 21201

THIS AGREEMENT, made and entered into this date by and between
CITY CRESCENT LIMITED PARTNERSHIP
c/o OTIS WARREN REAL ESTATE SERVICES

whose address is
10 SOUTH HOWARD STREET
BALTIMORE, MARYLAND, 21201

hereinafter called the Lessor, and the UNITED STATES OF AMERICA, hereinafter called the Government:

WHEREAS, the parties hereto desire to amend the above Lease.

NOW THEREFORE, these parties for the considerations hereinafter mentioned covenant and agree that the said Lease is amended, effective upon GSA execution, as follows:

Per the following terms, the Government hereby exercises a fifteen (15) year renewal option for 266,574 usable square feet(USF) and 89 inside parking spaces at the City Crescent Building, 10 South Howard Street, Baltimore, MD, which extends the firm term of this lease until March 30, 2018.

A. Annual Rent (Fully Serviced): There are not any accumulated escalations from 3/31/1993 to 3/30/2003 added to the renewal option rent.

1. March 31, 2003 through March 30, 2008: 266,574 USF X $28.00/USF = $7,464,072.00 per year.
March 31, 2008 through March 30, 2018: 266,574 USF X $28.80/USF = $7,677,331.00 per year, plus all allowed accrued operating cost and real estate tax adjustments added from 3/31/2004 to 3/31/2008.

All other terms and conditions of the lease shall remain in force and effect.
IN WITNESS WHEREOF, the parties subscribed their names as of the above date.

LESSOR CITY CRESCENT LIMITED PARTNERSHIP

BY [signature] (Signature)
Otis Warren, Jr.
Managing General Partner (Title)

IN PRESENCE OF
[signature] (Signature)
10 S. Howard St., Baltimore, MD 21201 (Address)

UNITED STATES OF AMERICA GENERAL SERVICES ADMINISTRATION

BY [signature] (Signature)
CONTRACTING OFFICER (Official Title)

Appendix - 16

2. If the lessor installs a separate electric meter at its sole cost and expense, then the Government has the unilateral right to convert this lease to a net of electric lease, at any time during the renewal term, at the following negotiated terms:

Base Annual Rent, net of electric (Government pays its electric usage directly to the utility company): There are not any accumulated escalations from 3/31/1993 to 3/30/2003 added to the renewal option rent.

March 31, 2003 through March 30, 2008: 266,574 USF x $24.72/USF = $6,589,709.28 per year.
March 31, 2008 through March 30, 2018: 266,574 USF x $25.52/USF = $6,802,490.85 per year, plus all allowed accrued operating costs and real estate tax adjustments added from March 31, 2004 to March 31, 2008.

With the net of electric option, the lessor would need to provide and install a separate electric meter, at its sole cost and expense, to meter the non-government use of electricity in the City Crescent Building. The utility bill for this separate electrical meter shall not be the responsibility of the Government.

B. <u>OPERATING AND TAX ABATEMENT IN YEAR 11</u>
For purposes of future operating cost escalations, the value of year 10 (year ending March 30, 2003) shall be the new base year for the cost of services of this lease. This value shall be used to calculate the future annual cost of services, beginning March 31, 2004. The real estate tax base remains unchanged.

There shall be no operating or real estate tax adjustment paid by the Government at the beginning of the 11th year, March 31, 2003, of the lease, in recognition of the increased rent rate. Operating costs and real estate tax adjustments will continue on an annual basis in accordance with the lease on March 31, 2004, the 12th anniversary of the lease.

C. <u>ALTERATIONS REQUIRED, Effective March 30, 2003</u>
1. The lessor shall remove, at its cost and expense, any of the existing wall coverings in the Government's leased space, at the request of the General Services Administration, and change the finish of such surfaces to paint. Paint colors are to be selected by the Government. Thereafter, any areas that were formerly covered by wallcovering shall be repainted by the lessor in accordance with the painting schedule in the lease.

2. The lessor shall provide and install, at it's cost and expense, an entrance with increased handicapped accessibility at the north entrance (doors that open directly on Howard Street) of the building by equipping this entrance with an electronic, automatic power-aided door.

3. The lessor shall provide and install, at its cost and expense:
   A. Repaint all wall surfaces in GSA-leased space that shall be identified by GSA, under separate cover. If GSA requests painting of walls that currently have a non-painted covering, the lessor shall remove existing covering and repaint said walls, in accordance to the terms of the lease.
   B. Replace the existing carpeting in all GSA controlled space, as provided fully at Lease Paragraph 5.11, except that the lessor shall not be required to replace carpet during the last

LESSOR ______ GOVERNMENT ______

three years of the term, unless such carpets are determined by the Government to be worn out, as defined in Section 5.11 of this lease.

Between March 31, 2003 to March 30, 2018, all carpeting shall be replaced twice for all tenants, excluding space occupied by the Army Corps of Engineers, as of space occupancy of March 31, 2001.

Between March 31, 2003 to March 30, 2018, space occupied by the Army Corps of Engineers, or their successors, as of March 31, 2001, shall have their carpeting replaced once, at the lessor's expense.

For the carpet replacement, solely in the City Crescent Building, the lessor may, in lieu of the carpet specified in Lease Paragraph 5.11, order carpet of the following specifications from the GSA Schedule, via the Federal Supply Service (FSS):

CARPET TILE:

Any carpet tile to be newly installed must meet the following specifications:

* Pile Yarn Content: staple filament or continuous filament branded by a fiber producer (Allied, Dupont, Monsanto, BASF), soil-hiding nylon.
* Carpet pile construction: tufted level loop, level cut pile, or level cut/uncut pile.
* Pile weight: 28 ounces per square yard is the minimum for level loop and cut pile. 32 ounces per square yard is the minimum for plush and twist.
* Secondary back: PVC, EVA (ethylene vinyl acetate), polyurethane, polyethylene, bitumen or olefinic hardback reinforced with fiberglass.
* Dye Method: Solution dyed.
* Total weight: minimum of 130 ounces per square yard.

* Density: 100 percent nylon (loop and cut pile) -- minimum of 4000; other fibers, including blends and combinations -- minimum of 4500.
* Pile height: minimum of 1/8 inch.
* Static buildup: maximum of 3.5 KV, when tested in accordance with AATCC-134. Carpet tiles shall be anti-static type with a static value of less than 2,500 volts at 20 percent humidity.
* Carpet construction: minimum of 64 tufts per square inch.

Under this lease, the General Services Administration's Mid-Atlantic Region has included specific FSS Scheduled carpeting in its lease and authorizes the lessor and/or its designee to buy under the schedule at the Government discounted prices. The GSA lessor authorized to procure the carpeting against the FSS schedule is City Crescent Limited Partnership, 10 South Howard Street, Baltimore, MD 21201

When making the purchase, City Crescent Limited Partnership will present to the dealer this SLA and a written authorization from the GSA Contracting Officer of the Chesapeake Realty Services District. The lessor will be permitted to purchase only these items on the attached FSS Schedule

LESSOR ______ GOVERNMENT ______

at the GSA discounted prices. Other products, which you may have under GSA schedules, may not be sold to this or any other lessor/contractor without Government authority.

4. The Government's cost for all alterations work performed by the lessor, during the remaining term of the lease shall include a management fee for the lessor's overhead and profit in accordance with the following percentages:

~ 10% for alteration less that $250,000.00
~ 8% for alterations between $250,001.00 - $500,000.00
~ 6% for alterations between $500,001.00 - $800,000.00
~ 4% for all alterations greater than $800,001.00

Fee for all change orders will be 10%

All alterations listed in C1 to C3, or requested by the Government under C1 to C3 by March 30, 2003, with the exception of the carpeting for the Corps of Engineers, shall be completed by August 30, 2003.

D. ACCESSIBILITY AND LIFE SAFETY

1.0 HANDICAPPED ACCESSIBILITY (JAN 1997)
The building and the leased space shall be accessible to the handicapped in accordance with the Americans With Disabilities Act Accessibility Guidelines (36 CFR Part 36, App. A) and the Uniform Federal Accessibility Standards (41 CFR 101-19.6, App. A). Where standards conflict, the more stringent shall apply.

LESSOR________ GOVERNMENT________

## 2.0 SAFETY AND ENVIRONMENTAL MANAGEMENT

### 2.1 OCCUPANCY PERMIT (OCT 1996)

The Lessor shall provide a valid Occupancy Permit for the intended use of the Government and shall maintain and operate the building in conformance with current local codes and ordinances. If the local jurisdiction does not issue occupancy permits, Offerors should consult the contracting officer to determine if other documentation may be needed.

