# Attachment D

# 2000/01 REAL ESTATE TAX ESCALATION ANALYSIS
## Lease GS-03B-09074
## CITY CRESCENT BUILDING
## BALTIMORE, MARYLAND

This analysis is done in accordance with the Real Estate Tax and Operating Cost Escalator Clause as contained in the lease and per the lessor's request of August 3, 2001, received in my office on August 13, 2001.

The base year is 1993/1994. The amount due to the lessor is determined by subtracting the base year's taxes from the escalation year's tax and multiplying the difference by the Government's percentage of occupancy per the lease, which is 97%.

**Taxes**

**Base Year 1993/94**

| | |
|---|---|
| $ 35,573.91 | State |
| -999,432.27 | City |
| $1,035,005.28 | |
| **$795,531.82** | **ASSESSMENT** |

**Current Year 2000/2001**

| | |
|---|---|
| $ 28,140.00 | State |
| 779,880.00 | City |
| + 46,297.00 | Dist. Surch. |
| $854,317.00 | Total |
| 7,798.80 | 1% Discount |
| $846,518.20 | |

**Difference**

| | |
|---|---|
| 2000/01 TAXES | $ 846,518.20 |
| BASE TAXES | $ 795,531.82 |
| DIFFERENCE | $ 50,986.38 |

**Amount Due**

| | |
|---|---|
| Difference | $ 50,986.38 |
| Government | $ 97% |
| | $49,456.78 |

The Lessor is due $49,456.78 increase in 2000/01 taxes over the base year 1993/94 taxes.

N. Richardson 9/6/01
Realty Services Tech.

Jean Starr Forcinito, 8/28/01
Contracting Officer

CC: City Crescent Limited Partnership
10 South Howard St, Suite 110
Baltimore, MD 21201

# REAL ESTATE TAX ESCALATION ANALYSIS
## LEASE GS-03B-09074
## CITY CRESCENT BUILDING
## BALTIMORE, MARYLAND

This analysis is done in accordance with the Real Estate Tax and Operating Cost Escalator Clause as contained in the lease, and per the lessor's request of August 2, 2000.

The base year is 1993/94. The amount owed to GSA is determined by subtracting the base year's taxes from the escalation year's tax and multiplying the difference by the Government's percentage of occupancy per the lease, which is 97%.

TAXES

**Base Year 1993/94**

| | |
|---|---|
| $ 35,573.91 | State |
| -999,432.27 | City |
| $1,035,005.28 | Total |
| $795,531.82 | ASSESSMENT |

**Current Year 2000/01**

| | |
|---|---|
| $ 28,140.00 | State |
| 779,880.00 | City |
| + 46,297.00 | Dist. Surch. |
| $854,317.00 | Total |
| 7,798.80 | 1% Discount |
| $846,518.20 | |

**Amount Due**

| | | | |
|---|---|---|---|
| 1999/00 | $ 846,518.20 | Difference | $ 50,986.38 |
| Base Taxes | -795,531.82 | Government % | x 97% |
| Difference | $ 50,986.38 | | $ 49,456.78 |

The lessor is due $49,456.78 for the increase in 2000/2001's taxes over 1993/94's taxes.

Prepared By:

Shelia J. Watkins 8/15/00
SHELIA J. WATKINS DATE
Realty Services Technician

Approved By:

8/15/2000
Contracting Officer Date

TOTAL P.02

REAL ESTATE TAX ESCALATION ANALYSIS
LEASE GS-03B-09074
CITY CRESCENT BUILDING
BALTIMORE, MARYLAND

This analysis is done in accordance with the Real Estate Tax and Operating Cost Escalator Clause as contained in the lease, and per the lessor's request of November 15, 1999.

The base year is 1993/94. The amount owed to GSA is determined by subtracting the base year's taxes from the escalation year's tax and multiplying the difference by the Government's percentage of occupancy per the lease, which is 97%.

TAXES

Base Year 1993/94

| | |
|---|---|
| $ 35,573.91 | State |
| -999,432.27 | City |
| $1,035,005.28 | Total |
| **$795,531.82** | **ASSESSMENT** |

Current Year 1999/00

| | |
|---|---|
| $ 28,140.00 | State |
| 779,880.00 | City |
| + 46,297.00 | Dist. Surch. |
| $854,317.00 | Total |
| 7,798.80 | 1% Discount |
| $846,518.20 | Total |

Amount Due

| | | | |
|---|---|---|---|
| 1999/00 | $ 846,518.20 | Difference | $50,986.38 |
| Base Taxes | -795,531.82 | Government % | x 97% |
| Difference | $ 50,986.38 | | $49,456.78 |

The lessor is due $49,456.78 for the increase in 1999/2000's taxes over 1993/94's taxes.

Prepared By:

Shelia J. Watkins 11/23/99
SHELIA J. WATKINS DATE
Realty Services Technician

Approved By:

Douglas T Dooley 11/29/99
Contracting Officer Date

Appendix - 47

REAL ESTATE TAX ESCALATION ANALYSIS
LEASE GS-03B-09074
CITY CRESCENT BUILDING
BALTIMORE, MARYLAND

This analysis is done in accordance with the Real Estate Tax and Operating Cost Escalator Clause as contained in the lease and per the lessor's request of August 1, 1996.

The base year is 1993/94. The amount due the lessor is determined by subtracting the base year taxes from the escalation year taxes and multiplying the difference by the Government's percentage of occupancy per the lease, which is 98.4%.

TAXES

| BASE YEAR 1993/94 | | CURRENT YEAR 1996/97 | |
|---|---|---|---|
| $ 35,573.01 | State | $ 28,140.00 | State |
| 999,432.27 | City | 783,900.00 | City |
| $1,035,005.28 | Total | 40,792.95 | Dist. Surch. |
| $ 795,531.82 | TOTAL ASSESSMENT | $852,832.95 | Total |
| | | - 7,839.00 | 1% Discount |
| | | $844,993.95 | Total |

AMOUNT

| | | | |
|---|---|---|---|
| 1993/94 Taxes | $844,993.95 | Difference | $49,462.13 |
| Base Taxes | 795,531.82 | Government % | x 98.4% |
| Difference | $ 49,462.13 | Due | $48,670.73 |

The lessor is due $48,670.73 for the increase in 1996/97's taxes over 1993/94's taxes.

Prepared By: Approved By:

Margaret Prophet-Mays 8/19/96 Date
Margaret Prophet-Mays
Space Management Assistant

Douglas [illegible] 8/19/96
Contracting Officer Date

OPTIONAL FORM 99 (7-90)

FAX TRANSMITTAL # of pages ▸ 1

To Gus Sipekko
Dept./Agency OTTO WARREN
From MARGARET MAYS
Phone # 215-656-5871

# REAL ESTATE TAX ESCALATION ANALYSIS
## LEASE GS-03B-09074
## City Crescent Buiilding
## Baltimore, Maryland

This analysis is done in accordance with the Real Estate Tax and Operating Cost Escalator Clause as contained in the lease, and per the lessor's request of August 11, 1995.

The base year is 1993/94. The amount due to the lessor is determined by subtracting the base year's taxes from the escalation year's tax and multiplying the difference by the Government's percentage of occupancy per the lease, which is 98.4%

TAXES

**Base Year 1993/94**

| | |
|---|---|
| $ 35,573.01 | STATE |
| 999,432.27 | CITY |
| $1,035,005.28 | TOTAL |
| $ 795,531.82 | TOTAL ASSESSMENT |

**Current Year 1995/96**

| | |
|---|---|
| $ 28,140.00 | STATE |
| 783,900.00 | CITY |
| $812,040.00 | TOTAL |
| - 3,919.50 | 1/2% DISCOUNT |
| $808,120.50 | |
| + 35,845.00 | SPECIAL BENEFIT DIST SURCHARGE |
| $843,965.50 | |

**Amount Due**

| | |
|---|---|
| 1995/96's | $843,965.50 |
| Base Taxes | -795,531.82 |
| Difference | $ 48,433.68 |

| | |
|---|---|
| Difference | $48,433.68 |
| Government % | x 98.4% |
| Due | $47,658.75 |

The lessor is due $47,658.75 for the increase in 1995/96's taxes over 1993/94's taxes.

Prepared By:

Margaret Prophet-Mays 8/25/95

Margaret Prophet-Mays Date
Space Management Assistant

Approved By:

8/25/95

Contracting Officer Date

OPTIONAL FORM 99 (7-90)

**FAX TRANSMITTAL** # of pages ▶ 1

| | |
|---|---|
| To Gus Siperko | From Margaret Mays |
| Dept./Agency OTIS Warren | Phone # 215-656-5872 |
| Fax # 410-539-1070 | Fax # 656-5839 |

NSN 7540-01-317-7368 5099-101 GENERAL SERVICES ADMINISTRATION

# Attachment E

GENERAL SERVICES ADMINISTRATION
PUBLIC BUILDINGS SERVICE

**SUPPLEMENTAL LEASE AGREEMENT**

SUPPLEMENTAL AGREEMENT NO. 18

DATE 9/10/97

TO LEASE NO. GS- 03B-09074

ADDRESS OF PREMISES
CITY CRESCENT BUILDING
10 SOUTH HOWARD STREET
BALTIMORE, MARYLAND 21201

THIS AGREEMENT, made and entered into this date by and between
CITY CRESCENT LIMITED PARTNERSHIP
c/o OTIS WARREN REAL ESTATE SERVICES

whose address is
10 SOUTH HOWARD STREET
BALTIMORE, MARYLAND, 21201

hereinafter called the Lessor, and the UNITED STATES OF AMERICA, hereinafter called the Government:

WHEREAS, the parties hereto desire to amend the above Lease.

NOW THEREFORE, these parties for the considerations hereinafter mentioned covenant and agree that the said Lease is amended, effective September 1, 1997, as follows:

This Supplemental Lease Agreement is issued to establish the rate of escalation due the lessor under the terms and conditions of the Real Estate Escalation clause.

REAL ESTATE ESCALATION

| | | |
|---|---|---|
| Current Year Taxes | 1997-98 | $850,498.00 |
| Base Year RET | 1993-94 | $795,531.82 |
| Difference | | $ 54,966.18 |
| % of Government Occupancy | | 97% |
| Total Lump Sum Increase or Credit | | $ 53,317.20 |

Accordingly, a lump sum payment of $53,317.20 is made to cover the real estate tax escalations.

Make check payable to: CITY CRESCENT LIMITED PARTNERSHIP
10 South Howard Street, Suite 110
Baltimore, MD 21201

All other terms and conditions of the lease shall remain in force and effect.
IN WITNESS WHEREOF, the parties subscribed their names as of the above date.

