# In the United States Court of Federal Claims

No. 05-580

(Filed: March 31, 2006)

*************************************** *
*
CITY CRESCENT LIMITED PARTNERSHIP, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
*************************************** *

SECOND REVISED SCHEDULING ORDER

On March 30, 2006, counsel for Defendant filed with the Court an Unopposed Motion for Enlargement of Time concerning the dates established in the Court's revised scheduling Order dated February 2, 2006. Defendant's Motion is GRANTED. Accordingly:

1. Defendant shall file its Reply in Support of its Motion for Summary Judgment, and Response to Plaintiff's Cross-Motion for Summary Judgment on or before April 10, 2006;

2. Plaintiff shall file its Reply in Support of its Cross-Motion for Summary Judgment on or before April 24, 2006.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge