Defendant’s Supplemental Appendix

Case 1:05-cv-00580-TCW Document 26 Filed 04/10/2006 Page 2 of 18

DEAR PROPERTY OWNER: THIS IS YOUR REAL PROPERTY TAX BILL

MAYOR AND CITY COUNCIL OF BALTIMORE – STATE OF MARYLAND
MAKE CHECK PAYABLE TO DIRECTOR OF FINANCE – BALTIMORE

TAXPAYER'S C
DETACH AND RI

PLEASE READ THE IMPORTANT INFORMATION ON REVERSE SIDE

LEVY PERIOD – JULY 1, 1999 TO JUNE 30, 2000

| WD | SECT | BLOCK | LOT |
|---|---|---|---|
| 04 | 100 | 0655 | 009 |

6

| ASSESSMENT |
|---|
| 13,400,000 |

| LOT DIMENSIONS |
|---|
| 0.774 ACRES |

21,1

CONSTANT YIELD $ 5.800 DIFFERENCE $ .02

ORIGINAL 0701-01

| | | | |
|---|---|---|---|
| STATE RATE@ | .2100 | TAX | 28,140. |
| CITY RATE@ | 5.8200 | TAX | 779,880. |
| TOTAL TAX | | | 808,020. |

CITY CRESCENT LIMITED
PARTNERSHIP
OTIS WARREN MGMT CO
10 S HOWARD ST
SUITE 110
BALTIMORE, MD. 21201

RECEIVED
JUL 0 8 1999

ASSESSED PROPERTY:
10 S HOWARD ST

NOT A PRINCIPAL RESIDENCE

SEMIANNUAL PAYMENT SCHEDULE

1ST INSTALLMENT

| IF PAID BY | DISCOUNT | PAY THIS AMOUN |
|---|---|---|
| | | |

2ND INSTALLMENT

| IF PAID BY | SERV. CHG. & I/P | PAY THIS AMOUN |
|---|---|---|
| | | |

THE SEMIANNUAL PAYMENT SCHEDULE IS ONLY AVAILABLE TO OWNER OCCUPIED PRINCIPAL RESIDENT PROPERTIES

A SERVICE FEE IS APPLIED FOR USING SEMIANNUAL SCHEDULE. RATE IS FEE IS:

PROPERTY Cell – 11/6 1183
VENDOR CODE 1257/8/99
EXPENSE CODE/GL ACCT. # 1270
INVOICE DATE ______ DUE DATE 7/21/99
INVOICE AMOUNT $ 800,221.20
APPROVED BY [illegible]

ANNUAL PAYMENT SCHEDULE

| IF PAID BY | DISCOUNT/INT.&PEN | PAY THIS AMOU |
|---|---|---|
| 07/31/99 | 7,798.80 | 800,221. |
| 08/31/99 | 3,899.40 | 804,120. |
| 09/30/99 | FLAT CHG | 808,020. |
| 10/31/99 | 15,879.00 | 823,899. |

IVR REFERENCE 9906550000900



▼ DETACH AND RETAIN UPPER PORTION FOR YOUR RECORDS ▼

Case 1:05-cv-00580-TCW Document 26 Filed 04/10/2006 Page 3 of 18

## DEAR PROPERTY OWNER: THIS IS YOUR SPECIAL BENEFIT DISTRICT SURCHARGE

You may pay this bill at the Bureau of Treasury Management, Collection Division, in the lobby of the Abel Wolman Municipal Building, 20 Holliday Street, Baltimore, MD 21202; Monday through Friday, 8:30 a.m. to 3:30 p.m., or at banks authorized to collect Baltimore City taxes.

This bill is due during the month of July. If you pay this bill during July or August, you will receive the discount indicated to the left of the pa amount. The flat amount is payable during the month of September. This bill becomes delinquent on October 1st, and is subject to interest and penalt Interest will be assessed on the State Tax portion of the bill at the rate of 1% per month or fraction of a month until paid. Interest and penalty wi be assessed on the City Tax portion of the bill at the combined rate of 2% per month or fraction of a month until paid. Discounts, interest, ar penalty are calculated on the net amount of the bill after any credits have been applied. This bill is due as rendered. If you have appealed yo assessment, and the appeal is still pending, you must pay this bill to obtain a discount, or to avoid interest and penalty. Should your appeal result in reduction of the amount of tax due, the overpayment will be refunded to you with interest.

A return check charge of $30.00 will be assessed on each bill which is paid with a check that is returned unpaid by the bank on which it i drawn. Payment of this bill for current taxes, will not prevent legal action if taxes for prior years or other municipal liens are unpaid. Failure to receiv a bill does not excuse the payment of taxes, interest, and penalty. It is the property owner's responsibility to secure a bill for payment, if one is not receive Legal action to enforce payment of taxes will be commenced against the property on which the current taxes have not been paid by November 1st of the lev year.

If you wish to change the mailing address for this bill, you must notify, in writing, the Public Service Division, Property Location Section, Roo 204 Abel Wolman Municipal Building, 200 Holliday Street, Baltimore, MD 21202. You should also indicate whether you wish the water bill sent to th new address.

Baltimore City utilizes the Vital Check credit card payment system for payment of all City charges, including taxes. The system utilizes Visa ar Discover credit cards for in office payments. There is a Vital Check fee for the service. For more information concerning this service please ca 396-3993.

If you have any questions concerning this bill, please call the Billing Section at 396-3987.

