**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **CITY CRESCENT LIMITED PARTNERSHIP,**<br>**Plaintiff,**<br>v.<br>**THE UNITED STATES OF AMERICA,**<br>**Defendant.** | ) | **Case No. 05-580**<br>**(Judge Wheeler)** |

**NOTICE OF FILING OF AFFIDAVIT OF J. KIRBY FOWLER, JR. PURSUANT TO THE COURT'S AMENDED SCHEUDLING ORDER DATED MAY 12, 2006**

The Court's Amended Scheduling Order, dated May 12, 2006, requested that the parties submit affidavits and any relevant documentary evidence on three issues. In order to respond to the issues raised in the first-numbered paragraph of the Court's Order, the parties worked cooperatively with J. Kirby Fowler, Jr. and jointly drafted an affidavit with Mr. Fowler, which is attached to this filing.

Dated: June 15, 2006

Respectfully submitted,

City Crescent Limited Partnership

By Counsel

s/Robert G. Watt, Esquire
Robert G. Watt, Esquire
Christopher M. Anzidei, Esquire
Watt, Tieder, Hoffar & Fitzgerald, LLP
8405 Greensboro Drive, Suite 100
McLean, Virginia 22102
(703) 749-1000 (phone)
(703) 893-8029 (fax)

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| CITY CRESCENT LIMITED PARTNERSHIP,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 05-580<br>(Judge Wheeler) |

**AFFIDAVIT OF J. KIRBY FOWLER, JR.**

I, J. Kirby Fowler, Jr. being duly sworn, hereby depose and state as follows:

1. I am over the age of 18 and have personal knowledge of the matters set forth herein and if called as a witness could competently testify thereto. This affidavit was drafted by counsel for City Crescent Limited Partnership and the United States, based upon conversations that I had with counsel for both parties. I have revised their draft as appropriate.

2. The Downtown Management Authority ("DMA") administers the Downtown Management District. Each year, the DMA adopts a budget and operations plan for the District, which is approved pursuant to the process described by Baltimore City Code Article 14, § 1-9, which includes approval by the Board of Estimates, a city body. In accordance with its statutory mandate, the DMA provides supplemental security and maintenance services and amenities within the District, and the DMA promotes and markets the District.

The DMA's security and maintenance services, also known as "clean and safe services," are funded by what is referred to in Article 14 of the Baltimore City Code as the "supplemental annual property tax," which the DMA sometimes refers to as a "real property surcharge," or "special benefit district surcharge." For the purposes of the parties' discussions with the DMA, the parties agreed to a compromise whereby they used the designation "Supplemental Tax / Surcharge," and the parties drafted my affidavit using this designation. The Supplemental Tax / Surcharge is collected by the City's Director of Finance and then transferred from the City to the DMA.

3. The Supplemental Tax / Surcharge revenue is utilized solely within the District, and the Supplemental Tax / Surcharge funds are not commingled with City funds.

4. From a review of our records, the first year that the Supplemental Tax / Surcharge was imposed upon property owners within the District was for the partial tax year July 1, 1992 to June 30, 1993. The initial bills for the Supplemental Tax / Surcharge were sent in October 1992.

5. The DMA's clean and safe services are offered to all property owners and the general public within the District, including visitors, employees, and residents. In administering its programs, the DMA does not distinguish between those within the District who pay the Supplemental Tax / Surcharge and those within the District who do not pay the Supplemental Tax / Surcharge, and none of the DMA's programs are offered exclusively to property owners that pay the Supplemental Tax / Surcharge.

6. The clean and safe services and amenities that are funded by the Supplemental Tax / Surcharge are summarized in a publication entitled, "Downtown Partnership of Baltimore Summary of Initiatives," which both parties had previously provided to the Court and which is attached to this affidavit as Exhibit 1. The Downtown Partnership of Baltimore, Inc. ("DPOB") – the entity retained by the DMA to administer the District on a day-to-day basis -- has also released its 2004-2005 Annual Report, which includes a section that provides additional details related to the clean and safe services funded by the Supplemental Tax / Surcharge. A copy of this Report is attached hereto as Exhibit 2.

7. On the last page of the Downtown Initiatives publication is a heading entitled, "Downtown Management District."[1] This section of the Initiatives publication contains a summary of the clean and safe services that are funded by the Supplemental Tax / Surcharge, which is also set forth below for the Court's convenience:

> The Partnership strives to create a comfortable, inviting and safe pedestrian environment for Downtown employees and visitors. Public Safety Initiatives include:
>
> - Public Safety Guides;
> - On-Call Escort Service;
> - Video Camera Patrol Network;
> - Public Safety Coalition;
> - Personal Safety Training;
> - Property Security Evaluations;
> - Street Smart Awareness Campaign;

[1] The first two pages after the cover page of the Downtown Partnership Initiatives Focus Area publication are not germane to the present dispute because they describe the overall activities of the Downtown Partnership of Baltimore, a non-profit corporation that not only administers the DMA but also provides separate services for its members that are funded through membership dues, sponsorships, donations, grants, and other private sources of revenue.