### 2.2 FIRE AND LIFE SAFETY (OCT 1996)

(a) Below-grade space to be occupied by Government and all areas in a building referred to as "hazardous areas" in National Fire Protection Association Standard 101, known as the "Life Safety Code," or any successor standard thereto, must be protected by an automatic sprinkler system or an equivalent level of safety.

(b) If offered space is 3 stories or more above grade, the Lessor shall provide written documentation that the building meets egress and fire alarm requirements as established by NFPA Standard No. 101 or equivalent. However, if 1) offered space is 5 stories or less above grade, 2) the total Government leased space in the building (all leases combined) will be less than 35,000 square feet, and 3) the building is sprinklered, this documentation is not required.

(c) If offered space is 6 stories or more above grade, additional fire and life safety requirements may apply. Therefore, the offeror must advise GSA in its offer whether or not the offered space, or any part thereof, is on or above the sixth floor of the offered building.

### 2.3 SPRINKLER SYSTEM (OCT 1996)

(a) If any portion of the offered space is on or above the 6th floor, and lease of the offered space will result, either individually or in combination with other Government leases in the offered building, in the Government leasing more than 35,000 BOMA Usable Square Feet of space in the offered building, then the entire building must be protected by an automatic sprinkler system or an equivalent level of safety.

(b) If an offeror proposes to satisfy any requirement of this clause by providing an equivalent level of safety, the offeror must submit, for Government review and approval, a fire protection engineering analysis, performed by a qualified fire protection engineer, demonstrating that an equivalent level of safety for the offered building exists. Offerors should contact the Contracting Officer for further information regarding Government review and approval of "equivalent level of safety" analyses. (See 41 CFR 101-6.6 for guidance on conducting an equivalent level of safety analysis.)

(c) Definition: "Equivalent level of safety" means an alternative design or system (which may include automatic sprinkler systems), based upon fire protection engineering analysis, which achieves a level of safety equal to or greater than that provided by automatic sprinkler systems.

(d) Sprinkler heads located in the ADP room shall be on\off style.

LESSOR______________GOVERNMENT______________

2.4 MANUAL FIRE ALARM SYSTEMS (OCT 1996)
Manual fire alarm systems shall be provided in accordance with NFPA Standard 101 (current as of the date of this solicitation). Systems shall be maintained and tested by the Lessor in accordance with NFPA Standard 72. The fire alarm system wiring and equipment must be electrically supervised and automatically notify the local fire department (NFPA Standard No. 72) or approved central station. Emergency power must be provided in accordance with NFPA Standards No. 70 and 72.

2.5 EXIT AND EMERGENCY LIGHTING
Emergency lighting must provide at least 0.5 foot-candle of illumination throughout the exit path, including exit access routes, exit stairways, or other routes such as passageways to the outside of the building. The emergency lighting system used must be such that it will operate even if the public utility power fails, except that in buildings 6 stories or less, the system may be powered from connections to separate substations or to a network system from the public utility. Automatic switching must be provided for the emergency power supply.

2.6 OSHA REQUIREMENTS (OCT 1996)
The Lessor shall maintain buildings and space in a safe and healthful condition according to the Occupational Safety and Health Administration (OSHA) standards.

2.7 ASBESTOS (OCT 1996)
The leased space shall be free of all asbestos containing materials.

2.8 INDOOR AIR QUALITY (OCT 1996)

(a) The Lessor shall control contaminants at the source and/or operate the space in such a manner that the GSA indicator levels for carbon monoxide (CO), carbon dioxide ($CO_2$), and formaldehyde (HCHO) are not exceeded. The indicator levels for office areas shall be: CO - 9 parts per million (ppm) time-weighted average (TWA - 8-hour sample); $CO_2$ - 1000 ppm (TWA); formaldehyde - 0.1 ppm (TWA).

(b) The Lessor shall make a reasonable attempt to apply insecticides (except traps), paints, glues, adhesives, and heating, ventilating and air conditioning (HVAC) system cleaning compounds with highly volatile or irritating organic compounds, outside of working hours. The Lessor shall provide advance notice to the tenant before applying noxious chemicals in occupied spaces, and adequate ventilation in those spaces during working hours during and after application.

(c) The Lessor shall, at all times, supply adequate ventilation to the leased premises with air having contaminants below OSHA or EPA action levels and permissible exposure limits, and without noxious odors or dusts. The Lessor shall conduct HVAC system balancing after all HVAC system alterations; and make a reasonable attempt to schedule major construction outside of office hours.

(d) The Lessor shall promptly investigate indoor air quality (IAQ) complaints and shall implement controls, including alteration of building operating procedures (e.g.,

LESSOR ________ GOVERNMENT ________

adjusting air intakes, adjusting air distribution, cleaning and maintaining HVAC systems, etc.), to address such complaints.

(e) The Government reserves the right to conduct independent IAQ assessments and detailed studies in space it occupies, as well as in space serving the Government-leased space (e.g., common use areas, mechanical rooms, HVAC systems, etc.). The Lessor shall assist the Government in its assessments and detailed studies by making available information on building operations and Lessor activities, and providing access to space for assessment and testing, if required, and implement corrective measures required by the Contracting Officer.

2.9 RADON IN AIR (OCT 1996)

If space planned for occupancy by the Government is on the second floor above grade or lower, the Lessor shall, prior to occupancy, test the leased space for 2-3 days using charcoal canisters or Electret Ion Chambers to ensure radon in air levels are below the Environmental Protection Agency's action concentration of 4 picoCuries/liter. After the initial testing, a followup test for a minimum of 91 days using Alpha Track Detectors or Electret Ion Chambers must be completed.

2.10 RADON IN AIR (OCT 1996)

(a) The radon concentration in the air of space leased to the Government shall be less than the Environmental Protection Agency (EPA) action concentration for homes of 4 picoCuries per liter (pCi/L), herein called the "EPA action concentration."

(b) Initial testing:

(1) The Lessor shall test for radon that portion of space planned for occupancy by the Government in ground contact or closest to the ground up to and including the second floor above grade (space on the third or higher floor above grade need not be measured), report the results to the Contracting Officer upon award, and promptly carry out a corrective action program for any radon concentration which equals or exceeds the EPA action level.

(2) Testing sequence: The Lessor shall measure radon by the Standard Test in subparagraph (d)(1), completing the Test not later than 150 days after award, unless the Contracting Officer decides that there is not enough time to complete the Test before Government occupancy, in which case the Lessor shall perform the Short Test in subparagraph (d)(2).

(3) If the space offered for lease to the Government is in a building under construction or proposed for construction, the Lessor shall, if possible, perform the Standard Test during buildout before Government occupancy of the space. If the Contracting Officer decides that it is not possible to complete the Standard Test before occupancy, the Lessor shall complete the Short Test before occupancy, and the Standard Test not later than 150 days after occupancy.

(c) Corrective action program:

LESSOR ______ GOVERNMENT ______

(1) Program initiation and procedures:

(i) If the Government or the Lessor detects radon at or above the EPA action level at any time before Government occupancy, the Lessor shall carry out a corrective action program which reduces the concentration to below the EPA action level before Government occupancy.

(ii) If the Government or the Lessor detects a radon concentration at or above the EPA action level at any time after Government occupancy, the Lessor shall promptly carry out a corrective action program which reduces the concentration to below the EPA action level.

(iii) If the Government or the Lessor detects a radon concentration at or above the EPA residential occupancy concentration of 200 pCi/L at any time after Government occupancy, the Lessor shall promptly restrict the use of the affected area, and provide comparable temporary space for the tenants, as agreed to by the Government, until the Lessor carries out a prompt corrective action program which reduces the concentration to below the EPA action level and certifies the space for reoccupancy.

(iv) The Lessor shall provide the Government with prior written notice of any proposed corrective action or tenant relocation. The Lessor shall promptly revise the corrective action program upon any change in building condition or operation which would affect the program or increase the radon concentration to or above the EPA action level.

(2) The Lessor shall perform the Standard Test in subparagraph (d)(1) to assess the effectiveness of a corrective action program. The Lessor may also perform the Short Test in subparagraph (d)(2) to determine whether the space may be occupied, but shall begin the Standard Test concurrently with the Short Test.

(3) All measures to accommodate delay of occupancy, corrective action, tenant relocation, tenant reoccupancy, or follow-up measurement, shall be provided by the Lessor at no additional cost to the Government.

(4) If the Lessor fails to exercise due diligence, or is otherwise unable to reduce the radon concentration promptly to below the EPA action level, the Government may implement a corrective action program and deduct its costs from the rent.

(d) Testing procedures:

(1) Standard Test: Place Alpha Track Detectors or Electret Ion Chambers throughout the required area for 91 or more days so that each covers no more than 2,000 square feet of usable space. Use only devices listed in the EPA Radon Measurement Proficiency (RMP) Program Application Device Checklists. Use a laboratory rated proficient in the EPA Program to analyze the devices. Submit the results and supporting data (sample location, device type, duration, radon

LESSOR ____ GOVERNMENT ____

measurements, laboratory proficiency certification number, and the signature of a responsible laboratory official) within 30 days after the measurement.