LESSOR CITY CRESCENT LIMITED PARTNERSHIP

BY Otis Warren of City Crescent, Inc (Signature) General Partner (Title)

IN PRESENCE OF
(Signature) (Address)

UNITED STATES OF AMERICA GENERAL SERVICES ADMINISTRATION

BY (Signature) CONTRACTING OFFICER (Official Title)

GSA F(

OTIS WARREN

August 22, 1997

General Services Administration
ATTN: Mr. Douglas Dooling
Contracting Officer
Shenandoah Branch, Real Estate Division
100 Penn Square East
Philadelphia, PA 19107-3396

Dear Mr. Dooling:

Please find enclosed copies of the real estate taxes paid for the City Crescent Building for 1997/1998. The difference in 1997/98 taxes over the base year of 1993 is $54,503.21. The GSA portion of this amount is 97% or $52,868.11. I have also included a copy of the lease agreement page referring to this percentage rent for your convenience.

If you have any questions concerning this matter, please contact me at (410)-539-1098.

Sincerely,

Frederick Gus Siperko, Jr., CPA
Controller
City Crescent Limited Partnership

cc: Pearlie Ewell, Property Manager
Kathleen T. Cranston

*Otis Warren Management, Inc.*

P.O. Box 2416 • Baltimore, MD 21203-2416 • (410) 539-1010 • FAX (410) 539-1070

102

CCLP TAX AND INSURANCE ACCT

10 S. HOWARD STREET
SUITE 110
BALTIMORE, MD 21201

DEAN WITTER REYNOLDS INC.
BANK ONE
BANK ONE, COLUMBUS, NA
Columbus, Ohio 43271
044000804

**** EIGHT HUNDRED FIFTY THOUSAND THIRTY FIVE AND 03/100 DOLLARS

07/25/97 $850,035.03*

TO THE
ORDER OF

DIRECTOR OF FINANCE
COLLECTION DIVISION
200 HOLLIDAY STREET
BALTIMORE, MD 21202

VOID AFTER 60 DAYS

⑈000102⑈ ⑆044000804⑆4840000030855⑈

102

DATE:07/25/97 PAYEE:DIRECTOR OF FINANCE BANK:TAXINS/CCLP TAX AND INSURANCE AC TOTAL:$850,035.03

| ADDRESS | REMARKS | | AMOUNT |
|---|---|---|---|
| City Crescent Ltd. Pship | 04-100-0655-009 | 1997-1998 | 850,035.03 |
| | | | 850,035.03 |

102

CCLP TAX AND INSURANCE ACCT

10 S. HOWARD STREET
SUITE 110
BALTIMORE, MD 21201

DEAN WITTER REYNOLDS INC.
BANK ONE
BANK ONE, COLUMBUS, NA
Columbus, Ohio 43271
044000804

**** EIGHT HUNDRED FIFTY THOUSAND THIRTY FIVE AND 03/100 DOLLARS

07/25/97 $850,035.03*

TO THE
ORDER OF

DIRECTOR OF FINANCE
COLLECTION DIVISION
200 HOLLIDAY STREET
BALTIMORE, MD 21202

VOID AFTER 60 DAYS

9#13 PAID M&CC BALTO
0008 JUL.30'97 09:07AM
2929 REALCURR904201.00

9#13 PAID M&CC BALTO
0008 JUL.30'97 09:07AM
2939 REALCURR 45834.03

DEAR PROPERTY OWNER: THIS IS YOUR REAL PROPERTY TAX BILL

DETACH AND RETAIN

MAYOR AND CITY COUNCIL OF BALTIMORE – STATE OF MARYLAND
MAKE CHECK PAYABLE TO DIRECTOR OF FINANCE – BALTIMORE

# PLEASE READ THE IMPORTANT INFORMATION ON REVERSE SIDE

**LEVY PERIOD - JULY 1, 1997 TO JUNE 30, 1998**

| WD | SECT | BLOCK | LOT | | ASSESSMENT | LOT DIMENSIONS | |
|---|---|---|---|---|---|---|---|
| | 10 0 | 0655 | 009 | 6 | 13,400,000 | 0.774 ACRES | 25,104 |

CONSTANT YIELD $ 5.880 DIFFERENCE $ .03-

ORIGINAL 0701-01

| | | | |
|---|---|---|---|
| STATE RATE@ | .2100 | TAX | 28,140.00 |
| CITY RATE@ | 5.8500 | TAX | 783,900.00 |
| TOTAL TAX | | | 812,040.00 |

CITY CRESCENT LIMITED
PARTNERSHIP
10 S HOWARD ST
BALTIMORE, MD 21201

RECEIVED JUL 10 1997

ASSESSED PROPERTY:
10 S HOWARD ST

NOT A PRINCIPAL RESIDENCE

PAID JUL 25 1997

**SEMIANNUAL PAYMENT SCHEDULE**

1ST INSTALLMENT

| IF PAID BY | DISCOUNT | PAY THIS AMOUNT |
|---|---|---|
| | | |

2ND INSTALLMENT

| IF PAID BY | SERV. CHG. & I/P | PAY THIS AMOUNT |
|---|---|---|
| | | |

THE SEMIANNUAL PAYMENT SCHEDULE IS ONLY AVAILABLE TO OWNER OCCUPIED PRINCIPAL RESIDENT PROPERTIES
YOUR SERVICE CHARGE TO PAY USING THE SEMIANNUAL PAYMENT SCHEDULE IS:

PROPERTY CCLP
CODE 7-10-97
CODE/GL ACCT # 6910
DUE DATE 7-30-97
804,201.00
[initials] 7-15

**ANNUAL PAYMENT SCHEDULE**

| IF PAID BY | DISCOUNT/INT.&PEN | PAY THIS AMOUNT |
|---|---|---|
| 07/31/97 | 7,839.00 | 804,201.00 |
| 08/31/97 | 3,919.50 | 808,120.50 |
| 09/30/97 | FLAT CHG | 812,040.00 |
| 10/31/97 | 15,959.40 | 827,999.40 |

1143

▲ DETACH AND RETAIN UPPER PORTION FOR YOUR RECORDS ▲

DEAR PROPERTY OWNER: THIS IS YOUR SPECIAL BENEFIT DISTRICT SURCHARGE

You may pay this bill at the Bureau of Trea[illegible] Management, Collection Division, in the lobby [illegible] the Abel Wolman Municipal Building, 200 Holliday Street, Baltimore, MD 21202; Monday through Friday, 8:30 a.m. to 3:30 p.m., or at banks authorized to collect Baltimore City taxes.

This bill is due during the month of July. If you pay this bill during July or August, you will receive the discount indicated to the left of the pay amount. The flat amount is payable during the month of September. This bill becomes delinquent on October 1st, and is subject to interest and penalty. Interest will be assessed on the State Tax portion of the bill at the rate of 1% per month or fraction of a month until paid. Interest and penalty will be assessed on the City Tax portion of the bill at the combined rate of 2% per month or fraction of a month until paid. Discounts, interest, and penalty are calculated on the net amount of the bill after any credits have been applied. This bill is due as rendered. If you have appealed your [illegible]ment, and the appeal is still pending, you must pay this bill to obtain a discount, or to avoid interest and penalty. Should your appeal result in a [illegible]on of the amount of tax due, the overpayment will be refunded to you with interest.

A return check charge of $30.00 will be assessed on each bill which is paid with a check that is returned unpaid by the bank on which it is drawn. Payment of this bill for current taxes, will not prevent legal action if taxes for prior years or other municipal liens are unpaid. Failure to receive a bill does not excuse the payment of taxes, interest, and penalty. It is the property owner's responsibility to secure a bill for payment, if one is not received. Legal action to enforce payment of taxes will be commenced against the property on which the current taxes have not been paid by November 1st of the levy year.

If you wish to change the mailing address for this bill, you must notify, in writing, the Public Service Division, Property Location Section, Room 04 Abel Wolman Municipal Building, 200 Holliday Street, Baltimore, MD 21202. You should also indicate whether you wish the water bill sent to the new address.

Baltimore City utilizes the Vital Check credit card payment system for payment of all city charges, including taxes. The system utilizes Visa and Discover credit cards for in office payments. There is a Vital Check fee for the service. For more information concerning this service please call 396-3993.

If you have any questions concerning this bill, please call the Billing Section at 396-3987.

RECEIVED JUL 09 1997

Y 1 1997 JUNE 30 1998

SPECIAL BENEFIT DISTRICT SURCHARGE
MAYOR AND CITY COUNCIL OF BALTIMORE – STATE OF MARYLAND
MAKE CHECK PAYABLE TO DIRECTOR OF FINANCE – BALTIMORE

TAXPAYER'S COPY
DETACH AND RETAIN

| WD | SECT | BLOCK | LOT | DISTRICT | ASSESSMENT | LOT DIMENSIONS |
|---|---|---|---|---|---|---|
| 04 | 10 | 0655 | 009 | 1 | 13,400,000 | 0.774 ACRES |

562

RIGINAL 07/01/97 01-0701 DIST 1 DISTRICT RATE@ .3455 SURCHRG 46,297.00

PROPERTY CCLP
VENDOR CODE 7-9-97
EXPENSE CODE/GL ACCT. # 6910
INVOICE DATE DUE DATE 7-30-97
INVOICE AMOUNT $ 45,834.03
APPROVED BY 7-15

TY CRESCENT LIMITED
[illegible]ERSHIP
[illegible] HOWARD ST
LTIMORE, MD 21201

ASSESSED PROPERTY:
S HOWARD ST

JUL 25 1997
1183
102

| IF PAID BY | DISC. / INT. PEN. | PAY THIS AMOUNT |
|---|---|---|
| 07/31/97 | 462.97 | 45,834.03 |
| 08/31/97 | 231.49 | 46,065.51 |
| 09/30/97 | | 46,297.00 |
| 10/31/97 | 925.94 | 47,222.94 |

# Attachment F

GSA

GSA Mid-Atlantic Region

LEASE STATUS REPORT

October 15, 2001

CTL Capital LLC
Dublind Securities
300 Park Avenue, 18th Floor
New York, New York 10017

The Bank of New York, as Trustee
114 West 47th Street
New York, New York 10036

Chubb Atlantic Indemnity Ltd.
c/o City Crescent Limited Partnership
10 South Howard Street
Baltimore, MD 21201

Gentlemen:

This Lease Status Report is made by the United States of America, acting by and through the General Services Administration (the "Government"). The Government and City Crescent Limited Partnership, a Maryland limited partnership (the "Partnership") are parties to that certain U.S. Government Lease for Real Property No. GS-03B-0974, which includes a lease document dated as of August 31, 1990 and Supplemental Lease Agreements (hereinafter SLAs) numbered from SLA No. 1 to SLA No.23 (collectively referred to herein as the "GSA Lease").