RECEIVED JUL 0 6 1999

**JULY 1 1999 JUNE 30 2000**

SPECIAL BENEFIT DISTRICT SURCHARGE
MAYOR AND CITY COUNCIL OF BALTIMORE – STATE OF MARYLAND
MAKE CHECK PAYABLE TO DIRECTOR OF FINANCE – BALTIMORE

TAXPAYER'S C
DETACH AND RE

| WD | SECT | BLOCK | LOT | DISTRICT | ASSESSMENT | LOT DIMENSIONS | |
|---|---|---|---|---|---|---|---|
| 04 | 10 | 0655 | 009 | 1 | 13,400,000 | 0.774 ACRES | 56 |

07/01/99 01-0701 DIST 1 DISTRICT RATE@ .3455 SURCHRG 46,297.00

PROPERTY - CCLP (K6-1183)
VENDOR CODE K57/14/99
EXPENSE CODE/GL ACCT. # 1270
INVOICE DATE ______ DUE DATE 7/14/99
INVOICE AMOUNT $ 45834.03 2007-13
APPROVED BY ______

CITY CRESCENT LIMITED
PARTNERSHIP
OTIS WARREN MGMT CO
10 S HOWARD ST
SUITE 110
...TIMORE, MD. 21201

ASSESSED PROPERTY:
10 S HOWARD ST

| IF PAID BY | DISC. / INT. PEN. | PAY THIS AMOUNT |
|---|---|---|
| 07/31/99 | 462.97 | 45,834.03 |
| 08/31/99 | 231.49 | 46,065.51 |
| 09/30/99 | | 46,297.00 |
| 10/31/99 | 925.94 | 47,222.94 |

Case 1:05-cv-00580-TCW Document 26 Filed 04/10/2006 Page 4 of 18

DEAR PROPERTY OWNER: THIS IS YOUR REAL PROPERTY TAX BILL

MAYOR AND CITY COUNCIL OF BALTIMORE – STATE OF MARYLAND
MAKE CHECK PAYABLE TO DIRECTOR OF FINANCE – BALTIMORE

TAXPAYER'S CC
DETACH AND RE'

**PLEASE READ THE IMPORTANT INFORMATION ON REVERSE SIDE**

**LEVY PERIOD – JULY 1, 1998 TO JUNE 30, 1999**

| WD | SECT | BLOCK | LOT |
|---|---|---|---|
| 04 | 100 | 0655 | 009 |

6

| ASSESSMENT |
|---|
| 13,400,000 |

| LOT DIMENSIONS |
|---|
| 0.774 ACRES |

CONSTANT YIELD $ 5.870 DIFFERENCE $ .05-

DUPLICATE

| | | | |
|---|---|---|---|
| STATE RATE@ | .2100 | TAX | 28,140.00 |
| CITY RATE@ | 5.8200 | TAX | 779,880.00 |
| TOTAL TAX | | | 808,020.00 |

CITY CRESCENT LIMITED
PARTNERSHIP
10 S HOWARD ST
BALTIMORE, MD 21201-2526

**SEMIANNUAL PAYMENT SCHEDULE**

1ST INSTALLMENT

| IF PAID BY | DISCOUNT | PAY THIS AMOUNT |
|---|---|---|
| | | |

2ND INSTALLMENT

| IF PAID BY | SERV. CHG. & I/P | PAY THIS AMOUNT |
|---|---|---|
| | | |

**ASSESSED PROPERTY:**
10 S HOWARD ST

NOT A PRINCIPAL RESIDENCE

THE SEMIANNUAL PAYMENT SCHEDULE IS ONLY AVAILABLE TO OWNER OCCUPIED PRINCIPAL RESIDENT PROPERTIES
YOUR SERVICE CHARGE TO PAY USING THE SEMIANNUAL PAYMENT SCHEDULE IS:

**ANNUAL PAYMENT SCHEDULE**

| IF PAID BY | DISCOUNT/INT.&PEN | PAY THIS AMOUNT |
|---|---|---|
| 07/31/98 | 7,798.80 | 800,221.20 |
| 08/31/98 | 3,899.40 | 804,120.60 |
| 09/30/98 | FLAT CHG | 808,020.00 |
| 10/31/98 | 15,879.00 | 823,899.00 |

**DETACH AND RETAIN UPPER PORTION FOR YOUR RECORDS**

## DEAR PROPERTY OWNER: THIS IS YOUR SPECIAL BENEFIT DISTRCIT SURCHARGE

You may pay this bill at the Bureau of Treasury Management, Collection Division, in the lobby of the Abel Wolman Municipal Building, 20[illegible] Holliday Street, Baltimore, MD 21202; Monday through Friday, 8:30 a.m. to 3:30 p.m., or at banks authorized to collect Baltimore City taxes.

This bill is due during the month of July. If you pay this bill during July or August, you will receive the discount indicated to the left of the pay amount. The flat amount is payable during the month of September. This bill becomes delinquent on October 1st, and is subject to interest and penalty. Interest will be assessed on the State Tax portion of the bill at the rate of 1% per month or fraction of a month until paid. Interest and penalty will be assessed on the City Tax portion of the bill at the combined rate of 2% per month or fraction of a month until paid. Discounts, interest, and penalty are calculated on the net amount of the bill after any credits have been applied. This bill is due as rendered. If you have appealed your assessment, and the appeal is still pending, you must pay this bill to obtain a discount, or to avoid interest and penalty. Should your appeal result in a reduction of the amount of tax due, the overpayment will be refunded to you with interest.

A return check charge of $30.00 will be assessed on each bill which is paid with a check that is returned unpaid by the bank on which it is drawn. Payment of this bill for current taxes, will not prevent legal action if taxes for prior years or other municipal liens are unpaid. Failure to receive a bill does not excuse the payment of taxes, interest, and penalty. It is the property owner's responsibility to secure a bill for payment, if one is not received. Legal action to enforce payment of taxes will be commenced against the property on which the current taxes have not been paid by November 1st of the levy year.