- Panhandling Interaction;
- Homeless Outreach.

A clean, attractive and well-maintained Downtown is paramount to a healthy and prosperous business district and Downtown community. Partnership efforts in maintenance and beautification which compliment the public safety program include:

- Maintenance
  - Clean Sweep Ambassadors;
  - Litter and Graffiti Removal;
  - Maintenance Training;
  - Homeless Training and Employment;
  - Community Service Deployment;

- Beautification
  - Streetscape Improvement Program;
  - Façade Improvement Program;
  - Landscaping and Maintenance;
  - Pedestrian Wayfinding/Signage System;
  - Open Space Improvements.

8. More information related to the details of these activities is provided at pages 8-12 of the DPOB's 2004-2005 Annual Report, Exhibit 2, and additional information related to the DMA's initiatives was further provided to the parties by the undersigned. What follows below is a synopsis of the initiatives funded by the Supplemental Tax / Surcharge.

9. The Supplemental Tax / Surcharge pays for a "Clean and Safe Team" that consists of over 100 Clean Sweep Ambassadors and Public Safety Guides who operate within the District. The Clean Sweep Ambassadors patrol the District and remove trash, graffiti, and illegally-posted fliers from public areas, such as sidewalks, gutters, and tree beds. The Public Safety Guides similarly patrol the District, serving as goodwill ambassadors, escorts, and liaisons to the police department and other City service providers. They provide hospitality to

tourists, check-in with local businesses, interact with and provide social services information to the homeless, and provide an overall enhanced safety presence in the District. The Public Safety Guides are also on-call 7-days a week between the hours of 10:00 a.m. and 10:30 p.m. to provide safety escorts to pedestrians within the District. Because the funds from the Supplemental Tax / Surcharge are used solely within the District, Public Safety Guides cannot escort any individuals beyond the boundaries of the District.

10. The Supplemental Tax / Surcharge also serves as a source of funding for video cameras installed within the District as part of the Downtown Video Patrol Program. This Program is designed to deter crime and also to serve as an investigative tool when crimes do occur within the District. This Program consists of approximately 80 cameras installed by the DMA in various locations throughout the District. The City has also installed a fleet of approximately 50 cameras using separate funds. All of the City's cameras and many of the DMA cameras, regardless of the source of funding, are monitored from the same building, although the police do not monitor the cameras funded by the DMA. The police can obtain access to the DMA's cameras if needed, such as to collect evidence following a crime.

11. The Supplemental Tax / Surcharge is also utilized to fund the Public Safety Coalition, a network of approximately 3,000 public and private safety providers. The purpose of the Coalition is to prepare for and to facilitate a faster, more comprehensive response with the District in the event of

emergencies, such as crimes in progress, gas or water line breaks, and other emergencies.

12. The DMA also administers the beautification programs that are summarized as "Open Space Improvements" in the Initiatives publication. For example, the DMA administered the design process and secured public and private funding for the reconstruction of a 3-acre plaza known as "Center Plaza," which was advertised for bids by the Baltimore City Department of Public Works in July 2005. The DMA also uses Supplemental Tax / Surcharge revenues to administer the beautification programs referred to in the Initiatives publication as the "Streetscape Improvement Program" and, in conjunction with grants from the City of Baltimore and the State of Maryland, the "Façade Improvement Program." While any repairs or improvements performed under these programs are funded by City, State, and private revenue sources, Supplemental Tax / Surcharge revenues are expended by the DMA in jointly administering the programs with the City.

13. In addition to providing a source of funding for the administration costs associated with these myriad beautification programs, the Supplemental Tax / Surcharge also serves as a source of funding for the DMA's Landscaping and Maintenance measures and a portion of its Pedestrian Wayfinding/Signage Program within the District. The DMA's Landscaping and Maintenance Measures include the planting of trees and the placement of flower pots and trash cans in public spaces throughout the District, and the Wayfinding/Signage

Program involves the installation of additional directional signs and informational kiosks for pedestrians within the District.

14. The DMA has not studied or performed any formal analysis of any correlation between the programs funded by the Supplemental Tax / Surcharge and property values within the District. The DMA does track crime statistics, and there has been a 47% reduction in total crime in the District from 2000 to 2004, according to the 2004-2005 Annual Report. The DMA has not studied or performed any analysis with respect to the extent to which property owners benefit from the programs funded by the Supplemental Tax / Surcharge versus the extent to which the general public benefits from the programs funded by the Supplemental Tax / Surcharge.

I declare under penalty of perjury under the laws of the United States of America and the State of Maryland that the foregoing is true and correct to the best of my personal knowledge.

Dated the 14th day of June, 2006.

J. Kirby Fowler, Jr.

On the 14th day of June, 2006, before me personally appeared J. Kirby Fowler, Jr., personally known to me to be the person whose name is subscribed herein.

In witness whereof I hereunto set my hand and official seal.

Notary Public

My commission expires: 11/01/2009