(2) Short Test: Place Alpha Track Detectors for at least 14 days, or Electret Ion Chambers or charcoal canisters for 2 to 3 days, throughout the required area so that each covers no more than 2,000 square feet of usable space, starting not later than 7 days after award. Use only devices listed in the EPA RMP Program Application Device Checklists. Use a laboratory rated proficient in the EPA Program to analyze the devices, and submit the results and supporting data within 30 days after the measurement. In addition, complete the Standard Test not later than 150 days after Government occupancy.

2.11 RADON IN WATER (SEP 1991)

(a) Two water samples constituting a sampling pair shall be taken from the same location for quality control. They shall be obtained inside the building and as near the non-public water source as is practical, in accordance with EPA's "Radon In Water Sampling Program Manual." Analysis of water samples for radon must be performed by a laboratory that uses the analytical procedures as described in EPA's "Two Test Procedures For Radon In Drinking Water."

(b) The Lessor shall perform the necessary radon testing and submit a certification to the Contracting Officer before the Government occupies the space.

(c) If the EPA action level is reached or exceeded, the Lessor shall institute abatement methods, such as aeration, which reduce the radon to below the EPA action level prior to occupancy by the Government, and are promptly revised when building conditions which would or do affect the program change.

2.12 HAZARDOUS MATERIALS (OCT 1996)

The leased space shall be free of hazardous materials according to applicable Federal, State, and local environmental regulations.

E. REMOVAL OF PURCHASE OPTION

The purchase option set forth in Paragraph "C" of Supplemental Lease Agreement N0. 4 of the referenced lease shall be deemed canceled and voided upon exercise of the renewal options by the General Services Administration.

LESSOR ________ GOVERNMENT ________

# Attachment C

# MAYOR AND CITY COUNCIL - BALTIMORE
## REAL PROPERTY TAX LEVY
JULY 1, 2001 TO JUNE 30, 2002

BUREAU OF TREASURY MANAGEMENT
COLLECTION DIVISION
200 HOLLIDAY STREET
BALTIMORE, MD 21202

TELEPHONE INQUIRIES:

| | |
|---|---|
| BILLING | 410-396-3987 |
| IVR REFERENCE | 0106550000900 |
| STATE DEPARTMENT OF ASSESSMENTS | 410-767-8250 |
| STATE HOMEOWNER CREDIT | 410-767-4433 |

010731 DUPLICATE

PROPERTY IDENTIFIER

| WD | SECTION | BLOCK | LOT |
|---|---|---|---|
| 04 | 100 | 0655 | 009 |

CITY CRESCENT LIMITED
PARTNERSHIP
OTIS WARREN MGMT CO
10 S HOWARD ST
SUITE 110
BALTIMORE, MD. 21201

LOT DIMENSIONS
0.774 ACRES
NOT A PRINCIPAL RESIDENCE

CONSTANT YIELD $2.268 DIFFERENCE .06

CURRENT YEAR TAXABLE ASSESSMENT DATA

| | |
|---|---|
| LAND | 3,371,500 |
| IMPROVEMENT | 30,128,500 |
| TOTAL | 33,500,000 |

ASSESSED PROPERTY:
10 S HOWARD ST

| TAX DESCRIPTION | ASSESSMENT | RATE | TAX |
|---|---|---|---|
| STATE TAX | 33,500,000 | $ .0840 | 28,140.00 |
| CITY TAX | 33,500,000 | $2.3280 | 779,880.00 |
| TOTAL TAX | | | 808,020.00 |

***DUPLICATE***
PD: 7/31/01 CR:275 LOC: WOLM WS: 005
ID:07 BLOCK: 0655 LOT: 009
TR:0026 RCT #:00047078
10:18AM
CO AMOUNT PAID: $800,221.20
Real Property $800,221.20

SEMIANNUAL PAYMENT SCHEDULE

1ST INSTALLMENT

| IF PAID BY | DISC/INT & PEN | PAY THIS AMOUNT |
|---|---|---|

2ND INSTALLMENT

| IF PAID BY | SERV. CHG&I/P | PAY THIS AMOUNT |
|---|---|---|

SERVICE FEE RATE FOR SEMIANNUAL IS: FEE:

ANNUAL PAYMENT SCHEDULE

| IF PAID BY | DISC/INT & PEN | PAY THIS AMOUNT |
|---|---|---|
| 07/31/01 | 7,798.80- | 800,221.20 |
| 08/31/01 | 3,899.40- | 804,120.60 |
| 09/30/01 | | 808,020.00 |

PD: 7/31/01 CR:275 LOC: WOLM WS: 005
ID:07 BLOCK: 0655 LOT: 009
TR:0026 RCT #:00047078
7/31/01 10:18AM
CO AMOUNT PAID: $800,221.20
Real Property $800,221.20

PD: 7/31/01 CR:275 LOC: WOLM WS: 005
ID:07 BLOCK: 0655 LOT: 009
TR:0026 RCT #:00047079
7/31/01 10:18AM
CO AMOUNT PAID: $45,834.03
Special Benefit $45,834.03
CK $846,055.23
CHANGE $0.00

WOLM 7/31/01 005 07 0026
$846,055.23

**DEAR PROPERTY OWNER: THIS IS YOUR SPECIAL BENEFIT DISTRICT SURCHARGE**

You may pay this bill at the Bureau of Treasury Management, Collection Division, in the lobby of the Abel Wolman Municipal Building, 200 Holliday Street, Baltimore, MD 21202; Monday through Friday, 8:30 a.m. to 3:30 p.m., or at banks authorized to collect Baltimore City taxes.

This bill is due during the month of July. If you pay this bill during July or August, you will receive the discount indicated to the left of the pay amount. The flat amount is payable during the month of September. This bill becomes delinquent on October 1st, and is subject to interest and penalty. Interest will be assessed on the State Tax portion of the bill at the rate of 1% per month or fraction of a month until paid. Interest and penalty will be assessed on the City Tax portion of the bill at the combined rate of 2% per month or fraction of a month until paid. Discounts, interest, and penalty are calculated on the net amount of the bill after any credits have been applied. This bill is due as rendered. If you have appealed your assessment, and the appeal is still pending, you must pay this bill to obtain a discount, or to avoid interest and penalty. Should your appeal result in a reduction of the amount of tax due, the overpayment will be refunded to you with interest.

A return check charge of $30.00 will be assessed on each bill which is paid with a check that is returned unpaid by the bank on which it is drawn. Payment of this bill for current taxes, will not prevent legal action if taxes for prior years or other municipal liens are unpaid. Failure to receive a bill does not excuse the payment of taxes, interest, and penalty. It is the property owner's responsibility to secure a bill for payment, if one is not received. Legal action to enforce payment of taxes will be commenced against the property on which the current taxes have not been paid by November 1st of the levy year.

If you wish to change the mailing address for this bill, you must notify, in writing, the Public Service Division, Property Location Section, Room 204 Abel Wolman Municipal Building, 200 Holliday Street, Baltimore, MD 21202. You should also indicate whether you wish the water bill sent to the new address.

Baltimore City utilizes the Vital Check credit card payment system for payment of all city charges, including taxes. The system utilizes Visa and Discover credit cards for in office payments. There is a Vital Check fee for the service. For more information concerning this service please call 396-3993.

If you have any questions concerning this bill, please call the Billing Section at 396-3998.