The Government understands that the Partnership (the "Partnership") has arranged long-term financing for the City Crescent Office Building located in Baltimore, Maryland (the "Project"), which requires the execution of certain documents in favor of The Bank of New York, for the benefit of the holders of such long-term financing, including, among others, a Trust Indenture and Security Agreement, an Escrow Agreement, an Assignment of Claims, and a Deed of Trust (The Bank of New York being hereinafter referred to in its capacities as beneficiary under the Deed of Trust, as trustee under the

U.S. General Services Administration
The Wanamaker Building
100 Penn Square East
Philadelphia, PA 19107-3396
www.gsa.gov



OCT-16-01 09:24A GSA CHESAPEAKE SVS DIST 215 656 5839 P.01

Trust Indenture, as escrow agent under the Escrow Agreement and as assignee under the Assignment of Claims as the "Trustee"). The Government has agreed to provide a statement with respect to the GSA Lease. This Lease Status Report constitutes such statement.

On behalf of the Government, the undersigned Contracting Officer hereby states to the Trustee and the other addressees hereof, and their respective successors and assigns, as follows:

1. The GSA Lease has not been amended, modified or supplemented except as set forth above. The GSA Lease represents the entire agreement between the Government and the Partnership with respect to the Project. A true, correct and complete copy of the GSA Lease, together with all amendments, modifications and supplements thereto is attached hereto as Exhibit A.

2. The GSA Lease was entered into by the Government pursuant to authority conferred by the Federal Property and Administrative Services Act of 1949, as amended by Public Law 85-886 and Public Law 86-249, as now codified at 40 U.S.C. 490(h). The GSA Lease was executed by a Contracting Officer of the United States of America pursuant to the authority of his Warrant and constitutes legal, valid, binding and enforceable obligations of the Government. A certified copy of the Contracting Officer's Warrant is attached hereto as Exhibit B. Any change in any provision contained in the GSA Lease from the form of provisions required under any statute or regulation has received all requisite authorizations and approvals necessary to cause the change or variation set forth therein to be legal, valid and binding on the United States. All Congressional approvals, if any, and other approvals for the execution, delivery and performance by the Government of its obligations under the GSA Lease have been obtained and are in full force and effect and are unmodified.

3. The GSA Lease is currently in full force and effect as against the Government. Neither the Government nor the Partnership are in default under the GSA lease, nor are there conditions that are existing or pending in and of themselves which may ripen into default under the GSA Lease. All duties and obligations of the Partnership with respect to the Project due through the date hereof have been satisfied or waived. There are no circumstances, events or conditions presently in existence that would confer upon the Government the right (i) to seek an offset against, take a deduction from or otherwise reduce any payment required to be made by it to the Partnership under the GSA Lease or (ii) to seek to terminate the GSA Lease. The Government is currently required to pay rent under the GSA Lease in the amount of $6,799,966.96 per year, of which $2,123,571.93 represents the Operating Costs portion of the rent, as provided pursuant to paragraph 3.5 of the Solicitation for Offers comprising part of the GSA Lease, as escalated in accordance therewith. The Government has not

requested any changes to the Project which would cause a reduction of the non-maintenance portion of the rent.

4. The Government has not encumbered or assigned its interest in the GSA Lease to any instrumentality, entity or agency, other than an instrumentality, entity or agency of the Government.

5. The Government has not acknowledged receipt of a Notice of Assignment to any party under the Assignment of Claims Act, as amended, 31 U.S.C. 3727, 41 U.S.C. 15, except as have been, on or prior to the date hereof, released and discharged.

6. The Government hereby acknowledges and consents to the granting of a mortgage on the Project to the Trustee and the transfer of all rents and revenues under the GSA Lease by the Partnership to the Trustee. The Government interposes no objections to the selection of the Trustee as trustee and escrow agent under the Trust Indenture and the Escrow Agreement, respectively. The Government acknowledges that the Trustee may exercise any and all rights under the GSA Lease afforded the holder of a "mortgage". The Bank of New York shall be considered a duly approved and registered mortgagee for all purposes of the GSA Lease and shall be entitled to all notice and consent provisions provided therein and elsewhere in the GSA Lease. The Government acknowledges that the Partnership has agreed that it shall not enter into any amendment, modification or supplement to the GSA Lease without the prior written consent of the Trustee.

7. Pursuant to the Notice of Assignment and the Assignment of Claims, the Government acknowledges and consents to the collateral assignment of the GSA Lease an all lease payments to be made by the Government under the GSA Lease to the Trustee. Such consent by the Government shall not constitute the agreement of the Government to be bound to any specific terms contained in the assignment documents other than that the Government hereby agrees to make all payments of such lease payments to the Escrow Agent, nor shall it be deemed approval of any legal descriptions contained therein, nor in any way should it be construed that the Government is a party of the lease payment assignment documents between the Partnership, the Escrow Agent and the Trustee. Such collateral assignment does not change or diminish any right of setoff, any right to withhold rent or any similar right of the Government set forth in the GSA Lease, to the extent any such rights are provided in the GSA Lease.

8. All notices, payments or other correspondence required or arising from the terms of the GSA Lease from the Partnership or the Trustee to the Government shall be served on the Government of mailed to the office of the

Government's designated representative, also referred to for purposes of the Lease Agreement as the Contracting Officer.

The Government's designated representative shall be:

Douglas Dooling
Contracting Officer
General Services Administration
The Wanamaker Building
100 Penn Square East
Philadelphia, PA 19107
Phone: 215-656-5875
Fax: 215-656-5838

The Trustee's designated representative shall be:

| | |
|---|---|
| Name: | Gus Kourkoulis |
| | The Bank of New York |
| Title: | Senior Vice President |
| Address: | 114 West 47th Street |
| | New York, New York 10036 |
| Telephone: | 212-852-1647 |
| Fax: | 212-852-1625 |

The United States of America,
Acting under and through the
General Services Administration

By: [signature]
Douglas Dooling
Contracting Officer

# Attachment G

GSA

GSA Mid-Atlantic Region
RECEIVED
OCT 1 2002

OCT 15 2002

Helen C. Stephenson, Controller
Otis Warren Management, Inc.
Agent for City Crescent LTD. Partnership
10 South Howard Street, Suite 110
Baltimore, MD 21201

Re: GS-03B-09074
City Crescent Building
10 South Howard Street
Baltimore, Maryland

Dear Ms. Stephenson:

Thank you for the request for reimbursement of real estate tax, for the above referenced lease. We have done the necessary analysis for the current tax year.

When calculating the current tax reimbursement, it was discovered that the prior years' tax analyses were computed incorrectly. The District Surcharge, which is not a general real estate tax subject to escalation under the lease, and an incorrect discount had been incorporated into the tax reimbursements. These calculations have resulted in an overpayment to the lessor in the amount of $311,522.54.

We have attached an analysis for each year, from the base year forward. The current year's analysis has been calculated using the correct discounted amount and it does not include the District Surcharge.

Please contact me immediately to make arrangements to return the overpayment. You should make the check in the amount of $306,973.84, which represents the amount of overpayment minus this year's reimbursement ($4,548.70), payable to the United States of America. Should you prefer to return the overpayment over a period of months through rental deductions, we will accommodate that preference provided the Government obtains interest on unpaid amounts at the applicable Prompt Payment Act interest rate.

U.S. General Services Administration
The Wanamaker Buildir
100 Penn Square East
Philadelphia, PA 19107
www.gsa.gov

Re: GS-03B-09074
City Crescent Building
10 South Howard Street
Baltimore, Maryland

Thank you for your understanding and cooperation in this matter. I apologize for any inconvenience that this may cause.

Sincerely,

Bernadette Nocella
Contracting Officer
Chesapeake Service Center (3PC)

Enclosures

**2002/2003 Real Estate Tax Escalation Analysis**
**Lease GS-03B-09074**
**City Crescent Building**
**10 South Howard Street**
**Baltimore, Maryland 21202**

This analysis is done in accordance with the real estate tax and operating cost escalation clause as contained in the lease with paid tax receipts received 8/16/02.

The base year is 1993/1994. The amount due the lessor is determined by subtracting the base year's taxes from the escalation year's tax and multiplying the difference by the Government's percentage of occupancy per the lease, which is 97%.

**Taxes**

| | Base Year 1993-1994 | Current Year 2002/2003 | |
|---|---|---|---|
| City Tax | $ 999,432.27 | $ 779,880.00 | City Tax |
| 1% Discount | $ 9,994.32 | $ 7,798.80 | 1% Discount |
| Subtotal | $ 989,437.95 | $ 772,081.20 | Subtotal |
| State Tax | $ 35,573.01 | $ 28,140.00 | State Tax |
| Subtotal | $ 1,025,010.96 | $ 800,221.20 | Grandtotal |
| Successful tax reduction after appeal of assessed value | $ 229,479.14 | | |
| Revised Tax Amount | $ 795,531.82 | | |

**Amount Due:**

| | | |
|---|---|---|
| 2002/2003 Tax Year | | $ 800,221.20 |
| 1993/1994 Base Year | - | $ 795,531.82 |
| Difference | = | $ 4,689.38 |
| Percentage Occupancy | X | 97.0% |
| Amount Due to Lessor | = | $ 4,548.70 |

The lessor is due $4,548.70 for the increase in 2002/2003's taxes over 1993-1994 taxes.

[signature] 9/13/02
Action Orginator

[signature] 10/15/02
Contracting Officer

***No Special Benefit District Surcharge Allowed***

**2001/2002 Real Estate Tax Escalation Analysis**
**Lease GS-03B-09074**
**City Crescent Building**
**10 South Howard Street**
**Baltimore, Maryland 21202**

This analysis is done in accordance with the real estate tax and operating cost escalation clause as contained in the lease with paid tax receipts received 8/16/02.

The base year is 1993/1994. The amount due the lessor is determined by subtracting the base year's taxes from the escalation year's tax and multiplying the difference by the Government's percentage of occupancy per the lease, which is 97%.