HOMEOWNER'S TAX CREDIT - Homeowner's regardless of their age, may be entitled to a credit against their taxes on the dwelling which is their principal residence. A homeowner must apply for the credit each year no later than September 1st of the levy year for which the credit is sought. You may obtain an application form or additional information by calling the State Department of Assessments and Taxation, Homeowners' Tax Credit Office at 225-5910. Section 7-208 of the Maryland Tax Property article authorizes a tax exemption for a 100% Disabled Veteran or surviving spouse. For information concerning this exemption, please call 767-8250.

If you wish to change the mailing address for this bill, you must notify, in writing, the Public Service Division, Property Location Section, Room 204 Abel Wolman Municipal Building, 200 Holliday Street, Baltimore, MD 21202. You should also indicate whether you wish the water bill sent to the new address.

Baltimore City utilizes the Vital Check credit card payment system for payment of all city charges, including taxes. The system utilizes Visa and Discover credit cards for in office payments. There is a Vital Check fee for the service. For more information concerning this service please call 396-3993.

If you have any questions concerning this bill, please call the Billing Section at 396-3987.

---

JULY 1 1998 JUNE 30 1999

SPECIAL BENEFIT DISTRICT SURCHARGE
MAYOR AND CITY COUNCIL OF BALTIMORE - STATE OF MARYLAND
MAKE CHECK PAYABLE TO DIRECTOR OF FINANCE - BALTIMORE

TAXPAYER'S CO[illegible]
DETACH AND RE[illegible]

| WD | SECT | BLOCK | LOT | DISTRICT | ASSESSMENT | LOT DIMENSIONS |
|---|---|---|---|---|---|---|
| 04 | 10 | 0655 | 009 | 1 | 13,400,000 | 0.774 ACRES |

DUPLICATE    DISTRICT RATE .3455 SURCHARGE 46,297.00

CITY CRESCENT LIMITED
PARTNERSHIP
10 S HOWARD ST
BALTIMORE, MD 21201-2526

**ASSESSED PROPERTY:**

10 S HOWARD ST

| IF PAID BY | DISC. / INT. PEN. | PAY THIS AMOUNT |
|---|---|---|
| 07/31/98 | 462.97 | 45,834.03 |
| 08/31/98 | 231.49 | 46,065.51 |
| 09/30/98 | FLAT CHG | 46,297.00 |
| 10/31/98 | 925.94 | 47,222.94 |

**DEAR PROPERTY OWNER: THIS IS YOUR REAL PROPERTY TAX BILL**

You may pay this bill at the Bureau of Treasury Management, Collection Division, in the lobby of the Abel Wolman Municipal Buildin Holliday Street, Baltimore, MD 21202; Monday through Friday, 8:30 a.m. to 3:30 p.m., or at banks authorized to collect Baltimore City taxes.

This bill is due during the month of July. If you pay this bill during July or August, you will receive the discount indicated to the left of t amount. The flat amount is payable during the month of September. This bill becomes delinquent on October 1st, and is subject to interest and p Interest will be assessed on the State Tax portion of the bill at the rate of 1% per month or fraction of a month until paid. Interest and penalt be assessed on the City Tax portion of the bill at the combined rate of 2% per month or fraction of a month until paid. Discounts, interes penalty are calculated on the net amount of the bill after any credits have been applied. This bill is due as rendered. If you have appealed assessment, and the appeal is still pending, you must pay this bill to obtain a discount, or to avoid interest and penalty. Should your appeal resul reduction of the amount of tax due, the overpayment will be refunded to you with interest.

A return check charge of $30.00 will be assessed on each bill which is paid with a check that is returned unpaid by the bank on which drawn. Payment of this bill for current taxes, will not prevent legal action if taxes for prior years or other municipal liens are unpaid. Failure to r a bill does not excuse the payment of taxes, interest, and penalty. It is the property owner's responsibility to secure a bill for payment, if one is not rec Legal action to enforce payment of taxes will be commenced against the property on which the current taxes have not been paid by November 1st of the year.

HOMEOWNER'S TAX CREDIT - Homeowner's regardless of their age, may be entitled to a credit against their taxes on the dwelling which is principal residence. A homeowner must apply for the credit each year no later than September 1st of the levy year for which the credit is sought. may obtain an application form or additional information by calling the State Department of Assessments and Taxation, Homeowners' Tax Credit O at 225-5910. Section 7-208 of the Maryland Tax Property article authorizes a tax exemption for a 100% Disabled Veteran or surviving spouse. information concerning this exemption, please call 767-8250.

If you wish to change the mailing address for this bill, you must notify, in writing, the Public Service Division, Property Location Section, R 204 Abel Wolman Municipal Building, 200 Holliday Street, Baltimore, MD 21202. You should also indicate whether you wish the water bill sent to new address.

Baltimore City utilizes the Vital Check credit card payment system for payment of all city charges, including taxes. The system utilizes Visa Discover credit cards for in office payments. There is a Vital Check fee for the service. For more information concerning this service please 396-3993.

If you have any questions concerning this bill, please call the Billing Section at 396-3987.