JULY 1 2001 JUNE 30 2002

**SPECIAL BENEFIT DISTRICT SURCHARGE**
MAYOR AND CITY COUNCIL OF BALTIMORE – STATE OF MARYLAND
MAKE CHECK PAYABLE TO DIRECTOR OF FINANCE – BALTIMORE

TAXPAYER'S COPY
DETACH AND RETAIN

| WD | SECT | BLOCK | LOT | DISTRICT | ASSESSMENT | LOT DIMENSIONS |
|---|---|---|---|---|---|---|
| 04 | 10 | 0655 | 009 | 1 | 33,500,000 | 0.774 ACRES |

DUPLICATE DISTRICT RATE .1382 SURCHARGE 46,297.00

CITY CRESCENT LIMITED
PARTNERSHIP
OTIS WARREN MGMT CO
10 S HOWARD ST
SUITE 110
BALTIMORE, MD. 21201

**ASSESSED PROPERTY:**
10 S HOWARD ST

| IF PAID BY | DISC. / INT. PEN. | PAY THIS AMOUNT |
|---|---|---|
| 07/31/01 | 462.97 | 45,834.03 |
| 08/31/01 | 231.49 | 46,065.51 |
| 09/30/01 | FLAT CHG | 46,297.00 |
| 10/31/01 | 925.94 | 47,222.94 |

# MAYOR AND CITY COUNCIL - BALTIMORE
# REAL PROPERTY TAX LEVY
JULY 1, 2000 TO JUNE 30, 2001

BUREAU OF TREASURY MANAGEMENT
COLLECTION DIVISION
200 HOLLIDAY STREET
BALTIMORE, MD 21202

TELEPHONE INQUIRIES:
BILLING 410-396-3987
IVR REFERENCE 0006550000900
STATE DEPARTMENT OF ASSESSMENTS 410-767-8250
STATE HOMEOWNER CREDIT 410-767-4433

051220 DUPLICATE

PROPERTY IDENTIFIER

| WD | SECTION | BLOCK | LOT |
|---|---|---|---|
| 04 | 100 | 0655 | 009 |

CITY CRESCENT LIMITED
PARTNERSHIP
OTIS WARREN MGMT CO
10 S HOWARD ST
SUITE 110
BALTIMORE, MD. 21201

LOT DIMENSIONS
0.774 ACRES
NOT A PRINCIPAL RESIDENCE

CONSTANT YIELD $5.750 DIFFERENCE .07

CURRENT YEAR TAXABLE ASSESSMENT DATA

| | |
|---|---|
| LAND | 3,000,000 |
| IMPROVEMENT | 30,500,000 |
| TOTAL | 33,500,000 |

**ASSESSED PROPERTY:**
10 S HOWARD ST

| TAX DESCRIPTION | ASSESSMENT | RATE | TAX |
|---|---|---|---|
| STATE TAX | 13,400,000 | $ .2100 | 28,140.00 |
| CITY TAX | 13,400,000 | $5.8200 | 779,880.00 |
| TOTAL TAX | | | 808,020.00 |
| PAID 07/27/00 | | | 800,221.20- |
| DISCOUNT | | | 7,798.80- |
| NET TAX AMOUNT | | | 0.00 |

SEMIANNUAL PAYMENT SCHEDULE

1ST INSTALLMENT

| IF PAID BY | DISC/INT & PEN | PAY THIS AMOUN |
|---|---|---|

2ND INSTALLMENT

| IF PAID BY | SERV. CHG&I/P | PAY THIS AMOUN |
|---|---|---|

SERVICE FEE RATE FOR SEMIANNUAL IS: FEE:

ANNUAL PAYMENT SCHEDULE

| IF PAID BY | DISC/INT & PEN | PAY THIS AMOUN |
|---|---|---|

---

JULY 1, 2000 TO JUNE 30, 2001
PROPERTY IDENTIFIER

| WD | SECTION | BLOCK | LOT |
|---|---|---|---|
| 04 | 100 | 0655 | 009 |

10 S HOWARD ST

RETURN THIS PART WITH YOUR PAYMENT
MAYOR AND CITY COUNCIL - BALTIMORE
**REAL PROPERTY TAX LEVY**

MAKE CHECK PAYABLE TO
DIRECTOR OF FINANCE - BALTIMORE

051220 DUPLICATE

| SEMIANNUAL PAYMENT | ANNUAL PAYMEN |
|---|---|
| | |

PLEASE INDICATE AMOUNT BEING PAID
DUE NO LATER THAN

| AMOUNT PAID |
|---|
| |

CITY OF BALTIMORE
PO BOX 17535
BALTIMORE, MD 21297-1535



20000000000000000000000000020002001065500900000000000000001000001000011

**DEAR PROPERTY OWNER: THIS IS YOUR SPECIAL BENEFIT DISTRICT SURCHARGE**

You may pay this bill at the Bureau of Treasury Management, Collection Division, in the lobby of the Abel Wolman Municipal Building, 200 Holliday Street, Baltimore, MD 21202; Monday through Friday, 8:30 a.m. to 3:30 p.m., or at banks authorized to collect Baltimore City taxes.

This bill is due during the month of July. If you pay this bill during July or August, you will receive the discount indicated to the left of the pay amount. The flat amount is payable during the month of September. This bill becomes delinquent on October 1st, and is subject to interest and penalty. Interest will be assessed on the State Tax portion of the bill at the rate of 1% per month or fraction of a month until paid. Interest and penalty will be assessed on the City Tax portion of the bill at the combined rate of 2% per month or fraction of a month until paid. Discounts, interest, and penalty are calculated on the net amount of the bill after any credits have been applied. This bill is due as rendered. If you have appealed your assessment, and the appeal is still pending, you must pay this bill to obtain a discount, or to avoid interest and penalty. Should your appeal result in a reduction of the amount of tax due, the overpayment will be refunded to you with interest.

A return check charge of $30.00 will be assessed on each bill which is paid with a check that is returned unpaid by the bank on which it is drawn. Payment of this bill for current taxes, will not prevent legal action if taxes for prior years or other municipal liens are unpaid. Failure to receive a bill does not excuse the payment of taxes, interest, and penalty. It is the property owner's responsibility to secure a bill for payment, if one is not received. Legal action to enforce payment of taxes will be commenced against the property on which the current taxes have not been paid by November 1st of the levy year.

If you wish to change the mailing address for this bill, you must notify, in writing, the Public Service Division, Property Location Section, Room 204 Abel Wolman Municipal Building, 200 Holliday Street, Baltimore, MD 21202. You should also indicate whether you wish the water bill sent to the new address.

Baltimore City utilizes the Vital Check credit card payment system for payment of all city charges, including taxes. The system utilizes Visa and Discover credit cards for in office payments. There is a Vital Check fee for the service. For more information concerning this service please call 396-3993.

If you have any questions concerning this bill, please call the Billing Section at 396-3998.

---

**JULY 1 2000 JUNE 30 2001**

**SPECIAL BENEFIT DISTRICT SURCHARGE**

MAYOR AND CITY COUNCIL OF BALTIMORE – STATE OF MARYLAND
MAKE CHECK PAYABLE TO DIRECTOR OF FINANCE – BALTIMORE

TAXPAYER'S COPY
DETACH AND RETAIN

| WD | SECT | BLOCK | LOT | DISTRICT | ASSESSMENT | LOT DIMENSIONS |
|---|---|---|---|---|---|---|
| 04 | 10 | 0655 | 009 | 1 | 13,400,000 | 0.774 ACRES |

DUPLICATE

DISTRICT RATE .3455 SURCHARGE 46,297.00
PAID 07/27/00 462.97 45,834.03-

CITY CRESCENT LIMITED
PARTNERSHIP
OTIS WARREN MGMT CO
10 S HOWARD ST
SUITE 110
BALTIMORE, MD. 21201

**ASSESSED PROPERTY:**

10 S HOWARD ST

| IF PAID BY | DISC. / INT. PEN. | PAY THIS AMOUNT |
|---|---|---|
| | .00 | .00 |
| | .00 | .00 |
| FLAT CHG | | .00 |

---

**JULY 1 2000 JUNE 30 2001**

**PLEASE RETURN THIS PART WITH YOUR PAYMENT**

TO: COLLECTION DIVISION
200 HOLLIDAY STREET
BALTIMORE, MD. 21202

SPECIAL BENEFIT DISTRICT SURCHARGE
MAYOR AND CITY COUNCIL OF BALTIMORE - STATE OF MD.
MAKE CHECK PAYABLE TO DIRECTOR OF FINANCE - BALTIMORE

DSSRC 46,297.00
DSINT .00

| WD | SECT | BLOCK | LOT | DISTRICT | ASSESSMENT |
|---|---|---|---|---|---|
| 04 | 10 | 0655 | 009 | 1 | 13,400,000 |

DUPLICATE

CITY CRESCENT LIMITED
PARTNERSHIP
10 S HOWARD ST
MAIL TO
OTIS WARREN MGMT CO
10 S HOWARD ST
SUITE 110
BALTIMORE MD 21201

| IF PAID BY | DISC. / INT. PEN. | PAY THIS AMOUNT |
|---|---|---|
| FLAT CHG | | |

MAKE NO MARKS BELOW THIS LINE

201000000000000000000000041002000010655 009 000000000000001

**DEAR PROPERTY OWNER: THIS IS YOUR REAL PROPERTY TAX BILL**

MAYOR AND CITY COUNCIL OF BALTIMORE - STATE OF MARYLAND
MAKE CHECK PAYABLE TO DIRECTOR OF FINANCE - BALTIMORE

TAXPAYER'S COPY
DETACH AND RETAIN

## PLEASE READ THE IMPORTANT INFORMATION ON REVERSE SIDE

LEVY PERIOD - JULY 1, 1999 TO JUNE 30, 2000

| WD | SECT | BLOCK | LOT |
|---|---|---|---|
| 04 | 100 | 0655 | 009 |

6

| ASSESSMENT |
|---|
| 13,400,000 |

| LOT DIMENSIONS |
|---|
| 0.774 ACRES |

21,167

ORIGINAL 0701-01

CONSTANT YIELD $ 5.800 DIFFERENCE $ .02

| | | | |
|---|---|---|---|
| STATE RATE@ | .2100 | TAX | 28,140.00 |
| CITY RATE@ | 5.8200 | TAX | 779,880.00 |
| TOTAL TAX | | | 808,020.00 |