**Taxes**

| | Base Year 1993-1994 | Current Year 2001/2002 | |
|---|---|---|---|
| City Tax | $ 999,432.27 | $ 779,880.00 | City Tax |
| 1% Discount | $ 9,994.32 | $ 7,798.80 | 1% Discount |
| Subtotal | $ 989,437.95 | $ 772,081.20 | Subtotal |
| State Tax | $ 35,573.01 | $ 28,140.00 | State Tax |
| Subtotal | $ 1,025,010.96 | $ 800,221.20 | Grandtotal |
| Successful tax reduction after appeal of assessed value | $ 229,479.14 | | |
| Revised Tax Amount | $ 795,531.82 | | |

**Amount Due:**

| | | |
|---|---|---|
| 2001/2002 Tax Year | | $ 800,221.20 |
| 1993/1994 Base Year | - | $ 795,531.82 |
| Difference | = | $ 4,689.38 |
| Percentage Occupancy | X | 97.0% |
| Amount Due to Lessor | = | $ 4,548.70 |

Lessor was paid $49,456.78
" "Should have been paid $4,548.70
Difference $ 44908.08 to be paid by lessor

***This analysis is a correction of the original analysis for 2001/2002***

The lessor is due $4,548.70 for the increase in 2001/2002's taxes over 1993-1994 taxes.

[signature] 9/13/02
Action Orginator

[signature] 10/15/02
Contracting Officer

***No Special Benefit District Surcharge Allowed***

**2000/2001 Real Estate Tax Escalation Analysis**
**Lease GS-03B-09074**
**City Crescent Building**
**10 South Howard Street**
**Baltimore, Maryland 21202**

This analysis is done in accordance with the real estate tax and operating cost escalation clause as contained in the lease with paid tax receipts received 8/16/02.

The base year is 1993/1994. The amount due the lessor is determined by subtracting the base year's taxes from the escalation year's tax and multiplying the difference by the Government's percentage of occupancy per the lease, which is 97%.

**Taxes**

| | Base Year 1993-1994 | | Current Year 2000/2001 | |
|---|---|---|---|---|
| City Tax | $ 999,432.27 | | $ 779,880.00 | City Tax |
| 1% Discount | $ 9,994.32 | | $ 7,798.80 | 1% Discount |
| Subtotal | $ 989,437.95 | | $ 772,081.20 | Subtotal |
| State Tax | $ 35,573.01 | | $ 28,140.00 | State Tax |
| Subtotal | $ 1,025,010.96 | | $ 800,221.20 | Grandtotal |
| Successful tax reduction after appeal of assessed value | $ 229,479.14 | | | |
| Revised Tax Amount | $ 795,531.82 | | | |

**Amount Due:**

| | | |
|---|---|---|
| 2000/2001 Tax Year | | $ 800,221.20 |
| 1993/1994 Base Year | - | $ 795,531.82 |
| Difference | = | $ 4,689.38 |
| Percentage Occupancy | X | 97.0% |
| Amount Due to Lessor | = | $ 4,548.70 |

Lessor was paid: $49,456.78
Lessor should have been paid: $4,548.70
Difference to be paid by lessor: $44,908.08

***This analysis is a correction of the original analysis for 2000/2001***

The lessor is due $4,548.70 for the increase in 2000/2001's taxes over 1993-1994 taxes.

[signature] 9/13/02
Action Orginator

[signature] 10/15/02
Contracting Officer

***No Special Benefit District Surcharge Allowed***

**1999/2000 Real Estate Tax Escalation Analysis**
**Lease GS-03B-09074**
**City Crescent Building**
**10 South Howard Street**
**Baltimore, Maryland 21202**

This analysis is done in accordance with the real estate tax and operating cost escalation clause as contained in the lease with paid tax receipts received 8/16/02.

The base year is 1993/1994. The amount due the lessor is determined by subtracting the base year's taxes from the escalation year's tax and multiplying the difference by the Government's percentage of occupancy per the lease, which is 97%.

**Taxes**

| | Base Year 1993-1994 | | Current Year 1999/2000 | |
|---|---|---|---|---|
| City Tax | $ 999,432.27 | | $ 779,880.00 | City Tax |
| 1% Discount | $ 9,994.32 | | $ 7,798.80 | 1% Discount |
| Subtotal | $ 989,437.95 | | $ 772,081.20 | Subtotal |
| State Tax | $ 35,573.01 | | $ 28,140.00 | State Tax |
| Subtotal | $ 1,025,010.96 | | $ 800,221.20 | Grandtotal |
| Successful tax reduction after appeal of assessed value | $ 229,479.14 | | | |
| Revised Tax Amount | $ 795,531.82 | | | |

**Amount Due:**

| | | |
|---|---|---|
| 1999/2000 Tax Year | | $ 800,221.20 |
| 1993/1994 Base Year | - | $ 795,531.82 |
| Difference | = | $ 4,689.38 |
| Percentage Occupancy | X | 97.0% |
| Amount Due to Lessor | = | $ 4,548.70 |

Lessor was paid: $49,456.78
Lessor should have been paid: $4,548.70
Difference to be paid by lessor: $44,908.08

***This analysis is a correction of the original analysis for 1999/2000***

The lessor is due $4,548.70 for the increase in 1999/2000's taxes over 1993-1994 taxes.

[signature] 9/13/02
Action Orginator

[signature] 12/15/02
Contracting Officer

***No Special Benefit District Surcharge Allowed***

**1998/1999 Real Estate Tax Escalation Analysis**
**Lease GS-03B-09074**
**City Crescent Building**
**10 South Howard Street**
**Baltimore, Maryland 21202**

This analysis is done in accordance with the real estate tax and operating cost escalation clause as contained in the lease with paid tax receipts received 8/16/02.

The base year is 1993/1994. The amount due the lessor is determined by subtracting the base year's taxes from the escalation year's tax and multiplying the difference by the Government's percentage of occupancy per the lease, which is 97%.

**Taxes**

| | Base Year 1993-1994 | Current Year 1998/1999 | |
|---|---|---|---|
| City Tax | $ 999,432.27 | $ 779,880.00 | City Tax |
| 1% Discount | $ 9,994.32 | $ 7,798.80 | 1% Discount |
| Subtotal | $ 989,437.95 | $ 772,081.20 | Subtotal |
| State Tax | $ 35,573.01 | $ 28,140.00 | State Tax |
| Subtotal | $ 1,025,010.96 | $ 800,221.20 | Grandtotal |
| Successful tax reduction after appeal of assessed value | $ 229,479.14 | | |
| Revised Tax Amount | $ 795,531.82 | | |

**Amount Due:**

| | | |
|---|---|---|
| 1998/1999 Tax Year | | $ 800,221.20 |
| 1993/1994 Base Year | - | $ 795,531.82 |
| Difference | = | $ 4,689.38 |
| Percentage Occupancy | X | 97.0% |
| Amount Due to Lessor | = | $ 4,548.70 |

Lessor was paid: $49,456.79
Lessor should have been paid: $4548.70
Difference to be paid by lessor: $44908.09

***This analysis is a correction of the original analysis for 1998/1999***.

The lessor is due $4,548.70 for the increase in 1998/1999's taxes over 1993-1994 taxes.

Ana Ayew 9/13/02
Action Orginator

Geraldine Trulli 11/15/02
Contracting Officer

***No Special Benefit District Surcharge Allowed***

**1997/1998 Real Estate Tax Escalation Analysis**
**Lease GS-03B-09074**
**City Crescent Building**
**10 South Howard Street**
**Baltimore, Maryland 21202**

This analysis is done in accordance with the real estate tax and operating cost escalation clause as contained in the lease with paid tax receipts received 8/16/02.

The base year is 1993/1994. The amount due the lessor is determined by subtracting the base year's taxes from the escalation year's tax and multiplying the difference by the Government's percentage of occupancy per the lease, which is 97%.

**Taxes**

| | | Base Year 1993-1994 | | Current Year 1997/1998 | |
|---|---|---|---|---|---|
| City Tax | | $ 999,432.27 | $ | 783,900.00 | City Tax |
| 1% Discount | | $ 9,994.32 | $ | 7,839.00 | 1% Discount |
| Subtotal | | $ 989,437.95 | $ | 776,061.00 | Subtotal |
| State Tax | | $ 35,573.01 | $ | 28,140.00 | State Tax |
| Subtotal | | $ 1,025,010.96 | $ | 804,201.00 | Grandtotal |
| Successful tax reduction after appeal of assessed value | | $ 229,479.14 | | | |
| Revised Tax Amount | | $ 795,531.82 | | | |

**Amount Due:**

Lessor was paid: $53,317.20
Lessor should have been paid: $8409.10
Difference to be paid by lessor: $44908.10

| | | |
|---|---|---|
| 1997/1998 Tax Year | | $ 804,201.00 |
| 1993/1994 Base Year | - | $ 795,531.82 |
| Difference | = | $ 8,669.18 |
| Percentage Occupancy | X | 97.0% |
| Amount Due to Lessor | = | $ 8,409.10 |

***This analysis is a correction of the original analysis for 1997/1998***

The lessor is due $8,409.10 for the increase in 1997/1998's taxes over 1993-1994 taxes.

[signature] 9/13/02
Action Orginator

[signature] 10/15/02
Contracting Officer

***No Special Benefit District Surcharge Allowed***

**1996/1997 Real Estate Tax Escalation Analysis**
**Lease GS-03B-09074**
**City Crescent Building**
**10 South Howard Street**
**Baltimore, Maryland 21202**

This analysis is done in accordance with the real estate tax and operating cost escalation clause as contained in the lease with paid tax receipts received 8/16/02.

The base year is 1993/1994. The amount due the lessor is determined by subtracting the base year's taxes from the escalation year's tax and multiplying the difference by the Government's percentage of occupancy per the lease, which is 98.4%.

**Taxes**

| | Base Year 1993-1994 | | Current Year 1996/1997 | |
|---|---|---|---|---|
| City Tax | $ 999,432.27 | | $ 783,900.00 | City Tax |
| 1% Discount | $ 9,994.32 | | $ 7,839.00 | 1% Discount |
| Subtotal | $ 989,437.95 | | $ 776,061.00 | Subtotal |
| State Tax | $ 35,573.01 | | $ 28,140.00 | State Tax |
| Subtotal | $ 1,025,010.96 | | $ 804,201.00 | Grandtotal |
| Successful tax reduction after appeal of assessed value | $ 229,479.14 | | | |
| Revised Tax Amount | $ 795,531.82 | | | |

**Amount Due:**

| | | |
|---|---|---|
| 1996/1997 Tax Year | | $ 804,201.00 |
| 1993/1994 Base Year | - | $ 795,531.82 |
| Difference | = | $ 8,669.18 |
| Percentage Occupancy | X | 98.4% |
| Amount Due to Lessor | = | $ 8,530.47 |

lessor was paid: $48,670.73
lessor should have been paid: $8,530.47
Difference to be paid by lessor: $40,140.26

***This analysis is a correction of the original analysis for 1996/1997***

The lessor is due $8,530.47 for the increase in 1996/1997's taxes over 1993-1994 taxes.