---

**JULY 1 1995 JUNE 30 1996**

**REAL PROPERTY TAX BILL**
MAYOR AND CITY COUNCIL OF BALTIMORE - STATE OF MARYLAND
MAKE CHECK PAYABLE TO DIRECTOR OF FINANCE - BALTIMORE

TAXPAYER'S
DETACH AND

| WD | SECT | BLOCK | LOT |
|---|---|---|---|
| 04 | 10 | 0655 | 009 |

6

| ASSESSMENT |
|---|
| 13,400,000 |

| LOT DIMENSIONS |
|---|
| 0.774 ACRES |

24,5

CONSTANT YIELD $ 5.880 DIFFERENCE $ .03-

| | | |
|---|---|---|
| STATE RATE@ .2100 TAX | | 28,140.0 |
| CITY RATE@ 5.8500 TAX | | 783,900.0 |
| TOTAL TAX | | 812,040.0 |

CITY CRESCENT LIMITED
RTNERSHIP
10 S HOWARD ST
BALTIMORE, MD 21201

RECEIVED
JUL - 6 1995

ASSESSED PROPERTY:
10 S HOWARD ST

NOT A PRINCIPLE RESIDENCE

| IF PAID BY | DISC. / INT. PEN. | PAY THIS AMOUNT |
|---|---|---|
| 07/31/95 | 7,839.00 | 804,201.00 |
| 08/31/95 | 3,919.50 | 808,120.50 |
| 09/30/95 | | 812,040.00 |
| 10/31/95 | 15,959.40 | 827,999.40 |

DEAR PROPERTY OWNER: THIS IS YOUR SPECIAL BENEFIT DISTRICT SURCHARGE

You may pay this bill at the Bureau of Treasury Management, Collection Division, in the lobby of the Abel Wolman Municipal Building, 2 Holliday Street, Baltimore, MD 21202; Monday through Friday, 8:30 a.m. to 3:30 p.m., or at banks authorized to collect Baltimore City taxes.

This bill is due during the month of July. If you pay this bill during July or August, you will receive the discount indicated to the left of the p amount. The flat amount is payable during the month of September. This bill becomes delinquent on October 1st, and is subject to interest and penal Interest will be assessed on the State Tax portion of the bill at the rate of 1% per month or fraction of a month until paid. Interest and penalty w be assessed on the City Tax portion of the bill at the combined rate of 2% per month or fraction of a month until paid. Discounts, interest, a penalty are calculated on the net amount of the bill after any credits have been applied. This bill is due as rendered. If you have appealed yo ssessment, and the appeal is still pending, you must pay this bill to obtain a discount, or to avoid interest and penalty. Should your appeal result ir eduction of the amount of tax due, the overpayment will be refunded to you with interest.

A return check charge of $30.00 will be assessed on each bill which is paid with a check that is returned unpaid by the bank on which it drawn. Payment of this bill for current taxes, will not prevent legal action if taxes for prior years or other municipal liens are unpaid. Failure to recei a bill does not excuse the payment of taxes, interest, and penalty. It is the property owner's responsibility to secure a bill for payment, if one is not receiv Legal action to enforce payment of taxes will be commenced against the property on which the current taxes have not been paid by November 1st of the le year.

HOMEOWNER'S TAX CREDIT - Homeowner's regardless of their age, may be entitled to a credit against their taxes on the dwelling which is the principal residence. A homeowner must apply for the credit each year no later than September 1st of the levy year for which the credit is sought. Y may obtain an application form or additional information by calling the State Department of Assessments and Taxation, Homeowners' Tax Credit Offi at 225-5910. Section 7-208 of the Maryland Tax Property article authorizes a tax exemption for a 100% Disabled Veteran or surviving spouse. F information concerning this exemption, please call 767-8250.

If you wish to change the mailing address for this bill, you must notify, in writing, the Public Service Division, Property Location Section, Roo 204 Abel Wolman Municipal Building, 200 Holliday Street, Baltimore, MD 21202. You should also indicate whether you wish the water bill sent to th new address.

Baltimore City utilizes the Vital Check credit card payment system for payment of all city charges, including taxes. The system utilizes Visa a Discover credit cards for in office payments. There is a Vital Check fee for the service. For more information concerning this service please ca 396-3993.

If you have any questions concerning this bill, please call the Billing Section at 396-3987.

JULY 1 1995 JUNE 30 1996

SPECIAL BENEFIT DISTRICT SURCHARGE

MAYOR AND CITY COUNCIL OF BALTIMORE – STATE OF MARYLAND
MAKE CHECK PAYABLE TO DIRECTOR OF FINANCE – BALTIMORE

TAXPAYER'S C
DETACH AND R

| WD | SECT | BLOCK | LOT | DISTRICT | ASSESSMENT | LOT DIMENSIONS |
|---|---|---|---|---|---|---|
| 04 | 10 | 0655 | 009 | 1 | 13,400,000 | 0.774 ACRES |

59

ORIGINAL 07/01/95 01-0701 DIST 1 DISTRICT RATE@ .2675 SURCHRG 35,845.00

CITY CRESCENT LIMITED
RTNERSHIP
S HOWARD ST
BALTIMORE, MD 21201

RECEIVED
JUL 13 1995

ASSESSED PROPERTY:
10 S HOWARD ST

| IF PAID BY | DISC. / INT. PEN. | PAY THIS AMOUNT |
|---|---|---|
| 07/31/95 | 358.45 | 35,486.55 |
| 08/31/95 | 179.23 | 35,665.77 |
| 09/30/95 | | 35,845.00 |
| 10/31/95 | 716.90 | 36,561.90 |

(e) *Savings clause.*

Failure to file any report required by this section does not affect the validity of any bonds or other obligations issued for the purpose of exercising any of the powers authorized by Articles XI-G, XI-H, and XI-I of the Constitution.
*(Ch. 749, Acts of 1984.)*

**§ (61) Downtown Commercial District Management Authority.**

(a) *Establishment, boundaries, etc.*

(1) To establish a Downtown Commercial District Management Authority within the City of Baltimore to do any or all of the following: promote or market the district; provide supplementary security and maintenance services; and provide amenities in public areas.