CITY CRESCENT LIMITED
PARTNERSHIP
OTIS WARREN MGMT CO
10 S HOWARD ST
SUITE 110
BALTIMORE, MD. 21201

RECEIVED
JUL 08 1999

ASSESSED PROPERTY:
10 S HOWARD ST

NOT A PRINCIPAL RESIDENCE

SEMIANNUAL PAYMENT SCHEDULE

| IF PAID BY | 1ST INSTALLMENT DISCOUNT | PAY THIS AMOUNT |
|---|---|---|
| | | |

| IF PAID BY | 2ND INSTALLMENT SERV. CHG. & I/P | PAY THIS AMOUNT |
|---|---|---|
| | | |

THE SEMIANNUAL PAYMENT SCHEDULE IS ONLY AVAILABLE TO OWNER OCCUPIED PRINCIPAL RESIDENT PROPERTIES

A SERVICE FEE IS APPLIED FOR USING SEMIANNUAL SCHEDULE. RATE IS FEE IS:

PROPERTY Cent - M/L 1183
VENDOR CODE 4257/2/99
EXPENSE CODE/GL ACCT. # 1270
INVOICE DATE ____ DUE DATE 7/21/99
INVOICE AMOUNT $ 800,221.20
APPROVED BY [illegible]

ANNUAL PAYMENT SCHEDULE

| IF PAID BY | DISCOUNT/INT.&PEN | PAY THIS AMOUNT |
|---|---|---|
| 07/31/99 | 7,798.80 | 800,221.20 |
| 08/31/99 | 3,899.40 | 804,120.60 |
| 09/30/99 | FLAT CHG | 808,020.00 |
| 10/31/99 | 15,879.00 | 823,899.00 |

IVR REFERENCE 9906550000900



▼ DETACH AND RETAIN UPPER PORTION FOR YOUR RECORDS ▼

## DEAR PROPERTY OWNER: THIS IS YOUR SPECIAL BENEFIT DISTRICT SURCHARGE

You may pay this bill at the Bureau of Treasury Management, Collection Division, in the lobby of the Abel Wolman Municipal Building, 200 Holliday Street, Baltimore, MD 21202; Monday through Friday, 8:30 a.m. to 3:30 p.m., or at banks authorized to collect Baltimore City taxes.

This bill is due during the month of July. If you pay this bill during July or August, you will receive the discount indicated to the left of the pay amount. The flat amount is payable during the month of September. This bill becomes delinquent on October 1st, and is subject to interest and penalty. Interest will be assessed on the State Tax portion of the bill at the rate of 1% per month or fraction of a month until paid. Interest and penalty will be assessed on the City Tax portion of the bill at the combined rate of 2% per month or fraction of a month until paid. Discounts, interest, and penalty are calculated on the net amount of the bill after any credits have been applied. This bill is due as rendered. If you have appealed your assessment, and the appeal is still pending, you must pay this bill to obtain a discount, or to avoid interest and penalty. Should your appeal result in a reduction of the amount of tax due, the overpayment will be refunded to you with interest.

A return check charge of $30.00 will be assessed on each bill which is paid with a check that is returned unpaid by the bank on which it is drawn. Payment of this bill for current taxes, will not prevent legal action if taxes for prior years or other municipal liens are unpaid. <u>Failure to receive a bill does not excuse the payment of taxes, interest, and penalty. It is the property owner's responsibility to secure a bill for payment, if one is not received. Legal action to enforce payment of taxes will be commenced against the property on which the current taxes have not been paid by November 1st of the levy year.</u>

If you wish to change the mailing address for this bill, you must notify, <u>in writing</u>, the Public Service Division, Property Location Section, Room 204 Abel Wolman Municipal Building, 200 Holliday Street, Baltimore, MD 21202. You should also indicate whether you wish the water bill sent to the new address.

Baltimore City utilizes the Vital Check credit card payment system for payment of all city charges, including taxes. The system utilizes Visa and Discover credit cards for in office payments. There is a Vital Check fee for the service. For more information concerning this service please call 396-3993.

If you have any questions concerning this bill, please call the Billing Section at 396-3987.

RECEIVED JUL 09 1999

**JULY 1 1999 JUNE 30 2000**

**SPECIAL BENEFIT DISTRICT SURCHARGE**
MAYOR AND CITY COUNCIL OF BALTIMORE ~ STATE OF MARYLAND
MAKE CHECK PAYABLE TO DIRECTOR OF FINANCE – BALTIMORE

TAXPAYER'S COPY
DETACH AND RETAI

| WD | SECT | BLOCK | LOT | DISTRICT | ASSESSMENT | LOT DIMENSIONS |
|---|---|---|---|---|---|---|
| 04 | 10 | 0655 | 009 | 1 | 13,400,000 | 0.774 ACRES |

567

07/01/99 01-0701 DIST 1 DISTRICT RATE@ .3455 SURCHRG 46,297.00

CITY CRESCENT LIMITED
PARTNERSHIP
OTIS WARREN MGMT CO
10 S HOWARD ST
SUITE 110
BALTIMORE, MD. 21201

PROPERTY - Cc&P (Kv 1183)
VENDOR CODE 1257 7/14/99
EXPENSE CODE/GL ACCT. # 1320
INVOICE DATE ______ DUE DATE 7/21/99
INVOICE AMOUNT $ 45834.03 2007-13
APPROVED BY ______

ASSESSED PROPERTY:
10 S HOWARD ST

| IF PAID BY | DISC. / INT. PEN. | PAY THIS AMOUNT |
|---|---|---|
| 07/31/99 | 462.97 | 45,834.03 |
| 08/31/99 | 231.49 | 46,065.51 |
| 09/30/99 | | 46,297.00 |
| 10/31/99 | 925.94 | 47,222.94 |

DEAR PROPERTY OWNER: THIS IS YOUR REAL PROPERTY TAX BILL

MAYOR AND CITY COUNCIL OF BALTIMORE – STATE OF MARYLAND
MAKE CHECK PAYABLE TO DIRECTOR OF FINANCE – BALTIMORE

TAXPAYER'S COPY
DETACH AND RETAIN

**PLEASE READ THE IMPORTANT INFORMATION ON REVERSE SIDE**

LEVY PERIOD – JULY 1, 1998 TO JUNE 30, 1999

| WD | SECT | BLOCK | LOT |
|---|---|---|---|
| 04 | 100 | 0655 | 009 |

6

| ASSESSMENT |
|---|
| 13,400,000 |

| LOT DIMENSIONS |
|---|
| 0.774 ACRES |

CONSTANT YIELD $ 5.870 DIFFERENCE $ .05

DUPLICATE

| | | | |
|---|---|---|---|
| STATE RATE@ | .2100 | TAX | 28,140.00 |
| CITY RATE@ | 5.8200 | TAX | 779,880.00 |
| TOTAL TAX | | | 808,020.00 |

CITY CRESCENT LIMITED
PARTNERSHIP
10 S HOWARD ST
BALTIMORE, MD 21201-2526

SEMIANNUAL PAYMENT SCHEDULE

ASSESSED PROPERTY:
10 S HOWARD ST

NOT A PRINCIPAL RESIDENCE

| IF PAID BY | 1ST INSTALLMENT DISCOUNT | PAY THIS AMOUNT |
|---|---|---|
| | | |

| IF PAID BY | 2ND INSTALLMENT SERV. CHG. & I/P | PAY THIS AMOUNT |
|---|---|---|
| | | |

THE SEMIANNUAL PAYMENT SCHEDULE IS ONLY AVAILABLE TO OWNER OCCUPIED PRINCIPAL RESIDENT PROPERTIES.
YOUR SERVICE CHARGE TO PAY USING THE SEMIANNUAL PAYMENT SCHEDULE IS:

ANNUAL PAYMENT SCHEDULE

| IF PAID BY | DISCOUNT/INT.&PEN | PAY THIS AMOUNT |
|---|---|---|
| 07/31/98 | 7,798.80 | 800,221.20 |
| 08/31/98 | 3,899.40 | 804,120.60 |
| 09/30/98 | FLAT CHG | 808,020.00 |
| 10/31/98 | 15,879.00 | 823,899.00 |

**DETACH AND RETAIN UPPER PORTION FOR YOUR RECORDS**

**DEAR PROPERTY OWNER: THIS IS YOUR SPECIAL BENEFIT DISTRCIT SURCHARGE**

You may pay this bill at the Bureau of Treasury Management, Collection Division, in the lobby of the Abel Wolman Municipal Building, 200 Holliday Street, Baltimore, MD 21202; Monday through Friday, 8:30 a.m. to 3:30 p.m., or at banks authorized to collect Baltimore City taxes.