[signature] 9/13/02
Action Orginator

[signature] 10/15/02
Contracting Officer

***No Special Benefit District Surcharge Allowed***

**1995/1996 Real Estate Tax Escalation Analysis**
**Lease GS-03B-09074**
**City Crescent Building**
**10 South Howard Street**
**Baltimore, Maryland 21202**

This analysis is done in accordance with the real estate tax and operating cost escalation clause as contained in the lease with paid tax receipts received 8/16/02.

The base year is 1993/1994. The amount due the lessor is determined by subtracting the base year's taxes from the escalation year's tax and multiplying the difference by the Government's percentage of occupancy per the lease, which is 98.4%.

**Taxes**

| | Base Year 1993-1994 | | Current Year 1995/1996 | |
|---|---|---|---|---|
| City Tax | $ 999,432.27 | | $ 783,900.00 | City Tax |
| 1% Discount | $ 9,994.32 | | $ 7,839.00 | 1% Discount |
| Subtotal | $ 989,437.95 | | $ 776,061.00 | Subtotal |
| State Tax | $ 35,573.01 | | $ 28,140.00 | State Tax |
| Subtotal | $ 1,025,010.96 | | $ 804,201.00 | Grandtotal |
| Successful tax reduction after appeal of assessed value | $ 229,479.14 | | | |
| Revised Tax Amount | $ 795,531.82 | | | |

**Amount Due:**

| | | | |
|---|---|---|---|
| 1995/1996 Tax Year | | $ 804,201.00 | |
| 1993/1994 Base Year | - | $ 795,531.82 | |
| Difference | = | $ 8,669.18 | |
| Percentage Occupancy | X | 98.4% | |
| Amount Due to Lessor | = | $ 8,530.47 | |

lessor was paid: $47,658.75
lessor should have been paid: $8,530.47
difference to be paid by lessor: $39,128.28

***This analysis is a correction of the original analysis for 1995/1996***

The lessor is due $8,530.47 for the increase in 1995/1996's taxes over 1993-1994 taxes.

[signature] 9/13/02
Action Orginator

[signature] 10/15/02
Contracting Officer

***No Special Benefit District Surcharge Allowed***

**1994/1995 Real Estate Tax Escalation Analysis**
**Lease GS-03B-09074**
**City Crescent Building**
**10 South Howard Street**
**Baltimore, Maryland 21202**

This analysis is done in accordance with the real estate tax and operating cost escalation clause as contained in the lease with paid tax receipts received 8/16/02.

The base year is 1993/1994. The amount due the lessor is determined by subtracting the base year's taxes from the escalation year's tax and multiplying the difference by the Government's percentage of occupancy per the lease, which is 98.4%.

**Taxes**

| | Base Year 1993-1994 | Current Year 1994/1995 | |
|---|---|---|---|
| City Tax | $ 999,432.27 | $ 783,900.00 | City Tax |
| 1% Discount | $ 9,994.32 | $ 7,839.00 | 1% Discount |
| Subtotal | $ 989,437.95 | $ 776,061.00 | Subtotal |
| State Tax | $ 35,573.01 | $ 28,140.00 | State Tax |
| Subtotal | $ 1,025,010.96 | $ 804,201.00 | Grandtotal |
| Successful tax reduction after appeal of assessed value | $ 229,479.14 | | |
| Revised Tax Amount | $ 795,531.82 | | |

**Amount Due:**

| | | |
|---|---|---|
| 1994/1995 Tax Year | | $ 804,201.00 |
| 1993/1994 Base Year | - | $ 795,531.82 |
| Difference | = | $ 8,669.18 |
| Percentage Occupancy | X | 98.4% |
| Amount Due to Lessor | = | $ 8,530.47 |

lessor was paid: $16,244.04
lessor should have been paid: $8,530.47
difference to be paid by lessor: $7713.57

***This analysis is a correction of the original analysis for 1994/1995***

The lessor is due $8,530.47 for the increase in 1994/1995's taxes over 1993-1994 taxes.

[signature] 9/13/02
Action Orginator

[signature] 11/14/02
Contracting Officer

***No Special Benefit District Surcharge Allowed***

# Attachment H

GSA

GSA Mid-Atlantic Region

*~ CERTIFIED MAIL – RETURN RECEIPT REQUESTED ~*

June 1, 2004

Edward V. Gregorowicz, Esquire
10565 Lee Highway, Suite 102
Fairfax, Virginia 22030

Re: Lease No. GS-03B-09074

Dear Mr. Gregorowicz:

This is in further response to your letters dated February 16, 2004 and March 22, 2004 concerning your client, Mr. Otis Warren and the above referenced lease with the City Crescent Limited Partnership at the City Crescent Building, Baltimore, MD. In those letters you asked that I carefully considered the arguments you made concerning the payment of the Downtown Management District supplemental tax and our proposed recovery of overpayments of that tax. The City Crescent Building is located within this downtown district. Since no informal resolution of the issue has occurred, I am issuing this contracting officer's final decision.

The above captioned lease, at paragraph 3.4, includes the clause entitled Tax Adjustment, GSAR 552.270-24 which provides that the Government pay increases in real estate taxes over taxes paid in the year of lease commencement. The supplemental tax that the City mandates property owners in the Downtown Management District pay is not a real estate tax compensable under the tax adjustment clause in that only building owners inside this District of Baltimore are required to pay this localized assessment. The plain language of the tax adjustment clause obligates the government to pay additional rent for its share of "increases in real estate taxes" levied on plaintiff's property. In my letter to you dated March 15, 2004, I stated in great detail the legal bases for my conclusion that the Downtown Management District supplemental tax is a special assessment that is not a real estate tax compensable under the tax adjustment clause of the lease. I incorporate my analysis in that letter here.

I have carefully reviewed your interpretation of the tax adjustment provision of the lease and our right to recover overpayments related to the lease, as well as related submittals. Upon reviewing all of your correspondence and submittals, I conclude that the Government has no obligation to reimburse the lessor for the Downtown Management District supplemental tax or any related increases. I also conclude that GSA may properly recover any overpayment made to the lessor in error related to the Downtown Management District supplemental tax. Your claim that the Downtown Management District supplemental tax is compensable under the lease and that we are prevented from recovering the $306,973.84 overpayment is denied.

U.S. General Services Administration
The Strawbridge's
20 North Eighth St
Philadelphia, PA 1!
www.gsa.gov

I will forbear the recovery of the overpayment during the pendency of any appeal exercised pursuant to the Contract Disputes Act of 1978. However, if you do not elect to exercise the appeal rights specified below within the time frames provided, I will recover the overpayment from our rent payments as I previously indicated, with interest.

This is the final decision of the Contracting Officer. You may appeal this decision to the GSBCA. If you decide to appeal, you must, within 90 days from the date you receive this decision, mail or otherwise furnish written notice to the GSBCA and provide a copy to the Contracting Officer from whose decision this appeal is taken. The notice shall indicate that an appeal is intended, reference this decision, and identify the contract by number. With regard to appeals to the GSBCA, you may, solely at your election, proceed under the GSBCA small claims procedure for claims of $50,000 or less or its accelerated procedure for claims of $100,000 or less. Instead of appealing to the GSBCA, you may bring an action directly in the United States Court of Federal Claims within twelve months of the date of this decision.

Sincerely,

Douglas Dooling
Contracting Officer
Chesapeake Service Center

eral Services Administration
ndence Symbol 3PC
vbridge's Building
Eighth Street
hia, PA 19107-3191

ivate Use $300

**CERTIFIED MAIL**

7001 0360 0001 5918 5853

PHILADELPHIA
MAY 2 '04
P.A.

Mr. Edward [illegible], Esq.
10563 Lee Highway
Suite 102
Fairfax, VA 22030

# Attachment I

# MAYOR AND CITY COUNCIL - BALTIMORE
## REAL PROPERTY TAX LEVY
JULY 1, 2005 TO JUNE 30, 2006

BUREAU OF TREASURY MANAGEMENT
COLLECTION DIVISION
200 HOLLIDAY STREET
BALTIMORE, MD 21202

TELEPHONE INQUIRIES:

| | |
|---|---|
| BILLING | 410-396-3987 |
| IVR REFERENCE | 050655000000900 |
| STATE DEPARTMENT OF ASSESSMENTS | 410-767-8250 |
| STATE HOMEOWNER CREDIT | 410-767-4433 |

***AUTO**5-DIGIT 21201 13425 T65:70
CITY CRESCENT LIMITED
PARTNERSHIP
OTIS WARREN MGMT CO
10 S HOWARD ST STE 110
BALTIMORE MD 21201-2597

ORIGINAL 0701-01

PROPERTY IDENTIFIER

| WD | SECTION | BLOCK | LOT |
|---|---|---|---|
| 04 | 100 | 0655 | 009 |

LOT DIMENSIONS
0.774 ACRES
NOT A PRINCIPAL RESIDENCE

CONSTANT YIELD $2.249 DIFFERENCE $ .059

CURRENT YEAR TAXABLE ASSESSMENT DATA

| | |
|---|---|
| LAND | 3,371,500 |
| IMPROVEMENT | 33,949,500 |
| TOTAL | 37,321,000 |

**ASSESSED PROPERTY:**
10 S HOWARD ST

| TAX DESCRIPTION | ASSESSMENT | RATE | TAX |
|---|---|---|---|
| STATE TAX | 36,[illegible] | [illegible] | 47,582.48 |
| CITY TAX | 36,[illegible]47,[illegible] | [illegible] | 831,972.42 |
| TOTAL TAX | | | 879,554.90 |

***DUPLICATE***
PD:7/29/2005 CR:494 LOC: WOLM WS: 010
ID:01 BLOCK: 0655 LOT: 009
TB:[illegible]060 RCT #:000084958
7/29/2005 9:29AM
CO AMOUNT PAID: $871,235.18
Property $871,235.18
CK $922,588.57
CHANGE $0.00

SEMIANNUAL PAYMENT SCHEDULE
1ST INSTALLMENT

| IF PAID BY | DISC/INT & PEN | PAY THIS AMOUNT |
|---|---|---|
| | | |

2ND INSTALLMENT

| IF PAID BY | SERV. CHG&I/P | PAY THIS AMOUNT |
|---|---|---|
| | | |

SERVICE FEE RATE FOR SEMIANNUAL IS: FEE:

ANNUAL PAYMENT SCHEDULE

| IF PAID BY | DISC/INT & PEN | PAY THIS AMOUNT |
|---|---|---|
| 07/31/2005 | 8319.72 | 871235.18 |
| 08/31/2005 | 4159.86 | 875395.04 |
| 09/30/2005 | | 879554.90 |

## DEAR PROPERTY OWNER: THIS IS YOUR SPECIAL BENEFIT DISTRICT SURCHARGE

You may pay this bill at the Bureau of Treasury Management, Collection Division, in the lobby of the Abel Wolman Municipal Building, 200 Holliday Street, Baltimore, MD 21202; Monday through Friday, 8:30 a.m. to 3:30 p.m., or at banks authorized to collect Baltimore City taxes.