(2) (i) To specify and modify the boundaries of the district but in no event outside the bounds of lines as follows:

1. on the north, a line beginning at the Jones Falls Expressway, going west on Centre Street to Park Avenue, then north on Park Avenue to Read Street, then northwest on Read Street to Howard Street, then north on Howard Street to Martin Luther King Boulevard, then southwest on Martin Luther King Boulevard to Eutaw Street, then south on Eutaw Street to Franklin Street, then west to Greene Street;

2. on the west, Greene Street and Russell Street;

3. on the south, a line running generally westerly from Russell Street and Lee Street to Lee Street and Light Street, and then following Light Street to Key Highway, and then following Key Highway to Lawrence Street; and

4. on the east, the Jones Falls Expressway and President Street.

(ii) Notwithstanding subparagraph (i) of this paragraph, the district may include properties binding on either side of the boundaries authorized under this subsection.

(3) To specify the powers and functions which may be exercised and conducted by the Authority and the amount of benefit assessment charges which may be imposed on properties in the district.

(4) To specify the duration of the Authority.

(5) To provide for the imposition and collection of the taxes or charges, and for disbursement of the revenue therefrom to the Authority. The financial plan of the Authority, including its annual budget and its tax and fee schedule, shall be subject to approval by the Board of Estimates. Taxes and charges imposed under this paragraph may not exceed those proposed by the Authority.

Case 1:05-cv-00580-TCW Document 26 Filed 04/10/2006 Page 9 of 18



(6) To determine the organization and method of initial appointment of board members of the Authority, the majority of the members of the board shall be owners or representatives of owners of properties in the district that are subject to taxes or charges under this section.

(b) *Powers of Authority.*

As provided by ordinance, the Authority may have the power:

(1) to be a special tax district or special benefits assessment district and to conduct the functions which are assigned to it by the City.

(2) to acquire, hold and use property necessary to achieve its purposes.

(3) to make contracts; to sue and be sued.

(4) to accept grants.

(5) to borrow for purposes consistent with the public purposes of the Authority.

(6) to propose in its annual budget the taxes or charges on properties within the district. No such amounts shall be levied against residential property with fewer than four dwelling units. Property which is exempt under State law from ordinary property taxes shall be exempt from assessments by the district. Before adopting its proposed budget and before making its recommendation to the City, the Authority shall hold a public hearing on taxes or charges proposed for the district. The Authority shall publish notice of the hearing in a newspaper of general circulation in Baltimore City at least once a week for three consecutive weeks before the hearing.

(7) to do all things necessary or convenient to carry out its powers.

(8) to adopt, amend and modify by-laws, all of which shall be subject to the approval of the Board of Estimates.

(9) to establish and elect officers and provide for their terms and duties.

(10) to contract for and purchase goods and services, not subject to the City requirements regarding wage scales, competitive bidding or other local procurement laws; however the Authority shall be subject to City ordinances and City policy requiring achievement of goals regarding minority and women's business enterprises.

(c) *Limitations.*

The Authority is subject to the following limitations:

(1) It is not permitted to exercise any police or general powers other than those authorized by State law and City ordinance.

(2) It may not pledge the full faith or credit of the City.

Case 1:05-cv-00580-TCW Document 26 Filed 04/10/2006 Page 10 of 18



(3) It cannot extend its life and it cannot modify its boundaries without City Council approval.

(4) It cannot impose taxes, fees or assessments in excess of those approved by the Board of Estimates.

(5) It cannot exercise the power of eminent domain.

(6) Except as otherwise authorized by law, it cannot engage in competition with the private sector.

(7) Any fees, charges or taxes collected pursuant to this section shall be used only for the purposes authorized under this section and may not revert to the General Fund of the City.

(8) It may not be an agency of the City of Baltimore or the State of Maryland.

(9) Employees of the Authority shall reside in the City of Baltimore.

(10) Subject to the approval of the Board of Estimates, it shall provide an adjustment of any taxes and charges imposed on a specific property pursuant to this section based on the current rate of occupancy of the property.

(d) *Considerations.*

In adopting an ordinance, the City Council shall give consideration to the views of the property owners, the retail merchants, the hotels and motels, the property tenants, and the other members of the business community within the district.

(e) *Periodic review.*

The Mayor and City Council shall review the effectiveness and desirability of continuing the existence of any district established under this section every 5 years from the enactment of the ordinance.

(f) *Approval by property owners.*

The Mayor and City Council shall establish a fair and equitable process for the approval and adoption of an ordinance, under this section, by the property owners who are subject to taxes or charges in the district.
*(Ch. 604, Acts of 1992.)*

**§ (62) Tax increment financing.**

(a) *In general.*

(1) To borrow money by issuing and selling bonds, at any time and from time to time, for the purpose of financing and refinancing the development of an industrial, commercial, or residential area in Baltimore City. Such bonds shall be payable from and secured by a

Case 1:05-cv-00580-TCW Document 26 Filed 04/10/2006 Page 11 of 18



pledge of the special fund described in subsection (d)(3)(ii) of this section and the Mayor and City Council of Baltimore may also establish sinking funds, establish debt service reserve funds, or pledge other assets and revenues towards the payments of the principal and interest, including revenues received by the Mayor and City Council of Baltimore pursuant to a development agreement.