This bill is due during the month of July. If you pay this bill during July or August, you will receive the discount indicated to the left of the pay amount. The flat amount is payable during the month of September. This bill becomes delinquent on October 1st, and is subject to interest and penalty. Interest will be assessed on the State Tax portion of the bill at the rate of 1% per month or fraction of a month until paid. Interest and penalty will be assessed on the City Tax portion of the bill at the combined rate of 2% per month or fraction of a month until paid. Discounts, interest, and penalty are calculated on the net amount of the bill after any credits have been applied. This bill is due as rendered. If you have appealed your assessment, and the appeal is still pending, you must pay this bill to obtain a discount, or to avoid interest and penalty. Should your appeal result in a reduction of the amount of tax due, the overpayment will be refunded to you with interest.

A return check charge of $30.00 will be assessed on each bill which is paid with a check that is returned unpaid by the bank on which it is drawn. Payment of this bill for current taxes, will not prevent legal action if taxes for prior years or other municipal liens are unpaid. Failure to receive a bill does not excuse the payment of taxes, interest, and penalty. It is the property owner's responsibility to secure a bill for payment, if one is not received. Legal action to enforce payment of taxes will be commenced against the property on which the current taxes have not been paid by November 1st of the levy year.

HOMEOWNER'S TAX CREDIT - Homeowner's regardless of their age, may be entitled to a credit against their taxes on the dwelling which is their principal residence. A homeowner must apply for the credit each year no later than September 1st of the levy year for which the credit is sought. You may obtain an application form or additional information by calling the State Department of Assessments and Taxation, Homeowners' Tax Credit Office at 225-5910. Section 7-208 of the Maryland Tax Property article authorizes a tax exemption for a 100% Disabled Veteran or surviving spouse. For information concerning this exemption, please call 767-8250.

If you wish to change the mailing address for this bill, you must notify, in writing, the Public Service Division, Property Location Section, Room 204 Abel Wolman Municipal Building, 200 Holliday Street, Baltimore, MD 21202. You should also indicate whether you wish the water bill sent to the new address.

Baltimore City utilizes the Vital Check credit card payment system for payment of all city charges, including taxes. The system utilizes Visa and Discover credit cards for in office payments. There is a Vital Check fee for the service. For more information concerning this service please call 396-3993.

If you have any questions concerning this bill, please call the Billing Section at 396-3987.

JULY 1 1998 JUNE 30 1999

**SPECIAL BENEFIT DISTRICT SURCHARGE**
MAYOR AND CITY COUNCIL OF BALTIMORE – STATE OF MARYLAND
MAKE CHECK PAYABLE TO DIRECTOR OF FINANCE – BALTIMORE

TAXPAYER'S COPY
DETACH AND RETAI[N]

| WD | SECT | BLOCK | LOT | DISTRICT | ASSESSMENT | LOT DIMENSIONS |
|---|---|---|---|---|---|---|
| 04 | 10 | 0655 | 009 | 1 | 13,400,000 | 0.774 ACRES |

DUPLICATE

DISTRICT RATE .3455 SURCHARGE 46,297.00

CITY CRESCENT LIMITED
PARTNERSHIP
10 S HOWARD ST
BALTIMORE, MD 21201-2526

**ASSESSED PROPERTY:**

10 S HOWARD ST

| IF PAID BY | DISC. / INT. PEN. | PAY THIS AMOUNT |
|---|---|---|
| 07/31/98 | 462.97 | 45,834.03 |
| 08/31/98 | 231.49 | 46,065.51 |
| 09/30/98 | FLAT CHG | 46,297.00 |
| 10/31/98 | 925.94 | 47,222.94 |

DEAR PROPERTY OWNER: THIS IS YOUR REAL PROPERTY TAX BILL

TAXPAYER'S COPY
DETACH AND RETAIN

MAYOR AND CITY COUNCIL OF BALTIMORE – STATE OF MARYLAND
MAKE CHECK PAYABLE TO DIRECTOR OF FINANCE – BALTIMORE

## PLEASE READ THE IMPORTANT INFORMATION ON REVERSE SIDE

LEVY PERIOD - JULY 1, 1997 TO JUNE 30, 1998

| WD | SECT | BLOCK | LOT |
|---|---|---|---|
| 04 | 100 | 0655 | 009 |

6

ASSESSMENT: 13,400,000

LOT DIMENSIONS: 0.774 ACRES

25,104

CONSTANT YIELD $ 5.880 DIFFERENCE $ .03-

| | | | |
|---|---|---|---|
| STATE RATE@ | .2100 | TAX | 28,140.00 |
| CITY RATE@ | 5.8500 | TAX | 783,900.00 |
| TOTAL TAX | | | 812,040.00 |

ORIGINAL 0701-01

CITY CRESCENT LIMITED
PARTNERSHIP
10 S HOWARD ST
BALTIMORE, MD 21201

RECEIVED
JUL 10 1997

SEMIANNUAL PAYMENT SCHEDULE

ASSESSED PROPERTY:
10 S HOWARD ST

NOT A PRINCIPAL RESIDENCE

PAID
JUL 25 1997

| IF PAID BY | 1ST INSTALLMENT DISCOUNT | PAY THIS AMOUNT |
|---|---|---|
| | | |

| IF PAID BY | 2ND INSTALLMENT SERV. CHG. & I/P | PAY THIS AMOUNT |
|---|---|---|
| | | |

THE SEMIANNUAL PAYMENT SCHEDULE IS ONLY AVAILABLE TO OWNER OCCUPIED PRINCIPAL RESIDENT PROPERTIES

YOUR SERVICE CHARGE TO PAY USING THE SEMIANNUAL PAYMENT SCHEDULE IS:

PROPERTY CCLP
CODE 7-10-97
CODE/GL ACCT. # 6910
DUE DATE 7-30-97
804,201.00
8/11 7-15

ANNUAL PAYMENT SCHEDULE

| IF PAID BY | DISCOUNT/INT.&PEN | PAY THIS AMOUNT |
|---|---|---|
| 07/31/97 | 7,839.00 | 804,201.00 |
| 08/31/97 | 3,919.50 | 808,120.50 |
| 09/30/97 | FLAT CHG | 812,040.00 |
| 10/31/97 | 15,959.40 | 827,999.40 |

1183

▲ DETACH AND RETAIN UPPER PORTION FOR YOUR RECORDS ▲

## DEAR PROPERTY OWNER: THIS IS YOUR SPECIAL BENEFIT DISTRICT SURCHARGE

You may pay this bill at the Bureau of Treasury Management, Collection Division, in the lobby of the Abel Wolman Municipal Building, 200 Holliday Street, Baltimore, MD 21202; Monday through Friday, 8:30 a.m. to 3:30 p.m., or at banks authorized to collect Baltimore City taxes.

This bill is due during the month of July. If you pay this bill during July or August, you will receive the discount indicated to the left of the pay amount. The flat amount is payable during the month of September. This bill becomes delinquent on October 1st; and is subject to interest and penalty. Interest will be assessed on the State Tax portion of the bill at the rate of 1% per month or fraction of a month until paid. Interest and penalty will be assessed on the City Tax portion of the bill at the combined rate of 2% per month or fraction of a month until paid. Discounts, interest, and penalty are calculated on the net amount of the bill after any credits have been applied. This bill is due as rendered. If you have appealed your assessment, and the appeal is still pending, you must pay this bill to obtain a discount, or to avoid interest and penalty. Should your appeal result in a reduction of the amount of tax due, the overpayment will be refunded to you with interest.

A return check charge of $30.00 will be assessed on each bill which is paid with a check that is returned unpaid by the bank on which it is drawn. Payment of this bill for current taxes, will not prevent legal action if taxes for prior years or other municipal liens are unpaid. Failure to receive a bill does not excuse the payment of taxes, interest, and penalty. It is the property owner's responsibility to secure a bill for payment, if one is not received. Legal action to enforce payment of taxes will be commenced against the property on which the current taxes have not been paid by November 1st of the levy year.

If you wish to change the mailing address for this bill, you must notify, in writing, the Public Service Division, Property Location Section, Room 204 Abel Wolman Municipal Building, 200 Holliday Street, Baltimore, MD 21202. You should also indicate whether you wish the water bill sent to the new address.