This bill is due during the month of July. If you pay this bill during July or August, you will receive the discount indicated to the left of the pay amount. The flat amount is payable during the month of September. This bill becomes delinquent on October 1st, and is subject to interest and penalty. Interest will be assessed on the State Tax portion of the bill at the rate of 1% per month or fraction of a month until paid. Interest and penalty will be assessed on the City Tax portion of the bill at the combined rate of 2% per month or fraction of a month until paid. Discounts, interest, and penalty are calculated on the net amount of the bill after any credits have been applied. This bill is due as rendered. If you have appealed your assessment, and the appeal is still pending, you must pay this bill to obtain a discount, or to avoid interest and penalty. Should your appeal result in a reduction of the amount of tax due, the overpayment will be refunded to you with interest.

A return check charge of $30.00 will be assessed on each bill which is paid with a check that is returned unpaid by the bank on which it is drawn. Payment of this bill for current taxes, will not prevent legal action if taxes for prior years or other municipal liens are unpaid. Failure to receive a bill does not excuse the payment of taxes, interest, and penalty. It is the property owner's responsibility to secure a bill for payment, if one is not received. Legal action to enforce payment of taxes will be commenced against the property on which the current taxes have not been paid by November 1st of the levy year.

If you wish to change the mailing address for this bill, you must notify, in writing, the Public Service Division, Property Location Section, Room 204 Abel Wolman Municipal Building, 200 Holliday Street, Baltimore, MD 21202. You should also indicate whether you wish the water bill sent to the new address.

Baltimore City utilizes the Vital Check credit card payment system for payment of all city charges, including taxes. The system utilizes Visa and Discover credit cards for in office payments. There is a Vital Check fee for the service. For more information concerning this service please call 396-3993.

If you have any questions concerning this bill, please call the Billing Section at 396-3993.

JULY 1 2005 JUNE 30 2006

**SPECIAL BENEFIT DISTRICT SURCHARGE**
MAYOR AND CITY COUNCIL OF BALTIMORE – STATE OF MARYLAND
MAKE CHECK PAYABLE TO DIRECTOR OF FINANCE – BALTIMORE

TAXPAYER'S COPY
DETACH AND RETAIN

| WD | SECT | BLOCK | LOT | DISTRICT | ASSESSMENT | LOT DIMENSIONS |
|---|---|---|---|---|---|---|
| 04 | 10 | 0655 | 009 | 1 | 36,047,332 | 0.774 ACRES |

493

07/01/05 01-0701 DISTRICT RATE@ .1439 SURCHRG 51,872.11

Special Benefit
AMOUNT PAID:
07/2005 9:29AM
R0060 RCT #:00084957
BLOCK: 0655 LOT: 009
07/2005 CR#494 LOC: WOLM WS: 010
***DUPLICATE***
$51,353.39
$51,353.39

CITY CRESCENT LIMITED
PARTNERSHIP
OTIS WARREN MGMT CO
10 S HOWARD ST
SUITE 110
BALTIMORE, MD. 21201

**ASSESSED PROPERTY:**
10 S HOWARD ST

| IF PAID BY | DISC. / INT. PEN. | PAY THIS AMOUNT |
|---|---|---|
| 07/31/05 | 518.72 | 51,353.39 |
| 08/31/05 | 259.36 | 51,612.75 |
| 09/30/05 | | 51,872.11 |
| 10/31/05 | 1,037.44 | 52,909.55 |

MAYOR AND CITY COUNCIL - BALTIMORE
# REAL PROPERTY TAX LEVY
JULY 1, 2004 TO JUNE 30, 2005

BUREAU OF TREASURY MANAGEMENT
COLLECTION DIVISION
200 HOLLIDAY STREET
BALTIMORE, MD 21202

TELEPHONE INQUIRIES:
BILLING 410-396-3987
IVR REFERENCE 0406550000900
STATE DEPARTMENT OF ASSESSMENTS 410-767-8250
STATE HOMEOWNER CREDIT 410-767-4433

****AUTO**5-DIGIT 21201 6688 T33:34
CITY CRESCENT LIMITED
PARTNERSHIP
OTIS WARREN MGMT CO
10 S HOWARD ST STE 110
BALTIMORE MD 21201-2597

RECEIVED
JUL 14 2004

PROPERTY CLP
VENDOR # DIR FIN
EXPENSE CODE/GL ACCT # 1270
INVOICE DATE
DUE DATE
INVOICE AMOUNT 847,336.87
APPROVED

ORIGINAL 0701-01

PROPERTY IDENTIFIER

| WD | SECTION | BLOCK | LOT |
|---|---|---|---|
| 04 | 100 | 0655 | 009 |

LOT DIMENSIONS
0.774 ACRES
NOT A PRINCIPAL RESIDENCE

CONSTANT YIELD $2.258 DIFFERENCE $ -.070

CURRENT YEAR TAXABLE ASSESSMENT DATA

| | |
|---|---|
| LAND | 3,371,500 |
| IMPROVEMENT | 33,949,500 |
| TOTAL | 37,321,000 |

ASSESSED PROPERTY:
10 S HOWARD ST

| TAX DESCRIPTION | ASSESSMENT | RATE | TAX |
|---|---|---|---|
| STATE TAX | $34,773,666 | $0.1320 | 45,901.24 |
| CITY TAX | $34,773,666 | $2.3280 | 809,530.94 |
| TOTAL TAX | | | 855,432.18 |

***DUPLICATE***
7/30/2004 CR:302 LOC: WDLN WS: 008
BLOCK: 0655 LOT: 009
TR:0165 RCT #:00038499
7/30/2004 2:33PM
CD AMOUNT PAID: $847,336.87
Real Property $847,336.87
CK $894,913.50
CHANGE $0.00

SEMIANNUAL PAYMENT SCHEDULE

1ST INSTALLMENT

| IF PAID BY | DISC/INT & PEN | PAY THIS AMOUNT |
|---|---|---|

2ND INSTALLMENT

| IF PAID BY | SERV. CHG&I/P | PAY THIS AMOUNT |
|---|---|---|

SERVICE FEE RATE FOR SEMIANNUAL IS: FEE:

ANNUAL PAYMENT SCHEDULE

| IF PAID BY | DISC/INT & PEN | PAY THIS AMOUNT |
|---|---|---|
| 07/31/2004 | 8095.31 | 847336.87 |
| 08/31/2004 | 4047.66 | 851384.52 |
| 09/30/2004 | | 855432.18 |

DEAR PROPERTY OWNER: THIS IS YOUR SPECIAL BENEFIT DISTRICT SURCHARGE

...ay pay this bill at the Bureau of Treasury Management, Collection Division, in the lobby of the Abel Wolman Municipal Building, 200 ...eet, Baltimore, MD 21202; Monday through Friday, 8:30 a.m. to 3:30 p.m., or at banks authorized to collect Baltimore City taxes.

...is due during the month of July. If you pay this bill during July or August, you will receive the discount indicated to the left of the pay ...flat amount is payable during the month of September. This bill becomes delinquent on October 1st, and is subject to interest and penalty. ...t will be assessed on the State Tax portion of the bill at the rate of 1% per month or fraction of a month until paid. Interest and penalty will ...assessed on the City Tax portion of the bill at the combined rate of 2% per month or fraction of a month until paid. Discounts, interest, and ...nalty are calculated on the net amount of the bill after any credits have been applied. This bill is due as rendered. If you have appealed your ...sessment, and the appeal is still pending, you must pay this bill to obtain a discount, or to avoid interest and penalty. Should your appeal result in a ...duction of the amount of tax due, the overpayment will be refunded to you with interest.

A return check charge of $30.00 will be assessed on each bill which is paid with a check that is returned unpaid by the bank on which it is ...awn. Payment of this bill for current taxes, will not prevent legal action if taxes for prior years or other municipal liens are unpaid. Failure to receive ...bill does not excuse the payment of taxes, interest, and penalty. It is the property owner's responsibility to secure a bill for payment, if one is not received. ...gal action to enforce payment of taxes will be commenced against the property on which the current taxes have not been paid by November 1st of the levy ...ar.

If you wish to change the mailing address for this bill, you must notify, in writing, the Public Service Division, Property Location Section, Room ...4 Abel Wolman Municipal Building, 200 Holliday Street, Baltimore, MD 21202. You should also indicate whether you wish the water bill sent to the ...w address.

Baltimore City utilizes the Vital Check credit card payment system for payment of all city charges, including taxes. The system utilizes Visa and ...iscover credit cards for in office payments. There is a Vital Check fee for the service. For more information concerning this service please call ...96-3993.

If you have any questions concerning this bill, please call the Billing Section at 396-3998.