(2) (i) In lieu of the pledges set forth in paragraph (1) of this subsection, the authorizing ordinance or trust agreement, subject to subparagraphs (ii) and (iii) of this paragraph, may pledge or assign:

1. all or any part of that portion of the revenues and receipts from the taxes representing the levy of the tax increment that would normally be paid to the Mayor and City Council of Baltimore to the payment of such principal and interest;

2. the special fund described in subsection (d)(3)(ii) of this section and any other fund into which all or any part of such revenues and receipts are deposited after such revenues and receipts are appropriated by the Mayor and City Council of Baltimore to the payment of such principal and interest; and

3. any other assets and revenues of the Mayor and City Council of Baltimore.

(ii) The revenues and receipts may not be irrevocably pledged to the payment of such principal and interest and the obligation to pay such principal and interest from such revenues and receipts shall be subject to annual appropriation by the Mayor and City Council of Baltimore.

(iii) The Mayor and City Council of Baltimore may not pledge its full faith and credit or unlimited taxing power to the payment of such bonds.

(b) *Definitions.*

(1) In this section the following words have the meanings indicated, unless the context clearly indicates another or different meaning or intent:

(2) "Abandoned property" has the meaning stated in § 21-17(a) of the Public Local Laws of Baltimore City.

(3) "Adjusted assessable base" means, for real property that qualifies for farm or agricultural use under § 8-209 of the Tax-Property Article of the Annotated Code of Maryland, as amended, replaced, or supplemented from time to time, the fair market value of the property without regard to its agricultural use assessment as of January 1 of that year preceding the effective date of the ordinance creating the development district under subsection (d) of this section.

(4) "Affordable housing" means housing that is affordable to households with incomes up to 115% of the regional median income.

(5) "Assessable base" means the total assessable base of all real property in a development district subject to taxation as determined by the Supervisor of Assessments.

Case 1:05-cv-00580-TCW Document 26 Filed 04/10/2006 Page 12 of 18



(6) (i) "Assessment ratio" means any real property tax assessment ratio, however designated or calculated, which is used or applied under applicable general law in determining the assessable base.

(ii) "Assessment ratio" includes the assessment percentage as provided under § 8-103(c) of the Tax-Property Article of the Annotated Code of Maryland, as amended, replaced, or supplemented from time to time.

(7) "Bonds" or "bond" means any bonds or bond, notes or note, or other similar instruments or instrument issued by the Mayor and City Council of Baltimore pursuant to and in accordance with this section.

(8) "Development" includes new development, redevelopment, revitalization, and renovation.

(9) "Development agreement" means an agreement between the Mayor and City Council of Baltimore and any person involved in or responsible for development of property within a development district pursuant to which such person shall agree to pay in each year in which any bonds are outstanding an amount equal to all or a portion of the debt service on bonds issued pursuant to this section to finance or refinance development in such development district.

(10) "Development district" means an area or areas within the City of Baltimore designated by an ordinance of the Mayor and City Council of Baltimore.

(11) "Distressed property" has the meaning stated in § 21-17(a) of the Public Local Laws of Baltimore City.

(12) "Original assessable base" means the assessable base as of January 1 of that year preceding the effective date of the ordinance creating the development district under subsection (d) of this section.

(13) "Original full cash value" means the dollar amount which is determined by dividing the original assessable base by the assessment ratio used to determine the original assessable base.

(14) "Original taxable value" means for any tax year the dollar amount that is the lesser of:

(i) the product of the original full cash value times the assessment ratio applicable to that tax year;

(ii) the original assessable base; or

(iii) if an adjusted assessable base applies, then the "original taxable value" is the adjusted assessable base.

(15) "Supervisor of Assessments" means the Supervisor of Assessments for Baltimore City.

Case 1:05-cv-00580-TCW Document 26 Filed 04/10/2006 Page 13 of 18



(16) "Tax increment" means for any tax year the amount by which the assessable base as of January 1 preceding that tax year exceeds the original taxable value, divided by the assessment ratio used to determine the original taxable value.

(17) "Tax year" means the period from July 1 of a calendar year through June 30 of the next calendar year.

(c) *Application of proceeds.*

All proceeds received from any bonds issued and sold pursuant to this section shall be applied solely for:

(1) the cost of purchasing, leasing, condemning, or otherwise acquiring land or other property, or an interest in them, in the designated development district area or as necessary for a right-of-way or other easement to or from the development district area;

(2) site removal;

(3) surveys and studies;

(4) relocation of businesses or residents;

(5) installation of utilities, construction of parks and playgrounds, and other necessary improvements including streets and roads to, from, or within the development district, lighting, and other facilities;

(6) construction or rehabilitation of buildings provided that such buildings:

(i) are to be devoted to a governmental use or purpose;

(ii) are abandoned property;

(iii) are distressed property; or

(iv) will provide units of affordable housing;

(7) reserves and capitalized interest on the bonds;

(8) necessary costs of issuing bonds;

(9) structured and surface parking facilities that are:

(i) publicly owned; or

(ii) privately owned but serve a public purpose; and

(10) payment of the principal and interest on loans, money advanced, or indebtedness incurred by the Mayor and City Council of Baltimore for any of the purposes set out in this section.