Baltimore City utilizes the Vital Check credit card payment system for payment of all city charges, including taxes. The system utilizes Visa and Discover credit cards for in office payments. There is a Vital Check fee for the service. For more information concerning this service please call 396-3993.

If you have any questions concerning this bill, please call the Billing Section at 396-3987.

RECEIVED JUL 09 1997

---

**LY 1 1997 JUNE 30 1998**

**SPECIAL BENEFIT DISTRICT SURCHARGE**
MAYOR AND CITY COUNCIL OF BALTIMORE - STATE OF MARYLAND
MAKE CHECK PAYABLE TO DIRECTOR OF FINANCE - BALTIMORE

TAXPAYER'S COPY
DETACH AND RETAIN

| WD | SECT | BLOCK | LOT | DISTRICT | ASSESSMENT | LOT DIMENSIONS |
|---|---|---|---|---|---|---|
| 04 | 10 | 0655 | 009 | 1 | 13,400,000 | 0.774 ACRES |

562

ORIGINAL 07/01/97 01-0701 DIST 1 DISTRICT RATE@ .3455 SURCHRG 46,297.00

PROPERTY CCCP
VENDOR CODE 7-9-97
EXPENSE CODE/GL ACCT.# 6910
INVOICE DATE DUE DATE 7-30-97
AMOUNT $ 45,834.03
APPROVED BY 800-2:15

ITY CRESCENT LIMITED
ARTNERSHIP
0 S HOWARD ST
ALTIMORE, MD 21201

ASSESSED PROPERTY:
0 S HOWARD ST

PAID JUL 25 1997
1182
102

| IF PAID BY | DISC. / INT. PEN. | PAY THIS AMOUNT |
|---|---|---|
| 07/31/97 | 462.97 | 45,834.03 |
| 08/31/97 | 231.49 | 46,065.51 |
| 09/30/97 | | 46,297.00 |
| 10/31/97 | 925.94 | 47,222.94 |

A#13 PAID M&CC BALTO
0008 JUL.30'97 09:07AM
2939 REALCURR804201.00

A#13 PAID M&CC BALTO
0008 JUL.30'97 09:07AM
2939 REALCURR 45834.03

DEAR PROPERTY OWNER: THIS IS YOUR REAL PROPERTY TAX BILL

DETACH AND RETAIN

MAYOR AND CITY COUNCIL OF BALTIMORE – STATE OF MARYLAND
MAKE CHECK PAYABLE TO DIRECTOR OF FINANCE – BALTIMORE

**PLEASE READ THE IMPORTANT INFORMATION ON REVERSE SIDE**

LEVY PERIOD – JULY 1, 1996 TO JUNE 30, 1997

| WD | SECT | BLOCK | LOT |
|---|---|---|---|
| 04 1 | 00 | 0655 | 009 |

6

| ASSESSMENT |
|---|
| 13,400,000 |

| LOT DIMENSIONS |
|---|
| 0.774 ACRES |

CONSTANT YIELD $ 5,880 DIFFERENCE $ .03-

DUPLICATE

| | | | |
|---|---|---|---|
| STATE RATE≠ | .2100 | TAX | 28,140.00 |
| CITY RATE≠ | 5.8500 | TAX | 783,900.00 |
| TOTAL TAX | | | 812,040.00 |

CITY CRESCENT LIMITED
PARTNERSHIP
10 S HOWARD ST
BALTIMORE, MD 21201

ASSESSED PROPERTY:
10 S HOWARD ST

NOT A PRINCIPAL RESIDENCE

ANNUAL PAYMENT SCHEDULE

| IF PAYMENT MADE BY | DISCOUNT (–) OR INTEREST&PENALTY | PAY THIS AMOUNT |
|---|---|---|
| 07/31/96 | 7,839.00 | 804,201.00 |
| 08/31/96 | 3,919.50 | 808,120.50 |
| 09/30/96 | FLAT CHG | 812,040.00 |
| 10/31/96 | 15,959.40 | 827,999.40 |

SEMI-ANNUAL PAYMENT SCHEDULE

1ST INSTALLMENT
VALID ONLY IF FIRST INSTALLMENT IS PAID BY 09/30/96

2ND INSTALLMENT

| IF PAYMENT MADE BY | DISCOUNT (–) OR INTEREST&PENALTY | PAY THIS AMOUNT | IF PAYMENT MADE BY | SERVICE CHARGE & ANY INT. & PEN. | PAY THIS AMOUNT |
|---|---|---|---|---|---|
| | FLAT CHG | | | | |

YOUR SERVICE CHARGE TO ELECT THE SEMI-ANNUAL PAYMENT SCHEDULE IS:

**DETACH AND RETAIN UPPER PORTION FOR YOUR RECORDS**

B#13 PAID M&CC BALTO
0008 JUL.31'96 01:08PM
7080 REALCURR804201.00

## DEAR PROPERTY OWNER: THIS IS YOUR SPECIAL BENEFIT DISTRCIT SURCHARGE

You may pay this bill at the Bureau of Treasury Management, Collection Division, in the lobby of the Abel Wolman Municipal Building, 200 Holliday Street, Baltimore, MD 21202; Monday through Friday, 8:30 a.m. to 3:30 p.m., or at banks authorized to collect Baltimore City taxes.

This bill is due during the month of July. If you pay this bill during July or August, you will receive the discount indicated to the left of the pay amount. The flat amount is payable during the month of September. This bill becomes delinquent on October 1st, and is subject to interest and penalty. Interest will be assessed on the State Tax portion of the bill at the rate of 1% per month or fraction of a month until paid. Interest and penalty will be assessed on the City Tax portion of the bill at the combined rate of 2% per month or fraction of a month until paid. Discounts, interest, and penalty are calculated on the net amount of the bill after any credits have been applied. This bill is due as rendered. If you have appealed your assessment, and the appeal is still pending, you must pay this bill to obtain a discount, or to avoid interest and penalty. Should your appeal result in a reduction of the amount of tax due, the overpayment will be refunded to you with interest.

A return check charge of $30.00 will be assessed on each bill which is paid with a check that is returned unpaid by the bank on which it is drawn. Payment of this bill for current taxes, will not prevent legal action if taxes for prior years or other municipal liens are unpaid. Failure to receive a bill does not excuse the payment of taxes, interest, and penalty. It is the property owner's responsibility to secure a bill for payment, if one is not received. Legal action to enforce payment of taxes will be commenced against the property on which the current taxes have not been paid by November 1st of the levy year.

HOMEOWNER'S TAX CREDIT - Homeowner's regardless of their age, may be entitled to a credit against their taxes on the dwelling which is their principal residence. A homeowner must apply for the credit each year no later than September 1st of the levy year for which the credit is sought. You may obtain an application form or additional information by calling the State Department of Assessments and Taxation, Homeowners' Tax Credit Office at 225-5910. Section 7-208 of the Maryland Tax Property article authorizes a tax exemption for a 100% Disabled Veteran or surviving spouse; For information concerning this exemption, please call 767-8250.

If you wish to change the mailing address for this bill, you must notify, in writing, the Public Service Division, Property Location Section, Room 204 Abel Wolman Municipal Building, 200 Holliday Street, Baltimore, MD 21202. You should also indicate whether you wish the water bill sent to the new address.

Baltimore City utilizes the Vital Check credit card payment system for payment of all city charges, including taxes. The system utilizes Visa and Discover credit cards for in office payments. There is a Vital Check fee for the service. For more information concerning this service please call 396-3993.

If you have any questions concerning this bill, please call the Billing Section at 396-3987.

**JULY 1 1996 JUNE 30 1997**

**SPECIAL BENEFIT DISTRICT SURCHARGE**

MAYOR AND CITY COUNCIL OF BALTIMORE – STATE OF MARYLAND
MAKE CHECK PAYABLE TO DIRECTOR OF FINANCE – BALTIMORE

TAXPAYER'S COPY
DETACH AND RETAIN

| WD | SECT | BLOCK | LOT | DISTRICT | ASSESSMENT | LOT DIMENSIONS |
|---|---|---|---|---|---|---|
| 04 | 10 | 0655 | 009 | 1 | 13,400,000 | 0.774 ACRES |

DUPLICATE DISTRICT RATE .3075 SURCHARGE 41,205.00

CITY CRESCENT LIMITED
PARTNERSHIP
10 S HOWARD ST
BALTIMORE, MD 21201

ASSESSED PROPERTY:

10 S HOWARD ST

| IF PAID BY | DISC. / INT. PEN. | PAY THIS AMOUNT |
|---|---|---|
| 07/31/96 | 412.05 | 40,792.95 |
| 08/31/96 | 206.03 | 40,998.97 |
| 09/30/96 | FLAT CHG | 41,205.00 |
| 10/31/96 | 824.10 | 42,029.10 |

B#13 PAID M&CC BALTO
0008 JUL.31'96 01:08PM
7080 REALCURR 40792.95

## DEAR PROPERTY OWNER: THIS IS YOUR SPECIAL BENEFIT DISTRICT SURCHARGE

You may pay this bill at the Bureau of Treasury Management, Collection Division, in the lobby of the Abel Wolman Municipal Building, 200 Holliday Street, Baltimore, MD 21202; Monday through Friday, 8:30 a.m. to 3:30 p.m., or at banks authorized to collect Baltimore City taxes.