...Y 1 2004 JUNE 30 2005

**SPECIAL BENEFIT DISTRICT SURCHARGE**
MAYOR AND CITY COUNCIL OF BALTIMORE – STATE OF MARYLAND
MAKE CHECK PAYABLE TO DIRECTOR OF FINANCE – BALTIMORE

TAXPAYER'S COPY
DETACH AND RETAIN

| WD | SECT | BLOCK | LOT | DISTRICT | ASSESSMENT | LOT DIMENSIONS |
|---|---|---|---|---|---|---|
| 04 | 10 | 0655 | 009 | 1 | 34,773,666 | 0.774 ACRES |

494

PROPERTY DISTRICT RATE@ .1382 SURCHRG 48,057.20

07/01/04 01-0701 DIST 1

VENDOR CODE DIRGN
EXPENSE CODE/GL ACCT #
INVOICE DATE
DUE DATE
INVOICE AMOUNT $ 47,816.03
APPROVED BY

...TY CRESCENT LIMITED
...RTNERSHIP
...IS WARREN MGMT CO
...S HOWARD ST
...ITE 110
...TIMORE, MD. 21201

JUL 16 2004

PAID
AUG 04 2004
CHECK# 4728

...SSESSED PROPERTY:
S HOWARD ST

| IF PAID BY | DISC. / INT. PEN. | PAY THIS AMOUNT |
|---|---|---|
| 07/31/04 | 480.57 | 47,576.63 |
| 08/31/04 | 240.29 | 47,816.91 |
| 09/30/04 | | 48,057.20 |
| 10/31/04 | 961.14 | 49,018.34 |

...Y 1 2004 JUNE 30 2005

**PLEASE RETURN THIS PART WITH YOUR PAYMENT**

TO: COLLECTION DIVISION
200 HOLLIDAY STREET
BALTIMORE, MD. 21202

SPECIAL BENEFIT DISTRICT SURCHARGE
...OR AND CITY COUNCIL OF BALTIMORE - STATE OF MD.
CHECK PAYABLE TO DIRECTOR OF FINANCE - BALTIMORE

DSSRC 48,057.20
DSINT 961.14

| WD | SECT | BLOCK | LOT | DISTRICT | ASSESSMENT |
|---|---|---|---|---|---|
| 04 | 10 | 0655 | 009 | 1 | 34,773,666 |

...RIGINAL 07/01/04 01-0701 DIST 1
...TY CRESCENT LIMITED
...RTNERSHIP
...S HOWARD ST
...IL TO
...IS WARREN MGMT CO
...S HOWARD ST
...ITE 110
...LTIMORE MD 21201

| IF PAID BY | DISC. / INT. PEN. | PAY THIS AMOUNT |
|---|---|---|
| 07/31/04 | 480.57 | 47,576.63 |
| 08/31/04 | 240.29 | 47,816.91 |
| 09/30/04 | | 48,057.20 |
| 10/31/04 | 961.14 | 49,018.34 |



MAKE NO MARKS BELOW THIS LINE

20100048057200000000000000410020040506655 009 00480570096114100000412000054

# MAYOR AND CITY COUNCIL - BALTIMORE
# REAL PROPERTY TAX LEVY
JULY 1, 2003 TO JUNE 30, 2004

BUREAU OF TREASURY MANAGEMENT
COLLECTION DIVISION
200 HOLLIDAY STREET
BALTIMORE, MD 21202

TELEPHONE INQUIRIES:
BILLING 410-396-3987
IVR REFERENCE 0306550000900
STATE DEPARTMENT OF ASSESSMENTS 410-767-8250
STATE HOMEOWNER CREDIT 410-767-4433

051220 DUPLICATE

PROPERTY IDENTIFIER

| WD | SECTION | BLOCK | LOT |
|---|---|---|---|
| 04 | 100 | 0655 | 009 |

LOT DIMENSIONS
0.774 ACRES
NOT A PRINCIPAL RESIDENCE

CONSTANT YIELD $2.277 DIFFERENCE .05

CITY CRESCENT LIMITED
PARTNERSHIP
OTIS WARREN MGMT CO
10 S HOWARD ST
SUITE 110
BALTIMORE, MD. 21201

CURRENT YEAR TAXABLE
ASSESSMENT DATA

| | |
|---|---|
| LAND | 3,371,500 |
| IMPROVEMENT | 30,128,500 |
| TOTAL | 33,500,000 |

**ASSESSED PROPERTY:**
10 S HOWARD ST

| TAX DESCRIPTION | ASSESSMENT | RATE | TAX |
|---|---|---|---|
| STATE TAX | 33,500,000 | $ .1320 | 44,220.00 |
| CITY TAX | 33,500,000 | $2.3280 | 779,880.00 |
| TOTAL TAX | | | 824,100.00 |
| PAID 07/31/03 | | | 816,301.20- |
| DISCOUNT | | | 7,798.80- |
| NET TAX AMOUNT | | | 0.00 |

SEMIANNUAL PAYMENT SCHEDULE

1ST INSTALLMENT

| IF PAID BY | DISC/INT & PEN | PAY THIS AMOUN |
|---|---|---|

2ND INSTALLMENT

| IF PAID BY | SERV. CHG&I/P | PAY THIS AMOUN |
|---|---|---|

SERVICE FEE RATE FOR SEMIANNUAL IS: FEE:

ANNUAL PAYMENT SCHEDULE

| IF PAID BY | DISC/INT & PEN | PAY THIS AMOUN |
|---|---|---|

JULY 1, 2003 TO JUNE 30, 2004
PROPERTY IDENTIFIER

| WD | SECTION | BLOCK | LOT |
|---|---|---|---|
| 04 | 100 | 0655 | 009 |

10 S HOWARD ST

RETURN THIS PART WITH YOUR PAYMENT
MAYOR AND CITY COUNCIL - BALTIMORE
**REAL PROPERTY TAX LEVY**

MAKE CHECK PAYABLE TO
DIRECTOR OF FINANCE - BALTIMORE

051220 DUPLICATE

| SEMIANNUAL PAYMENT | ANNUAL PAYMEN |
|---|---|
| | |

PLEASE INDICATE AMOUNT BEING PAID
DUE NO LATER THAN

| AMOUNT PAID |
|---|
| |

CITY OF BALTIMORE
PO BOX 17535
BALTIMORE, MD 21297-1535



2000000000000000000000000002003200406SS 009 0000000000000001000031000043

## DEAR PROPERTY OWNER: THIS IS YOUR SPECIAL BENEFIT DISTRICT SURCHARGE

You may pay this bill at the Bureau of Treasury Management, Collection Division, in the lobby of the Abel Wolman Municipal Building, 200 Holliday Street, Baltimore, MD 21202; Monday through Friday, 8:30 a.m. to 3:30 p.m., or at banks authorized to collect Baltimore City taxes.

This bill is due during the month of July. If you pay this bill during July or August, you will receive the discount indicated to the left of the pay amount. The flat amount is payable during the month of September. This bill becomes delinquent on October 1st, and is subject to interest and penalty. Interest will be assessed on the State Tax portion of the bill at the rate of 1% per month or fraction of a month until paid. Interest and penalty will be assessed on the City Tax portion of the bill at the combined rate of 2% per month or fraction of a month until paid. Discounts, interest, and penalty are calculated on the net amount of the bill after any credits have been applied. This bill is due as rendered. If you have appealed your assessment, and the appeal is still pending, you must pay this bill to obtain a discount, or to avoid interest and penalty. Should your appeal result in a reduction of the amount of tax due, the overpayment will be refunded to you with interest.

A return check charge of $30.00 will be assessed on each bill which is paid with a check that is returned unpaid by the bank on which it is drawn. Payment of this bill for current taxes, will not prevent legal action if taxes for prior years or other municipal liens are unpaid. Failure to receive a bill does not excuse the payment of taxes, interest, and penalty. It is the property owner's responsibility to secure a bill for payment, if one is not received. Legal action to enforce payment of taxes will be commenced against the property on which the current taxes have not been paid by November 1st of the levy year.

If you wish to change the mailing address for this bill, you must notify, in writing, the Public Service Division, Property Location Section, Room 204 Abel Wolman Municipal Building, 200 Holliday Street, Baltimore, MD 21202. You should also indicate whether you wish the water bill sent to the new address.

Baltimore City utilizes the Vital Check credit card payment system for payment of all city charges, including taxes. The system utilizes Visa and Discover credit cards for in office payments. There is a Vital Check fee for the service. For more information concerning this service please call 396-3993.

If you have any questions concerning this bill, please call the Billing Section at 396-3998.

---

JULY 1 2003 JUNE 30 2004

SPECIAL BENEFIT DISTRICT SURCHARGE
AYOR AND CITY COUNCIL OF BALTIMORE – STATE OF MARYLAND
AKE CHECK PAYABLE TO DIRECTOR OF FINANCE – BALTIMORE

TAXPAYER'S COPY
DETACH AND RETAIN

| WD | SECT | BLOCK | LOT | DISTRICT | ASSESSMENT | LOT DIMENSIONS |
|---|---|---|---|---|---|---|
| 04 | 10 | 0655 | 009 | 1 | 33,500,000 | 0.774 ACRES |

DUPLICATE

DISTRICT RATE .1382 SURCHARGE 46,297.00
PAID 07/31/03 462.97 45,834.03-

CITY CRESCENT LIMITED
PARTNERSHIP
OTIS WARREN MGMT CO
10 S HOWARD ST
SUITE 110
BALTIMORE, MD. 21201

ASSESSED PROPERTY:

10 S HOWARD ST

| IF PAID BY | DISC. / INT. PEN. | PAY THIS AMOUNT |
|---|---|---|
| | .00 | .00 |
| | .00 | .00 |
| FLAT CHG | | .00 |

---

JULY 1 2003 JUNE 30 2004

PLEASE RETURN THIS PART WITH YOUR PAYMENT

TO: COLLECTION DIVISION
200 HOLLIDAY STREET
BALTIMORE, MD. 21202

SPECIAL BENEFIT DISTRICT SURCHARGE
MAYOR AND CITY COUNCIL OF BALTIMORE - STATE OF MD.
MAKE CHECK PAYABLE TO DIRECTOR OF FINANCE - BALTIMORE

DSSRC 46,297.00
DSINT .00

| WD | SECT | BLOCK | LOT | DISTRICT | ASSESSMENT |
|---|---|---|---|---|---|
| 04 | 10 | 0655 | 009 | 1 | 33,500,000 |

DUPLICATE

CITY CRESCENT LIMITED
PARTNERSHIP
10 S HOWARD ST
MAIL TO
OTIS WARREN MGMT CO
10 S HOWARD ST
SUITE 110
BALTIMORE MD 21201

| IF PAID BY | DISC. / INT. PEN. | PAY THIS AMOUNT |
|---|---|---|
| FLAT CHG | | |

MAKE NO MARKS BELOW THIS LINE



201000000000000000000000041002003040655 009 00000000000000010000031200045

**CITY CRESCENT LTD PARTNERSHIP**
OPERATING ACCOUNT
10 S. HOWARD STREET
SUITE 110
BALTIMORE, MARYLAND 21201

BANK OF AMERICA
MARYLAND

052001633

3655

PAY **** EIGHT HUNDRED FORTY SIX THOUSAND FIFTY FIVE AND 23/100 DOLLARS

DATE 07/30/02 AMOUNT $846,055.23*

TO THE ORDER OF

DIRECTOR OF FINANCE
COLLECTION DIVISION
200 HOLLIDAY STREET
BALTIMORE, MD 21202

052001633 003922328388 03655

DATE:07/30/02 CK#:3655 TOTAL:$846,055.23* BANK:CCLP - CITY CRESCENT - OPERATING A/C
PAYEE:DIRECTOR OF FINANCE(DIRFIN)

| Property | Account | Invoice | Description | Amount |
|---|---|---|---|---|
| CCLP | 1270 | | 04-100-0655-009 - 10 S. HOWARD ST | 800,221.20 |
| CCLP | 1270 | | 04-10-0655-009 - 10 S. HOWARD ST | 45,834.03 |
| | | | | 846,055.23 |