Case 1:05-cv-00580-TCW Document 26 Filed 04/10/2006 Page 14 of 18



(d) *Prerequisites for bond issuance.*

Before issuing any bonds under this section, the Mayor and City Council of Baltimore shall:

(1) designate by ordinance an area or areas within the City of Baltimore as a "development district";

(2) receive from the Supervisor of Assessments a certification as to the amount of the original assessable base, or if applicable, the adjusted assessable base; and

(3) provide that until the bonds have been fully paid or thereafter, the property taxes on real property within the development district shall be divided as follows:

(i) that portion of the taxes which would be produced by the rate at which taxes levied each year by the Mayor and City Council of Baltimore upon the original taxable value shall be allocated to and when collected paid into the funds of the Mayor and City Council of Baltimore in the same manner as taxes by the Mayor and City Council of Baltimore on all other property are paid; and

(ii) that portion of the taxes representing the levy on the tax increment that would normally be paid to the Mayor and City Council of Baltimore shall be paid into a special fund to be applied in accordance with the provisions of subsection (e) of this section. This yield shall not be considered as municipal taxes for the purposes of any constant yield tax limitation or State or local restriction. No State real property taxes may be paid into the special fund.

(e) *Special fund.*

(1) The Mayor and City Council of Baltimore may enact an ordinance creating a special fund described in subsection (d)(3)(ii) of this section with respect to a development district, even though no bonds authorized by this section have been issued by the Mayor and City Council of Baltimore with respect to that development district or are then outstanding. The taxes allocated to such special fund by subsection (d)(3)(ii) of this section shall thereafter be paid over to such special fund, as long as such ordinance remains in effect.

(2) When no bonds authorized by this section are outstanding with respect to a development district and the Mayor and City Council of Baltimore by ordinance so determines, moneys in the special fund for that development district created pursuant to subsection (d)(3)(ii) of this section may be:

(i) used for any of the purposes described in subsection (c) of this section;

(ii) accumulated for payment of debt service on bonds subsequently issued under this section;

(iii) used to pay or to reimburse the Mayor and City Council of Baltimore for debt service which the Mayor and City Council of Baltimore is obligated to pay or has paid (whether such obligation is general or limited) on bonds issued by the Mayor and City Council of Baltimore, the State of Maryland, or any agency, department, or

Case 1:05-cv-00580-TCW Document 26 Filed 04/10/2006 Page 15 of 18



political subdivision thereof, the proceeds of which have been used for any of the purposes specified in subsection (c) of this section; or

(iv) paid to the Mayor and City Council of Baltimore to provide funds to be used for any legal purpose as may be determined by the Mayor and City Council of Baltimore.

(3) When any bonds authorized by this section are outstanding with respect to a development district and the Mayor and City Council of Baltimore so determines, moneys in the special fund for that development district created pursuant to subsection (d)(3)(ii) of this section may be used as provided in paragraph (2) of this subsection in any fiscal year by the Mayor and City Council of Baltimore, but only to the extent that:

(i) the amount in such special fund exceeds the unpaid debt service payable on such bonds in such fiscal year and is not restricted so as to prohibit the use of such moneys; and

(ii) such use is not prohibited by the ordinance of the Mayor and City Council of Baltimore or resolution of the Board of Finance authorizing the issuance of such bonds.

(f) *Enabling ordinance.*

(1) Before issuing any bonds under this section the Mayor and City Council of Baltimore shall enact an ordinance which:

(i) specifies and describes the proposed undertaking and states that it has complied with subsection (d) of this section; and

(ii) specifies the maximum principal amount of bonds to be issued, from time to time or at any time, pursuant to such ordinance.

(2) The ordinance, if such bonds constitute debt of the Mayor and City Council of Baltimore under Section 7 of Article XI of the State Constitution, shall be submitted to the legal voters of the City of Baltimore at the time and place specified therein. Such ordinance shall become effective only if it is approved by the majority of the votes cast at the time and place specified in such ordinance. Except as otherwise provided herein, this section may not be construed as requiring the submission to the legal voters of the City of Baltimore of any ordinance creating a development district pursuant to subsection (d) of this section.

(3) Such ordinance may specify that the bonds authorized thereunder may be issued from time to time or at any time.

(4) Such ordinance may authorize the Mayor and City Council of Baltimore by ordinance or the Board of Finance by resolution to specify and prescribe any of the following as it deems appropriate to effect the financing or refinancing of the proposed undertaking:

(i) the actual principal amount of the bonds to be issued;

(ii) the actual rate or rates of interest the bonds are to bear or the method for determining the same;

(iii) the manner in which and the terms upon which the bonds are to be sold;

(iv) the manner in which and the times and places that the interest on the bonds is to be paid;

(v) the time or times that the bonds may be executed, issued, and delivered;

(vi) the form and tenor of the bonds and the denominations in which the bonds may be issued;

(vii) the manner in which and the times and places that the principal of the bonds is to be paid, within the limitations sot forth in this subsection;

(viii) provisions pursuant to which any or all of the bonds may be called for redemption prior to their stated maturity dates;

(ix) the terms and provisions of any development agreement to be executed by the Mayor and City Council of Baltimore and any person in connection with the issuance of such bonds; and

(x) any other provisions not inconsistent with this section, the Charter and applicable law as shall be determined by the Mayor and City Council of Baltimore or the Board of Finance (as the case may be) to be necessary or desirable to effect the financing or refinancing of the proposed undertaking.

(g) *Tax exemption.*

The principal amount of the bonds, the interest payable thereon, their transfer, and any income derived therefrom, including any profit made in the sale or transfer thereof, shall be exempt from taxation by the State of Maryland and by the several counties and municipalities of the State of Maryland but shall be included, to the extent required under Title 8, Subtitle 2 of the Tax-General Article of the Annotated Code of Maryland, as amended, replaced, or supplemented from time to time, in computing the net earnings of financial institutions.