This bill is due during the month of July. If you pay this bill during July or August, you will receive the discount indicated to the left of the pay amount. The flat amount is payable during the month of September. This bill becomes delinquent on October 1st, and is subject to interest and penalty. Interest will be assessed on the State Tax portion of the bill at the rate of 1% per month or fraction of a month until paid. Interest and penalty will be assessed on the City Tax portion of the bill at the combined rate of 2% per month or fraction of a month until paid. Discounts, interest, and penalty are calculated on the net amount of the bill after any credits have been applied. This bill is due as rendered. If you have appealed your assessment, and the appeal is still pending, you must pay this bill to obtain a discount, or to avoid interest and penalty. Should your appeal result in a reduction of the amount of tax due, the overpayment will be refunded to you with interest.

A return check charge of $30.00 will be assessed on each bill which is paid with a check that is returned unpaid by the bank on which it is drawn. Payment of this bill for current taxes, will not prevent legal action if taxes for prior years or other municipal liens are unpaid. Failure to receive a bill does not excuse the payment of taxes, interest, and penalty. It is the property owner's responsibility to secure a bill for payment, if one is not received. Legal action to enforce payment of taxes will be commenced against the property on which the current taxes have not been paid by November 1st of the levy year.

HOMEOWNER'S TAX CREDIT - Homeowner's regardless of their age, may be entitled to a credit against their taxes on the dwelling which is their principal residence. A homeowner must apply for the credit each year no later than September 1st of the levy year for which the credit is sought. You may obtain an application form or additional information by calling the State Department of Assessments and Taxation, Homeowners' Tax Credit Office at 225-5910. Section 7-208 of the Maryland Tax Property article authorizes a tax exemption for a 100% Disabled Veteran or surviving spouse. For information concerning this exemption, please call 767-8250.

If you wish to change the mailing address for this bill, you must notify, in writing, the Public Service Division, Property Location Section, Room 204 Abel Wolman Municipal Building, 200 Holliday Street, Baltimore, MD 21202. You should also indicate whether you wish the water bill sent to the new address.

Baltimore City utilizes the Vital Check credit card payment system for payment of all city charges, including taxes. The system utilizes Visa and Discover credit cards for in office payments. There is a Vital Check fee for the service. For more information concerning this service please call 396-3993.

If you have any questions concerning this bill, please call the Billing Section at 396-3987.

---

JULY 1 1995 JUNE 30 1996

**SPECIAL BENEFIT DISTRICT SURCHARGE**
MAYOR AND CITY COUNCIL OF BALTIMORE — STATE OF MARYLAND
MAKE CHECK PAYABLE TO DIRECTOR OF FINANCE — BALTIMORE

TAXPAYER'S COP
DETACH AND RETA

| WD | SECT | BLOCK | LOT | DISTRICT | ASSESSMENT | LOT DIMENSIONS | |
|---|---|---|---|---|---|---|---|
| 04 | 10 | 0655 | 009 | 1 | 13,400,000 | 0.774 ACRES | 591 |

ORIGINAL 07/01/95 01-0701 DIST 1 DISTRICT RATE@ .2675 SURCHRG 35,845.00

RECEIVED JUL 13 1995

CITY CRESCENT LIMITED
PARTNERSHIP
10 S HOWARD ST
BALTIMORE, MD 21201

**ASSESSED PROPERTY:**
10 S HOWARD ST

| IF PAID BY | DISC. / INT. PEN. | PAY THIS AMOUNT |
|---|---|---|
| 07/31/95 | 358.45 | 35,486.55 |
| 08/31/95 | 179.23 | 35,665.77 |
| 09/30/95 | | 35,845.00 |
| 10/31/95 | 716.90 | 36,561.90 |

## DEAR PROPERTY OWNER: THIS IS YOUR REAL PROPERTY TAX BILL

You may pay this bill at the Bureau of Treasury Management, Collection Division, in the lobby of the Abel Wolman Municipal Building, 200 Holliday Street, Baltimore, MD 21202; Monday through Friday, 8:30 a.m. to 3:30 p.m., or at banks authorized to collect Baltimore City taxes.

This bill is due during the month of July. If you pay this bill during July or August, you will receive the discount indicated to the left of the pay amount. The flat amount is payable during the month of September. This bill becomes delinquent on October 1st, and is subject to interest and penalty. Interest will be assessed on the State Tax portion of the bill at the rate of 1% per month or fraction of a month until paid. Interest and penalty will be assessed on the City Tax portion of the bill at the combined rate of 2% per month or fraction of a month until paid. Discounts, interest, and penalty are calculated on the net amount of the bill after any credits have been applied. This bill is due as rendered. If you have appealed your assessment, and the appeal is still pending, you must pay this bill to obtain a discount, or to avoid interest and penalty. Should your appeal result in a reduction of the amount of tax due, the overpayment will be refunded to you with interest.

A return check charge of $30.00 will be assessed on each bill which is paid with a check that is returned unpaid by the bank on which it is drawn. Payment of this bill for current taxes, will not prevent legal action if taxes for prior years or other municipal liens are unpaid. Failure to receive a bill does not excuse the payment of taxes, interest, and penalty. It is the property owner's responsibility to secure a bill for payment, if one is not received. Legal action to enforce payment of taxes will be commenced against the property on which the current taxes have not been paid by November 1st of the levy year.

HOMEOWNER'S TAX CREDIT - Homeowner's regardless of their age, may be entitled to a credit against their taxes on the dwelling which is their principal residence. A homeowner must apply for the credit each year no later than September 1st of the levy year for which the credit is sought. You may obtain an application form or additional information by calling the State Department of Assessments and Taxation, Homeowners' Tax Credit Office at 225-5910. Section 7-208 of the Maryland Tax Property article authorizes a tax exemption for a 100% Disabled Veteran or surviving spouse. For information concerning this exemption, please call 767-8250.

If you wish to change the mailing address for this bill, you must notify, in writing, the Public Service Division, Property Location Section, Room 204 Abel Wolman Municipal Building, 200 Holliday Street, Baltimore, MD 21202. You should also indicate whether you wish the water bill sent to the new address.

Baltimore City utilizes the Vital Check credit card payment system for payment of all city charges, including taxes. The system utilizes Visa and Discover credit cards for in office payments. There is a Vital Check fee for the service. For more information concerning this service please call 396-3993.

If you have any questions concerning this bill, please call the Billing Section at 396-3987.

---

JULY 1 1995 JUNE 30 1996

**REAL PROPERTY TAX BILL**
MAYOR AND CITY COUNCIL OF BALTIMORE – STATE OF MARYLAND
MAKE CHECK PAYABLE TO DIRECTOR OF FINANCE – BALTIMORE

TAXPAYER'S COP
DETACH AND RETA

| WD | SECT | BLOCK | LOT |
|---|---|---|---|
| 04 | 10 | 0655 | 009 |

6

| ASSESSMENT |
|---|
| 13,400,000 |

| LOT DIMENSIONS |
|---|
| 0.774 ACRES |

24,574

CONSTANT YIELD $ 5.880 DIFFERENCE $ .03-

| | |
|---|---|
| STATE RATE@ .2100 TAX | 28,140.00 |
| CITY RATE@ 5.8500 TAX | 783,900.00 |
| TOTAL TAX | 812,040.00 |

CITY CRESCENT LIMITED
PARTNERSHIP
10 S HOWARD ST
BALTIMORE, MD 21201

RECEIVED
JUL - 6 1995

**ASSESSED PROPERTY:**

10 S HOWARD ST

NOT A PRINCIPLE RESIDENCE

| IF PAID BY | DISC. / INT. PEN. | PAY THIS AMOUNT |
|---|---|---|
| 07/31/95 | 7,839.00 | 804,201.00 |
| 08/31/95 | 3,919.50 | 808,120.50 |
| 09/30/95 | | 812,040.00 |
| 10/31/95 | 15,959.40 | 827,999.40 |

5#12 PAID M&CC BALTO
0002 AUG.11'95 11:01AM
1602 REALCURR808120.50

5#12 PAID M&CC BALTO
0002 AUG.11'95 11:01AM
1602 REALCURR 35565.77