PD: 7/31/02 CR:495 LOC: WOLM WS: 006
ID:05 BLOCK: 0655 LOT: 009
TR:0139 RCT #:00896617
7/31/02 1:23PM
CO AMOUNT PAID: $800,221.20
Real Property $800,221.20

PD: 7/31/02 CR:495 LOC: WOLM WS: 006
ID:05 BLOCK: 0655 LOT: 009
TR:0139 RCT #:00896618
7/31/02 1:23PM
CO AMOUNT PAID: $45,834.03
Special Benefit $45,834.03
CK $846,055.23
CHANGE $0.00

WOLM 7/31/02 006 05 0139
$846,055.23

**CITY CRESCENT LTD PARTNERSHIP**
OPERATING ACCOUNT
10 S. HOWARD STREET
SUITE 110
BALTIMORE, MARYLAND 21201

BANK OF AMERICA
MARYLAND

052001633

3655

**** EIGHT HUNDRED FORTY SIX THOUSAND FIFTY FIVE AND 23/100 DOLLARS

TO THE ORDER OF 07/30/02 $846,055.23*

DIRECTOR OF FINANCE
COLLECTION DIVISION
200 HOLLIDAY STREET
BALTIMORE, MD 21202

NON-NEGOTIABLE

MAYOR AND CITY COUNCIL - BALTIMORE
# REAL PROPERTY TAX LEVY
JULY 1, 2002 TO JUNE 30, 2003

BUREAU OF TREASURY MANAGEMENT
COLLECTION DIVISION
200 HOLLIDAY STREET
BALTIMORE, MD 21202

TELEPHONE INQUIRIES:
BILLING 410-396-3987
IVR REFERENCE 0206550000900
STATE DEPARTMENT OF ASSESSMENTS 410-767-8250
STATE HOMEOWNER CREDIT 410-767-4433

ORIGINAL 0701-01

PROPERTY IDENTIFIER

| WD | SECTION | BLOCK | LOT |
|---|---|---|---|
| 04 | 100 | 0655 | 009 |

CITY CRESCENT LIMITED
PARTNERSHIP
OTIS WARREN MGMT CO
10 S HOWARD ST
SUITE 110
BALTIMORE, MD. 21201

LOT DIMENSIONS
0.774 ACRES
NOT A PRINCIPAL RESIDENCE

CONSTANT YIELD $2.327 DIFFERENCE $ .001

CURRENT YEAR TAXABLE ASSESSMENT DATA

| | |
|---|---|
| LAND | 3,371,500 |
| IMPROVEMENT | 30,128,500 |
| TOTAL | 33,500,000 |

**ASSESSED PROPERTY:**
10 S HOWARD ST

| TAX DESCRIPTION | ASSESSMENT | RATE | TAX |
|---|---|---|---|
| STATE TAX | 33,500,000 | $ .0840 | 28,140.00 |
| CITY TAX | 33,500,000 | $2.3280 | 779,880.00 |
| TOTAL TAX | | | 808,020.00 |

PROPERTY CCLP
VENDOR CODE Acc 7/24/02
EXPENSE CODE/GL ACCT. # 1270
INVOICE DATE ______ DUE DATE 7/24/02
INVOICE AMOUNT $ 800221.20
APPROVED BY [signature] 7/24/02

SEMIANNUAL PAYMENT SCHEDULE

1ST INSTALLMENT

| IF PAID BY | DISC/INT & PEN | PAY THIS AMOUNT |
|---|---|---|

2ND INSTALLMENT

| IF PAID BY | SERV. CHGA/I/P | PAY THIS AMOUNT |
|---|---|---|

SERVICE FEE RATE FOR SEMIANNUAL IS: FEE:

ANNUAL PAYMENT SCHEDULE

| IF PAID BY | DISC/INT & PEN | PAY THIS AMOUNT |
|---|---|---|
| 07/31/2002 | 7,798.80 | 800,221.20 |
| 08/31/2002 | 3,899.40 | 804,120.60 |
| 09/30/2002 | | 808,020.00 |

---

JULY 1, 2002 TO JUNE 30, 2003

PROPERTY IDENTIFIER

| WD | SECTION | BLOCK | LOT |
|---|---|---|---|
| 04 | 100 | 0655 | 009 |

10 S HOWARD ST

RETURN THIS PART WITH YOUR PAYMENT
MAYOR AND CITY COUNCIL - BALTIMORE
REAL PROPERTY TAX LEVY

MAKE CHECK PAYABLE TO
DIRECTOR OF FINANCE - BALTIMORE

ORIGINAL 0701-01 24349

| SEMIANNUAL PAYMENT | ANNUAL PAYMENT |
|---|---|
| | 800,221.20 |

PLEASE INDICATE AMOUNT BEING PAID
DUE NO LATER THAN 07/31/2002

| AMOUNT PAID |
|---|
| |

CITY OF BALTIMORE
COLLECTION DIVISION
PO BOX 17535
BALTIMORE, MD 21297-1535



MAKE NO MARKS BELOW THIS LINE

20000808020000000000000000200220030655 009 077988015879001000021000030

## DEAR PROPERTY OWNER: THIS IS YOUR SPECIAL BENEFIT DISTRICT SURCHARGE

You may pay this bill at the Bureau of Treasury Management, Collection Division, in the lobby of the Abel Wolman Municipal Building, 200 Holliday Street, Baltimore, MD 21202; Monday through Friday, 8:30 a.m. to 3:30 p.m., or at banks authorized to collect Baltimore City taxes.

This bill is due during the month of July. If you pay this bill during July or August, you will receive the discount indicated to the left of the pay amount. The flat amount is payable during the month of September. This bill becomes delinquent on October 1st, and is subject to interest and penalty. Interest will be assessed on the State Tax portion of the bill at the rate of 1% per month or fraction of a month until paid. Interest and penalty will be assessed on the City Tax portion of the bill at the combined rate of 2% per month or fraction of a month until paid. Discounts, interest, and penalty are calculated on the net amount of the bill after any credits have been applied. This bill is due as rendered. If you have appealed your assessment, and the appeal is still pending, you must pay this bill to obtain a discount, or to avoid interest and penalty. Should your appeal result in a reduction of the amount of tax due, the overpayment will be refunded to you with interest.

A return check charge of $30.00 will be assessed on each bill which is paid with a check that is returned unpaid by the bank on which it is drawn. Payment of this bill for current taxes, will not prevent legal action if taxes for prior years or other municipal liens are unpaid. Failure to receive a bill does not excuse the payment of taxes, interest, and penalty. It is the property owner's responsibility to secure a bill for payment, if one is not received. Legal action to enforce payment of taxes will be commenced against the property on which the current taxes have not been paid by November 1st of the levy year.

If you wish to change the mailing address for this bill, you must notify, in writing, the Public Service Division, Property Location Section, Room 204 Abel Wolman Municipal Building, 200 Holliday Street, Baltimore, MD 21202. You should also indicate whether you wish the water bill sent to the new address.

Baltimore City utilizes the Vital Check credit card payment system for payment of all city charges, including taxes. The system utilizes Visa and Discover credit cards for in office payments. There is a Vital Check fee for the service. For more information concerning this service please call 396-3993.

If you have any questions concerning this bill, please call the Billing Section at 396-3998.

---

**JULY 1 2002 JUNE 30 2003**

**SPECIAL BENEFIT DISTRICT SURCHARGE**
MAYOR AND CITY COUNCIL OF BALTIMORE – STATE OF MARYLAND
MAKE CHECK PAYABLE TO DIRECTOR OF FINANCE – BALTIMORE

TAXPAYER'S COPY
DETACH AND RETAIN

| WD | SECT | BLOCK | LOT | DISTRICT | ASSESSMENT | LOT DIMENSIONS |
|---|---|---|---|---|---|---|
| 04 | 10 | 0655 | 009 | 1 | 33,500,000 | 0.774 ACRES |

525

07/01/02 01-0701 DIST 1 DISTRICT RATE@ .1382 SURCHRG 46,297.00

PROPERTY CCL
VENDOR CODE [handwritten] 7/24
EXPENSE CODE/GL ACCT. # 1270
INVOICE DATE ______ DUE DATE 7/24/02
INVOICE AMOUNT 45,834.03
APPROVED BY

CITY CRESCENT LIMITED
PARTNERSHIP
OTIS WARREN MGMT CO
10 S HOWARD ST
SUITE 110
BALTIMORE, MD. 21201

**ASSESSED PROPERTY:**
10 S HOWARD ST

| IF PAID BY | DISC. / INT. PEN. | PAY THIS AMOUNT |
|---|---|---|
| 07/31/02 | 462.97 | 45,834.03 |
| 08/31/02 | 231.49 | 46,065.51 |
| 09/30/02 | | 46,297.00 |
| 10/31/02 | 925.94 | 47,222.94 |

---

**JULY 1 2002 JUNE 30 2003**

**PLEASE RETURN THIS PART WITH YOUR PAYMENT**

TO: COLLECTION DIVISION
200 HOLLIDAY STREET
BALTIMORE, MD. 21202

**SPECIAL BENEFIT DISTRICT SURCHARGE**
MAYOR AND CITY COUNCIL OF BALTIMORE - STATE OF MD.
MAKE CHECK PAYABLE TO DIRECTOR OF FINANCE - BALTIMORE

DSSRC 46,297.00
DSINT 925.94

| WD | SECT | BLOCK | LOT | DISTRICT | ASSESSMENT |
|---|---|---|---|---|---|
| 04 | 10 | 0655 | 009 | 1 | 33,500,000 |

ORIGINAL 07/01/02 01-0701 DIST 1
CITY CRESCENT LIMITED
PARTNERSHIP
10 S HOWARD ST
MAIL TO
OTIS WARREN MGMT CO
10 S HOWARD ST
SUITE 110
BALTIMORE MD 21201

| IF PAID BY | DISC. / INT. PEN. | PAY THIS AMOUNT |
|---|---|---|
| 07/31/02 | 462.97 | 45,834.03 |
| 08/31/02 | 231.49 | 46,065.51 |
| 09/30/02 | | 46,297.00 |
| 10/31/02 | 925.94 | 47,222.94 |

MAKE NO MARKS BELOW THIS LINE



2010004629700000000000000041002002030655 009 0046297009259410000021200036