(h) *Form; tenor; sale.*

(1) All bonds may be in bearer form or in coupon form or may be registrable as to principal alone or as to both principal and interest. Each of the bonds shall be deemed to be a "security" within the meaning of § 8-102 of the Commercial Law Article of the Annotated Code of Maryland, as amended, replaced, or supplemented from time to time, whether or not it is either one or a class or series or by its terms is divisible into a class or series of instruments.

(2) All bonds shall be signed manually or in facsimile by the Mayor of the City of Baltimore, and the seal of the Mayor and City Council of Baltimore shall be impressed thereon

Case 1:05-cv-00580-TCW Document 26 Filed 04/10/2006 Page 17 of 18



manually or by facsimile and attested by the custodian of the City seal, manually or by facsimile. If any officer whose signature or countersignature appears on the bonds ceases to be such officer before delivery of the bonds, his signature or countersignature shall nevertheless be valid and sufficient for all purposes the same as if he had remained in office until delivery thereof.

(3) All bonds shall mature not later than 40 years from their date of issuance.

(4) All bonds shall be sold in such manner, either at public or private sale, and upon such terms as the Mayor and City Council of Baltimore by ordinance or (if authorized in the ordinance authorizing such bonds) the Board of Finance by resolution deems best. Any contract for the acquisition of property may provide that payment shall be in bonds.

(i) *Refunding bonds.*

(1) The Mayor and City Council of Baltimore, acting by and through the Board of Finance thereof, is hereby authorized and empowered to issue its bonds for the purpose of refunding any bonds authorized to be issued under the provisions of this section by payment at maturity or the purchase or redemption of bonds in advance of maturity. The validity of any refunding bonds shall in no way be dependent upon or related to the validity or invalidity of the bonds being refunded. Such refunding bonds may be issued by the Mayor and City Council of Baltimore, acting by and through the Board of Finance thereof, for the purpose of providing it with funds to pay any of its outstanding bonds authorized to be issued under the provisions of this section at maturity, to purchase in the open market any of its outstanding bonds authorized to be issued under the provisions of this subsection prior to their maturity, to redeem prior to their maturity any outstanding bonds which are, by their terms, redeemable, to pay interest on any outstanding bonds prior to their payment at maturity or purchase or redemption in advance of maturity, or to pay any redemption or purchase premium in connection with the refunding of any of its outstanding bonds authorized to be issued under the provisions of this subsection.

(2) Any refunding bonds authorized to be issued and sold under the provisions of this section may be issued for the public purpose of:

(i) realizing savings to Baltimore City in the aggregate cost of debt service on either a direct comparison or present value basis; or

(ii) debt restructuring that:

1. in the aggregate effects such a reduction in the cost of debt service; or

2. is determined by the Board of Finance of the Mayor and City Council of Baltimore to be in the best interest of Baltimore City, to be consistent with Baltimore City's long-term financial plan, and to realize a financial objective of Baltimore City, including, without limitation, improving the relationship of debt service to a source of payment such as taxes, assessments, or other charges.

(3) Any refunding bonds authorized to be issued and sold under the provisions of this section may be issued in whatever principal amount shall be required to achieve the purpose for the issuance of the refunding bonds, which amount may be in excess of the principal amount of the bonds refunded or the maximum principal amount of bonds authorized to be issued under subsection (f)(4)(i) of this section.

(4) Any refunding bonds authorized to be issued and sold under the provisions of this section may be issued to mature on such dates and in such amounts as the Board of Finance may determine; provided that the entire principal amount represented by the refunding bonds shall be discharged not more than 40 years from the date of issuance of the bonds being refunded.

(5) Any refunding bonds authorized to be issued and sold under the provisions of this section may be sold at public sale by the solicitation of competitive bids or at private (negotiated) sale without advertisement or solicitation of competitive bids, for a price or prices which may be at, above, or below the par value of the refunding bonds, as determined by resolution of the Board of Finance of the Mayor and City Council of Baltimore. If the Board of Finance determines to sell the refunding bonds at public sale, the refunding bonds shall be sold to the highest responsible bidder or bidders therefor after due notice of such sale, but the Mayor and City Council of Baltimore, acting by and through the Board of Finance thereof, shall have the right to reject any or all bids therefor for any reason.

(6) Any refunding bonds authorized to be issued and sold under the provisions of this section shall bear interest at such rate or rates as may be determined by the Board of Finance of the Mayor and City Council of Baltimore, which rate or rates may be fixed or variable or as determined by a method approved by the Board of Finance, and such interest shall be payable at such time or times as may be determined by the Board of Finance.

(7) The proceeds of the sale of any refunding bonds authorized to be issued and sold under the provisions of this section, after the payment of issuance costs relating thereto, shall be set aside by the Mayor and City Council of Baltimore as a separate trust fund to be used solely for the purposes stated in this subsection.

(8) Except as otherwise provided in this subsection, the powers granted in, the limitations and obligations imposed by, and the procedures specified in this section with respect to the issuance of bonds shall be applicable to the issuance of refunding bonds.

(9) Any refunding bonds authorized to be issued and sold under the provisions of this section shall not be subject to any debt policy limitation that may from time to time be established by the Mayor and City Council of Baltimore.

(j) *Assessment and taxation of property.*

Whenever the Mayor and City Council of Baltimore, as lessor, leases its property within the development district, the property shall be assessed and taxed in the same manner as privately owned property, and the lease or contract shall provide that the lessee shall pay taxes or payments in lieu of taxes upon the assessed value of the entire property and not merely the assessed value of the leasehold interest.

*(Ch. 624, Acts of 1994; Chs. 9 and 10, Acts of 1996; Ch. 66, Acts of 2000; Ch. 170, Acts of 2001; Ch. 405, Acts of 2004.)*