DOWNTOWN PARTNERSHIP

# 2004 - 2005 Annual Report



Exhibit 2

DOWNTOWN PARTNERSHIP

**FALL 2005**



**James L. Shea**
*Outgoing Board Chair*



**Kirby Fowler**
*President*



**Sister Helen Amos**
*Incoming Board Chair*

Dear Members and Friends:

If you were to compare this Annual Report with those of the past few years, a central theme of continuing progress and growth would emerge. With some of The Partnership's programs, such as housing and retail development, the pace of progress is breathtaking. Other initiatives, such as the ongoing efforts of our Clean & Safe Team and our Streetscape program, are making equally important contributions one piece of litter and one brick at a time. And our increased focus on Homeless Outreach is adding valuable resources for those in our community who are most in need of assistance.

The theme of progress continues in this Annual Report. On every page you will see that new housing, hotels, and high-rises are opening. Optimism is up and vacancies are down. Streets are safer, sidewalks are cleaner, and corners are greener – thanks to the 250 new flowerpots we've placed throughout Downtown.

In this Annual Report, you will see that we have redoubled our efforts to attract and retain Downtown businesses, and that we have almost doubled the residential population from five years ago. Indeed, we expect equally dramatic growth in the number of shops and restaurants that are opening to meet the needs of Downtown's approximately 90,000 employees, 35,000 residents, 13,000 students, and 15 million annual visitors.

You will also read how The Partnership is solving issues important to our constituents. For example, in response to congestion in the northern part of City Center, we worked with the City to open Saratoga Street to two-way traffic.

We owe a debt of thanks to all our partner organizations and to members, without whom this remarkable progress would not be possible. With their help, The Partnership will continue to tackle the remaining challenges to ensure that Downtown's remarkable evolution from a strictly nine-to-five business district into a more diverse 24-hour community continues well into the future.

One individual deserving of special recognition is Jim Shea, who is stepping down as Chairman of our Board of Directors after four years of distinguished service. The accomplishments in this Annual Report are a direct result of Jim's vision and perseverance on behalf of Downtown. His flawless advice and strong civic spirit will be greatly missed.

With Jim's departure, we welcome Sister Helen Amos as the new Chair of both the Downtown Partnership and Downtown Management Authority (DMA) Boards of Directors. Sister Helen's successful stewardship of Mercy Medical Center and her years of commitment to Downtown make her the perfect choice to assume the leadership of our organization. We are truly fortunate to have someone with her talent and dedication steering a course for both The Partnership and Downtown in the years to come.

Sincerely,

**Kirby Fowler**
*President*

## DOWNTOWN PARTNERSHIP BOARD OF DIRECTORS

CHAIR

*Sister Helen Amos*
Mercy Medical Center (Chair-Elect)

*James L. Shea, Esq.*
Venable LLP (outgoing Chair)

VICE CHAIRS

*John B. Frisch*
Miles & Stockbridge, P.C.
(Vice Chair-Elect)

*David M. Gillece*
Colliers Pinkard

*Raymond A. Mason*
Legg Mason, Inc.

SECRETARY

*Mark Pollak, Esq.*
Wilmer Cutler Pickering Hale
& Dorr LLP

TREASURER

*Cecil E. Flamer*
Brown Capital Management

*Diane Bell McKoy*
The Annie E. Casey Foundation

*Sandy Bellamy**
Reginald F. Lewis Museum of
Maryland African American
History & Culture

*Richard O. Berndt*
Gallagher, Evelius & Jones LLP

*Clarence T. Bishop*
Baltimore City Office of the Mayor

*M. J. "Jay" Brodie*
Baltimore Development Corporation

*Kevin G. Byrnes*
Provident Bank

*Constance R. Caplan*
The Time Group

*William E. Carlson*
Shapiro Sher Guinot & Sandler

*Marilyn Carp*
AEGON Direct Marketing Services

*Kent S. Digby*
General Growth Properties, Inc.

*Marilynn K. Duker**
The Shelter Group

*Christopher A. Eddings**
The Daily Record Company

*Gary B. Eidelman**
Saul Ewing, LLP

*Morton P. Fisher, Jr., Esq.*
Ballard Spahr Andrews
& Ingersoll, LLP

*Michael A. Gaines, Sr.*
The ROC Realty Group

*William J. Gorman, Jr.*
RSM McGladrey, Inc.

*Ronald J. Hartman*
Connex North America, Inc.

*David H. Hillman*
Southern Management Corporation

*Donald Hutchinson*
SunTrust Bank

*J. William Knott*
Wachovia Bank

*Ruth S. Lenrow*
Citigroup, Inc.

*Donald Manekin*
Manekin, LLC

*Robert Manekin**
The Staubach Company

*Gregory C. Martin*
BGE

*Alexander T. Mason*
Mercantile Bank Shares Corporation

*Douglas B. McCoach, III*
RTKL Associates Inc.

*Aris Melissaratos*
Maryland State Department of
Business & Economic Development

*Scott G. Miller*
Bank of America

*Hon. Keiffer J. Mitchell**
Baltimore City Council, 11th District

*David Pittenger**
National Aquarium in Baltimore

*David J. Ramsay*
University of Maryland, Baltimore

*J. Michael Riley*
M & T Bank

*George A. Roche*
T. Rowe Price Group, Inc.

*Marjorie J. Rodgers**
A&R Companies

*Otis Rolley, III**
Baltimore City Department of
Planning

*Laurie B. Schwartz*
LS Consulting, Inc.

*Paul D. Shelton, Esq.*
McKennon, Shelton & Henn, LLP

*Wilbert H. Sirota, Esq.*
Piper Rudnick LLP

*C. William Struever*
Struever Bros. Eccles & Rouse

*Gary Vikan**
The Walters Art Museum

*Otis Warren*
Otis Warren & Company

*Mark L. Wasserman*
University of Maryland Medical
System

*W. Daniel White*
Whiting-Turner Contracting Company

* Nominated for 2005 – 2006 Board

## DOWNTOWN MANAGEMENT AUTHORITY BOARD OF DIRECTORS

PRESIDENT

*James L. Shea, Esq.*
Venable LLP

PRESIDENT-ELECT

*Sister Helen Amos*
Mercy Medical Center

*Richard Alter*
Manekin, LLC

*J. Joseph Casey*
Trammell Crow Company

*Tucker Davis*
Manekin, LLC

*Linda Frangioni**
Grandma's Candle Shop

*Donald C. Fry*
Greater Baltimore Committee

*Peter M. Komar*
Holiday Inn Inner Harbor

*David W. Kornblatt*
The Kornblatt Company

*Gregory C. Martin*
BGE

*Maxine Sisserman*
Baltimore Studio of Hair Design

*Otis Warren*
Otis Warren & Company

*Hon. Agnes Welch*
Baltimore City Council, 9th District

*Pamela J. Wilson*
Maryland Federation of Art

* Nominated for 2005 – 2006 Board

DOWNTOWN PARTNERSHIP

217 NORTH CHARLES STREET, SUITE 100
BALTIMORE, MD 21201

P: 410.244.1030
F: 410.244.8670

GoDowntownBaltimore.com

Downtown Partnership of Baltimore is a non-profit corporation working with the public and private sectors to make Downtown Baltimore a great place for businesses, employees, residents, and visitors. The Partnership's policies and programs have led to a cleaner and safer Downtown, an increase in housing and retail opportunities, the retention of key employers, the development of solutions to transportation challenges, and increased public and private investments in the area.

We also oversee the Downtown Management Authority (DMA) and the delivery of Clean & Safe services that are funded through a surcharge on commercial properties located in the 106-block DMA district (bounded roughly by Centre Street on the north, President Street on the east, Pratt Street on the south, and Greene Street on the west).

## 2004-05 PROGRAMS




| | |
|---|---|
| Property Surcharge | 38.76% |
| Downtown Shuttle | 26.7% |
| Grants | 15.42% |
| Membership | 10.69% |
| Downtown Image Marketing | 4.4% |
| Miscellaneous | 4.03% |
| Total | 100% |




| | |
|---|---|
| Downtown Shuttle | 26.7% |
| Public Safety | 20.87% |
| Public Space Maintenance | 19.62% |
| Marketing | 8.85% |
| Business & Economic Development | 8.79% |
| General & Administrative | 5.42% |
| Downtown Image Marketing | 4.4% |
| Member Services | 2.98% |
| Beautification | 2.37% |
| Total | 100% |

# MEMBERSHIP

Many of The Partnership's programs are funded directly by the support of over 600 corporate members. Although our members range from small businesses to non-profits to large corporations, they all have one thing in common: they believe in our mission and they see value in being part of the Downtown community. Interest in joining and working with The Partnership continues to increase, and more companies want to become involved.

From January 2004 – June 2005:

- Total number of member companies: 639
- Members located in Downtown (zip codes 21201 & 21202): 375 (59%)
- Members located in other city neighborhoods and surrounding counties: 240 (37%)
- Members located out-of-state: 24 (4%)

## MEMBER PROGRAMS

All employees of member companies are considered members of The Partnership and can take advantage of benefits, including several networking and business events throughout the year. Our *Business Over Breakfast* events average more than 400 attendees, and recent topics in the series include: the State of Downtown Baltimore, transportation issues, technology and business, and residential and retail development. The Partnership's marquee event, our Annual Meeting, is held each fall and attracts more than 800 business, community, and government leaders. We have also held receptions for targeted sectors of our membership base, such as the real estate development industry, commercial real estate brokers, and human resources managers. Our events provide opportunities for members to network and make business connections, and to learn about various Downtown projects and initiatives.

## RESOURCES FOR MEMBERS

We encourage individuals and businesses to use The Partnership as a resource. We track and analyze data about Downtown Baltimore, including investment, employment, residential units, hotel rooms, and retail and restaurant establishments. Additionally, we provide updates on businesses that are opening, moving, or expanding in Downtown, and information on vacant office and retail space. Members can contact us with questions, concerns, and requests for information, including reports, lists, maps, and walking tours.

## MEMBERSHIP BENEFITS

Some of the many additional member benefits include:

- Free attendance at Downtown Partnership breakfasts, networking events, and receptions (with the exception of the Annual Meeting)
- Copies of Partnership publications, including the *'Round Downtown* newsletter, State of Downtown Report, Downtown Development Report, Membership Directory and Annual Report, Downtown Living Guide, and *Downtown for the Holidays* Guide
- Listings in the Membership Directory and The Partnership's web site, GoDowntownBaltimore.com
- Opportunity to receive and be included in bi-monthly e-mails about Partnership programs, Downtown development, and events and promotions
- New and improved "members only" section on redesigned GoDowntownBaltimore.com that will allow members to post announcements and search the Membership Directory



Downtown Baltimore is divided into four distinct sub-districts – City Center, Mt. Vernon, Waterfront, and Westside – that are home to more than 2,500 companies employing close to 90,000 people. Downtown is undergoing a dramatic transition from a traditional business district into a 24-hour neighborhood with new residents and retailers, and The Partnership is playing an active role in facilitating and promoting this change.

Development activity in Downtown is at its highest level in decades as new and renovated office, residential, hotel, institutional, attraction, and retail projects come on line. Investment in Downtown has remained consistent over the last several years, reaching more than $2.8 billion from mid-2004 to mid-2005.

## BUSINESS RETENTION

In the past year, The Partnership has been increasingly active in recruiting new companies to Downtown and encouraging existing companies to renew their leases and, in some cases, expand or move to new offices. We work with the Baltimore Development Corporation (BDC) to keep track of lease expirations and create proactive strategies to retain businesses. In November 2004, in conjunction with BDC, we hosted a reception for Downtown companies who were in a decision-making phase regarding their lease renewals. We also invited representatives of companies who had recently recommitted to their leases, such as T. Rowe Price; Whiteford, Taylor & Preston, L.L.P.; and Miles & Stockbridge P.C., so attendees could share their experiences and reasons for staying in Downtown. Partnership staff also meets with more than 400 businesses each year to share information, address concerns, and offer assistance.

## REAL ESTATE PLANNING & DEVELOPMENT

The Partnership is taking a more active role in marketing development opportunities to local and national developers, and assisting property owners in decisions regarding building use and site planning, such as various Class B buildings throughout Downtown, the McCormick site at Conway and Light streets, and the parking lots at State Center, many of which are now under contract.

In September 2004, the inaugural Baltimore Real Estate Tour was organized in conjunction with BDC, and this successful event will be held again in 2006. Representatives from both organizations presented real estate opportunities throughout Downtown and surrounding neighborhoods to more than 200 real estate decision-makers and brokers from around the region.

Partnership staff members talk and meet with developers, brokers, and property owners and managers on a daily basis to offer assistance on development projects and discuss ways to make Downtown an even better place to invest and conduct business.

## RESIDENTIAL DEVELOPMENT

The Partnership continued its leading role in the residential development boom throughout 2004 and 2005. Using market research, financial analysis, promotion, and strategic planning, we worked with developers to create 3,000 new Downtown housing units and nearly $700 million in new investment from 1999 to present. These new housing units have doubled the Downtown core population from 5,000 to 10,000 in the same time frame.



Case 1:05-cv-00580-TCW Document 32-3 Filed 06/15/2006 Page 6 of 20



DOWNTOWN PARTNERSHIP




### INCREASING MOMENTUM

We believe that 3,000 new units are just the beginning of a Downtown residential boom that could last for 10 years or more. Downtown has become the new neighborhood of choice for young professionals and empty nesters. To keep up with demand, we have been working with developers to lay the groundwork for construction of at least another 1,000 units by the end of 2006.

### CHANGING MARKETS

To date, Downtown residential development has been largely concentrated in market rate rental apartments. Many new apartments are in former office and commercial buildings, and, while several new office buildings have been built, roughly the same amount of space has been converted to housing. Our research shows that, while the size of the office market has remained about the same, the quality of available space has improved, allowing Downtown businesses to expand.

In 2004, another indicator of Downtown's strong housing market emerged with the renewed interest in for-sale condominiums. For the first time in nearly 12 years, new condos were developed and sold in Downtown, and The Partnership is working with developers from all over the country on the next wave of condo development.

### STRATEGIC PLANNING

The Partnership has also been working with the City of Baltimore and the development community to promote clustered residential development. New projects are being promoted in areas where there are existing residential buildings and neighborhood amenities, such as retail, services, open spaces, and easy access to mass transit.

### PROMOTION

In conjunction with *Baltimore Magazine*, we produced the second Downtown Living Guide, a promotional piece about the benefits of living Downtown. In May 2005, 75,000 copies were inserted in *Baltimore Magazine*, and The Partnership distributed an additional 40,000 throughout Downtown.

## RETAIL DEVELOPMENT

With the influx of new Downtown residents, hotel rooms, and attractions, there has been a resurgence in retailers' interest in locating Downtown. By the end of 2005, the number of residents in the core of Downtown is expected to reach 10,000, a key number for attracting national retailers. With more residents, there has been an increasing demand for service and lifestyle retailers, such as clothing, convenience, and grocery stores, which are important components of any neighborhood. The



Partnership is working to attract more local and national retailers, such as Maggie Moore's Irish Pub & Restaurant, Subway, and Caribou Coffee Company, and to help them identify opportunities in Downtown.

### NEW STAFF MEMBER

Because retail development has become such an important part of Downtown's growth and quality of life, The Partnership hired our first Director of Retail Development in 2004 to lead an aggressive retail business retention effort, and develop and implement a strategic plan for retail expansion throughout Downtown.

### PARTICIPATION IN ICSC

The International Council of Shopping Centers (ICSC) is the global trade association for the retail industry. Partnership staff members participated in regional ICSC conventions in New York and Washington DC, and the Annual Spring Conference in Las Vegas, which averages more than 40,000 attendees. At these conferences, we partnered with several other organizations to market Baltimore and meet with national developers and retailers to promote opportunities in Downtown.

### RETAIL MARKET ASSESSMENT

One of The Partnership's key initiatives is to create a comprehensive retail strategy for Downtown Baltimore. We created a Retail Strategy Committee of retailers, developers, brokers, and government representatives to discuss our common goals, and we realized there is a lack of detailed demographic and socioeconomic information that can be used to identify and promote retail opportunities. As a result, The Partnership, BDC, Baltimore City Department of Planning, and Charles Street Development Corporation commissioned McDearman Associates to complete a Retail Market Assessment. The goals of the assessment are to better understand how retailers make decisions; identify market trends; analyze the city's demographics and retail market; and present strategies to recruit retailers. The assessment is being used as a guide for creating a comprehensive retail strategy for Downtown Baltimore, including marketing materials, demographic profiles, and focused tenant recruitment.

### RETAIL INVENTORY

In an effort to track and more easily access information on retail opportunities in Downtown, we have created a First Floor Retail Opportunities database. The database is maintained by Partnership staff, and includes existing vacancies, as well as all Downtown retailers by category and neighborhood.

## ECONOMIC RESEARCH & ANALYSIS

Each year, The Partnership collects and analyzes detailed data regarding the economic health of Downtown Baltimore, such as changes to the employment base, real estate development, and capital investment. Our findings are discussed in the annual State of Downtown Report, in which we identify economic trends and make recommendations. For the reporting period of July 2003 through August 2004, the level of capital investment in Downtown remained steady at a healthy $2.5 billion, and net employment decreased by a modest 0.9%.

In 2004, as a first-time addendum to the report, we collected information that details Downtown's economic impact as it relates to the city as a whole. Working with the Institute for Policy Studies at Johns Hopkins University and the Jacob France Institute of the University of Baltimore, we quantified the economic return that Downtown employees and residents provide to the city. Our research found that 40% of Downtown employees live in Baltimore City, they take $1.9 billion in earnings back to their neighborhoods, and their income taxes equal 23% of Baltimore's total income tax receipts.

In May 2005, The Partnership released our 2004-2005 Downtown Development Report, an overview of projects recently completed, under construction, and planned through 2008.

## PARKING & TRANSPORTATION ADVOCACY

### PARKING

In 1997, The Partnership released a study on Downtown's parking shortage, and, in the years since then, we have advocated for the creation of additional parking spaces to meet the needs of a growing Downtown community. By 2003, 4,500 new spaces had been added to the sup-



DOWNTOWN PARTNERSHIP



ply, and, in 2004, another 715 were added with the completion of the Pier V parking garage on Pratt Street. We continue to work with the Parking Authority of Baltimore City, private parking operators, and Downtown businesses to create and promote parking incentives.

In conjunction with The Partnership's Streetscape program, the Parking Authority of Baltimore City installed 70 new E-Z Park "pay and display" parking meters in City Center and Fells Point as part of a pilot program. The new meters allow for more parking spaces, and are part of the Streetscape program's efforts to make Downtown streets more aesthetically pleasing to both drivers and pedestrians. The Parking Authority plans to implement the new meter system citywide starting in fall 2005, and The Partnership has served on the committee for the project.

## TRANSPORTATION

Downtown Partnership has become increasingly involved with various transportation related initiatives, such as:

### DASH

The popular Downtown Area Shuttle (DASH), which was managed by The Partnership and supported in large part by a three-year state grant, made its final run on February 28, 2005. The DASH system was created to temporarily alleviate the shortage of monthly parking spaces within Downtown while new garages were being built, and provide a low-cost alternative for Downtown employees. In its final two years, DASH carried more than 900 riders daily, and more than 70 Downtown companies participated in the program.

### TRANSIT STUDIES

The Partnership is currently participating on several committees to analyze transit issues, including:

- Community Working Group for the Red Line initiative, a corridor transit study facilitated by the Maryland Transit Administration (MTA) as part of the Baltimore Regional Transit Plan
- Greater Baltimore Committee's (GBC) Baltimore Transit Alliance
- MTA's Greater Baltimore Bus Initiative, a complete restructuring of current bus service
- Advisory Committee for the Charles Street Trolley Study

### ADVOCACY ON TRANSPORTATION ISSUES

Downtown Partnership's role as an advocate for the community extends to transportation issues, as we continue to work closely with the City to address concerns regarding traffic flow and other matters. Along with the Baltimore City Department of Transportation, we are studying traffic patterns within Downtown to identify opportunities to alleviate congestion, such as the conversion of Saratoga Street from one-way westbound to two ways between St. Paul Street and Guilford Avenue, which was completed in June 2005. The Partnership also encourages the City and private property owners and developers to better coordinate construction and roadwork to lessen the impact on traffic flow.



Downtown Partnership provides Clean & Safe services in the 106-block core of Downtown through the Downtown Management Authority (DMA) District. These services are funded by a property tax surcharge, and their value continues to be recognized by property owners and tenants in the District, as a recent proposal for a slight increase in the surcharge was unanimously supported.

## CLEAN SWEEP AMBASSADORS

Clean Sweep Ambassadors (CSA's) are responsible for keeping sidewalks, open spaces, gutters, and tree beds clean. They also assist business owners and property managers by addressing immediate maintenance issues or problems. In fiscal year 2005, 49 CSA's swept up approximately 500 tons of trash and litter, and removed graffiti and illegally posted fliers from over 3,000 locations.

One of the objectives of the CSA program is to provide jobs to individuals in need of assistance. About 50% of CSA's are formerly homeless, ex-offenders, or recovering addicts, and The Partnership helps them achieve their personal and professional goals through job training and support.

Throughout the year, CSA's receive assistance on the streets through the court-sanctioned Community Service Program, as The Partnership serves as a site at which individuals can complete required community service hours. During 2004, 1,428 workers completed a total of 24,382 work hours.

For the past nine years, The Partnership has also provided summer jobs and job training to young people from Baltimore's Empowerment Zones through the Youth Works program. In summer 2005, 40 participants helped with maintenance and beautification while learning a variety of skills and providing valuable services to Downtown.

## PUBLIC SAFETY GUIDES

In fiscal year 2005, 45 Public Safety Guides (PSG's) patrolled Downtown's streets as goodwill ambassadors offering assistance to citizens, business owners, police, and Downtown's homeless population.

In fiscal year 2005, PSG's recorded:

- 227,000 general citizen assists
- 740 safety escorts
- 106,000 assists to business owners
- 74 police assists
- 4,200 responses to panhandling concerns
- 29,000 addresses to homeless issues
- 500 confrontations of illegal vendors

From 2000 to 2004, there was a 47% reduction in total crime in the Downtown Management Authority District, which is attributed in part to The Partnership's public safety initiatives.

## HOMELESS OUTREACH

Another goal of the PSG program is to reach out to homeless individuals on a daily basis by engaging them in conversation, encouraging them to seek assistance and services, and fostering cooperation between agencies and businesses to more effectively deal with issues related to homelessness.

The PSG's are part of the "Hands in Partnership" (HIP) program, which is jointly coordinated by Downtown Partnership, Baltimore Mental Health Systems, and the Baltimore City Office of Homeless Services. Through the HIP program, the Safety Guides receive special training to identify and assist homeless individuals who may be mentally ill or in need of special services. The Partnership is also represented on the boards of Healthcare for the Homeless and Baltimore Homeless Services.

In addition, PSG's are also part of the City's "Code Blue" cold weather emergency response plan to help people without proper shelter survive harsh winter weather. When the temperature drops and wind picks up, "Code Blue" is declared, and City agencies collaborate to provide short-term shelter, transportation, and increased outreach to the homeless.

This year, for the first time, The Partnership had a Homeless Outreach Coordinator who worked with our

Public Safety Guides to study and assess the needs of Downtown's homeless population.

## ANTI-PANHANDLING INITIATIVES

In spring 2004, important legislation introduced by The Partnership was adopted by the City Council that bans panhandling in Baltimore at night. The Partnership successfully advocated for this legislation in order to decrease panhandling and make Downtown safer and more inviting at night for residents, visitors, and employees.

In 2005, we launched a "Make a Change" program in the Downtown Management Authority District, through which collection boxes have been placed in Downtown businesses, hotels, attractions, and other public places. The collection boxes are part of a four-prong approach that encourages people to support homeless outreach organizations that will use the money in productive ways, while also discouraging giving money directly to panhandlers. The campaign encourages people to, "Put your change where you can make one."



## DOWNTOWN PUBLIC SAFETY COALITION

The Downtown Public Safety Coalition, a network of more than 4,000 public and private safety providers, was launched in 1994 as a unique, comprehensive, and efficient approach to maintaining Downtown's safety. Downtown Partnership manages this network of police officers, private safety operators, parking operators, hotel managers, and residential and commercial property owners and managers, who share safety-related information on a regular basis via e-mails and monthly meetings.

Other key initiatives of The Partnership and Public Safety Coalition include:

- *Safety seminars, training, and displays* – The Partnership's safety professionals regularly disseminate information and tips to the Downtown community through displays in building lobbies and at events; by visiting businesses that were victims of crime or who request assistance; and by presenting seminars on special topics, such as counterfeiting and front desk safety.
- *Court Watch* – Downtown's Court Watch program was created in 2002 to increase the prosecution of nuisance crimes by informing juries and judges of the negative effect these offenses have on the quality of life in the community.
- *Video Patrol* – The Video Patrol program, which began in 1996 to increase the public's sense of safety, assist police, and deter crime, was expanded to the Westside, bringing the total to 80 cameras in the DMA District. The city installed an additional 50 cameras to supplement the existing program.
- *BECON* – Downtown Partnership and the Safety Coalition are spearheading the Mayor's new "BECON," Baltimore Emergency Communication Network, initiative.

Case 1:05-cv-00580-TCW Document 32-3 Filed 06/15/2006 Page 11 of 20



A clean, attractive, and well-maintained Downtown is paramount to a healthy and prosperous community. The Partnership's maintenance and beautification efforts include: the Streetscape, Façade Improvement, and Code Enforcement programs; landscaping and greening; a pedestrian wayfinding signage system; open space improvements; and arts initiatives.

## OPEN SPACE IMPROVEMENTS

### CENTER PLAZA

In July 2005, the Baltimore City Department of Public Works advertised for bids to reconstruct Center Plaza, a three-acre space that connects City Center and the Westside. Downtown Partnership oversaw the design process and took the lead in securing the over $6 million of public and private funds necessary to make the planned improvements. Peter Angelos, Constellation Energy/BGE, and Southern Management have committed funds for the project. Construction, which will transform this crumbling underutilized plaza into City Center's premier green space, is expected to begin before the end of 2005 and should be completed in 14 months. The renovated plaza will be managed and programmed by a non-profit entity, which The Partnership will oversee.

### PRESTON GARDENS

Another public-private partnership is in place for the renovation of Preston Gardens, the historic park on St. Paul Place across the street from Mercy Medical Center. The stakeholders around the park are supplementing City funds for landscaping and other aesthetic improvements. Designed by local architecture firm Hord Coplan Macht, the first phase of renovations, expected to cost about $250,000, will begin in fall 2005 and be complete in summer 2006. The goal is to make Preston Gardens a more appealing and utilized space for Downtown residents and employees.

## STREETSCAPE

The purpose of Downtown's Streetscape Program is to improve the pedestrian environment through new and better-maintained sidewalks, trees, plantings, street furniture, and lighting. Over $20 million has been invested in the past seven years to improve 67 block faces throughout Downtown.

The Partnership has worked with Hord Coplan Macht to develop specific design recommendations and guidelines to be incorporated throughout Downtown. The Streetscape program is managed by The Partnership and the City, and funded through City, State, and private resources. It has become another example of the success of public-private partnerships, as many property owners and developers have incorporated the Streetscape standards into their projects.

Fiscal year 2005 highlights:

- The completion of work on Charles, Centre, and Lexington streets (between Park Avenue and Howard Street), including the return of vehicular traffic through Lexington Mall.





- Privately funded projects that incorporated Streetscape elements include: Charles Plaza; the blocks around Centerpoint, the mixed-use development on the Westside; the area around 500 E. Pratt Street, Downtown's newest office tower; and the Marriott Residence Inn at Light and Redwood streets.
- Key projects for which the City has advertised bids or awarded contracts include Calvert and Eutaw streets, both between Lombard and Baltimore streets. The reno vation of Calvert Street is important because of its role as a major thoroughfare from the Inner Harbor through City Center and Mt. Vernon, and Eutaw Street contin ues to see increased traffic due to the success of the Hippodrome Theatre.
- Other key projects currently under design include: Saratoga Street; St. Paul Place from Saratoga to Centre streets; and Light Street from Lombard to Lexington streets.
- 250 large flowerpots were planted in spring 2005 with small evergreens and annual flowers. An increasing number of pots are being planted and maintained by individual property owners, but the vast majority are being maintained through an agreement between The Partnership and Civic Works, a Baltimore non-profit that helps young people pay for college.
- 60 new ornamental trashcans were placed through out the DMA District to complement new light poles and other Streetscape elements.

## FAÇADE IMPROVEMENT PROGRAM

Downtown Partnership's Façade Improvement Program (FIP) provides up to $10,000 in matching City and State grant funds, as well as architectural and design assistance, to business and property owners who want to make improvements to their storefronts. Since the program began in 2001, 81 projects have been completed throughout the DMA District, representing $6.5 million in total investment.

From January 2004 – August 2005

- 49 projects completed; $4.5 million total investment
- 22 projects in progress; $1.2 million total investment
- 11 pending projects; $2.2 million total investment




## CODE ENFORCEMENT

As part of our comprehensive campaign to improve the appearance of Downtown's buildings, The Partnership worked with a City housing inspector to inspect all build-




ings in the 106-block DMA District to identify code violations. By the end of the program's second year, the inspector had evaluated 1,530 properties and identified 472 properties with code violations. The Partnership is tracking these violations and working with property owners to make the necessary improvements. Over 150 properties have already completed necessary repairs or made significant improvements to their exteriors.

## PEDESTRIAN WAYFINDING SYSTEM

Downtown's Pedestrian Wayfinding System was initiated by The Partnership and the Mount Vernon Cultural District in fall 2003. Approximately 70 directional signs and six informational kiosks can be found throughout City Center and Mount Vernon. The system is designed to increase foot traffic and encourage people to discover more of Downtown's cultural institutions, architecture, and history. Design and preparations are underway for the expansion of the program to the Westside, with the installation of 32 signs and five kiosks expected to begin in fall 2005.

The Downtown Baltimore Identity and Pedestrian Wayfinding System was recently awarded the Excellence Award in Design for Corporate Identity and Branding by the New York Chapter of the International Association of Business Communicators.

## ARTS INITIATIVES

Another important aspect of a vibrant Downtown neighborhood is increased activity on the streets, and The Partnership works with other City organizations to cultivate Baltimore's rich arts and cultural community.

### CURRENT GALLERY

In partnership with BDC and the Baltimore Office of Promotion & The Arts (BOPA), 30 S. Calvert Street was converted into the Current Gallery in December 2004. Current is a temporary public gallery and artists' studio that brings to life a vacant building awaiting redevelopment. A group of 20 local artists was selected to utilize this City-owned building rent-free. This proved so successful that the program is in planning stages to be expanded to other vacant buildings.

### STREET PERFORMERS

In fall 2004, The Partnership advocated for the City Council to pass legislation creating a street performers license for entertainers to perform on select City streets. This is a unique way to add more life to Downtown's streets, as jugglers, stilt-walkers, mimes, clowns and other performers will entertain passers-by. A representative from The Partnership sits on the licensing board, and auditions are being planned for spring 2006.

### BALTIMORE ART EXPOSURE

The Baltimore Art Exposure program, initiated by Downtown Partnership, connects the arts and business communities by organizing displays of artwork in vacant windows and storefronts. The program entered its fifth year with additional art installations in storefronts on Howard, Lexington, and Charles streets.

### BALTIMORE MURAL PROGRAM

Downtown Partnership worked with BOPA to select local artists to create murals on properties throughout City Center and the Westside, including several on Howard and Calvert streets. These murals not only add color to Downtown's buildings and streets, they also support local artists and increase public exposure to visual arts.



Downtown Partnership actively promotes Downtown Baltimore as a business, residential, cultural, and entertainment destination to Downtown and local area employees and residents. Our goal is to encourage people to come Downtown and enjoy all of the unique and exciting benefits of working, living, and visiting here, including special events, attractions, and shopping and dining. Working with our media partners, corporate sponsors, and Downtown attractions, we create programs that highlight these benefits, such as *First Thursdays, Downtown for the Holidays,* and the *What's Up? Downtown!* print ad campaign. We also communicate information about our own programs and initiatives to our members, the Downtown business community, and the media.

## FIRST THURSDAYS

*First Thursdays* has been taking place for over 30 years, and activities include outdoor concerts, retail and restaurant promotions, and art exhibit openings. Thousands of Downtown and metropolitan area employees and residents attend the festivities on the first Thursday of each month from May through October. Two afternoon concerts (*Pepsi Lunchtime Concerts* in Hopkins Plaza and *Opera in the Park* in Mt. Vernon) and two evening concerts (*Concerts in the Park* in Mt. Vernon and *Jazzy Summer Nights* in Hopkins Plaza) drew thousands to the historic Charles Street corridor each month.



## PROGRAMMING IN OPEN SPACES

Not only is The Partnership actively involved in the renovation and maintenance of Downtown's open spaces, we also create and manage programs to utilize these spaces in unique ways.



### LUNCHTIME IN HOPKINS PLAZA

For the third year, we set up café tables and chairs in Hopkins Plaza (Charles and Baltimore streets) on a daily basis from May through October, and presented live entertainment every Thursday. Several corporations located around the plaza supported the program.

### PRESTON GARDENS

Also supported by corporate partners is annual programming in Preston Gardens. For the past eight years, lunchtime *Picnics in the Park* have taken place in the fall, offering thousands of area employees a chance to enjoy grilled food and live music in a picnic atmosphere.

## DOWNTOWN FOR THE HOLIDAYS

This multimedia marketing campaign promotes all of the exciting and unique activities that occur in Downtown Baltimore during the holiday season at attractions and in neighborhoods. Each year, the campaign informs Downtown and metropolitan area employees and residents of the many special events planned for the holidays through the *Downtown for the Holidays* guide, of which 225,000 copies are produced and distributed. The campaign is also supported by print ads; TV, radio, and web promotions; and other marketing tools.

We also produce several events during the holiday season:

### DOWNTOWN HOLIDAY LUNCH PARTY

This lunchtime event, during which Baltimore's favorite restaurants set up in major Downtown office lobbies and give away samples of their specialties, kicks off the holiday season. The event is enjoyed by thousands of Downtown employees and creates a festive atmosphere in the participating office buildings.

### DOWNTOWN DOLLAR OR LESS DAYS

For the past 10 years, Downtown attractions have joined together to offer $1 or free admission during a weekend in December. This promotion has attracted more than 30,000 local visitors to Downtown Baltimore in one weekend, and is a great way for attractions to give back to the community.



### A MONUMENTAL OCCASION: THE ANNUAL LIGHTING OF THE WASHINGTON MONUMENT

This event has been a Baltimore holiday tradition for over 30 years and draws a crowd of thousands. Each November, holiday lights are strung on the Washington Monument in historic Mount Vernon. An outdoor festival featuring performers, vendors, local celebrities and dignitaries, and fireworks is held on the first Thursday in December. The event culminates with the "lighting" of the Monument by the Mayor.

## MEMBER EVENTS & COMMUNICATIONS

The Partnership's marketing staff works closely with the membership team to plan events exclusively targeted for employees at our over 600 member companies, such as the *Business Over Breakfast* series, networking events, Annual Meeting, and member receptions. We send two monthly e-mails and a print newsletter, *'Round Downtown*, to members, which include valuable information on Partnership programs and initiatives, Downtown development and investment, events and promotions, and member-to-member discounts.

## MARKET RESEARCH

For the past 10 years, The Partnership has worked with WB&A Market Research on their annual MarkeTrak™ study of adult heads of households in the City and six surrounding counties. The research identifies how often and why people visit Downtown Baltimore, overall impressions of Downtown, and awareness of The Partnership's programs. In 2004, we also commissioned Observation Baltimore to conduct focus groups to further understand perceptions of Downtown and familiarity with The Partnership. We chose two key groups to interview: young professionals who live and work in Downtown, and middle-aged people who work Downtown but live in the suburbs. The research shows that an increasing number of people have a more favorable impression of Downtown now compared to five years ago, the variety of things to do is the top reason why, and those who live and work Downtown generally enjoy doing so. We use this research as a benchmark for Downtown's progress and to plan targeted programs and communications.

## MEDIA OUTREACH

We work directly with local print, TV, and radio partners on several of our events, as well as reach out to the media for coverage of our various programs and initiatives. We proactively promote Downtown and serve as a resource for local, regional, and national media outlets looking for more information about Downtown Baltimore.

## DOWNTOWN PARTNERSHIP STAFF

**Bob Aydukovic**
*Vice President, Economic Development (incoming)*

**Karen Barland**
*Director, Human Resources*

**Mary Lou Bertazon**
*Director, Finance*

**Bob Bolek**
*Video Patrol Coordinator*

**Debbie Campbell**
*Director, Human Resources*

**David Carrodine**
*Vice President, Marketing*

**Michael Cook**
*Director, Information Technology*

**Bob Dengler**
*Vice President, Capital Projects and Constituent Services*

**Betty Eaton**
*Supervisor, Public Safety Guides*

**Michael Evitts**
*Director, Public Relations*

**Kirby Fowler**
*President*

**Everett Fullwood**
*Director, Public Space Maintenance*

**Eugene Gaines**
*Supervisor/Quartermaster, Public Safety Guides*

**Regina Green**
*Payroll Manager*

**Brian Greenan**
*Homeless Outreach Coordinator*

**Joy Handy-Lane**
*Senior Executive Assistant*

**Linda House**
*Director, Business Development*

**Lisa Keir**
*Director, Mt. Vernon Cultural District*

**Larry Lewis**
*Director, Public Safety Coalition*

**Nicole McGlynn**
*Director, Marketing*

**Kate McGraw**
*Membership Coordinator*

**Kate McNamee**
*Marketing Assistant*

**Patricia Merritt**
*Assistant to Director of Public Space Maintenance*

**Ronald Robinson**
*Supervisor, Public Safety Guides*

**Nan Rohrer**
*Director, Retail Development*

**Michele Rutkowski**
*Chief Operating Officer*

**Ke Sheng**
*Accounting Assistant*

**Bertina Silver**
*Director, Public Safety Guides*

**Marshall Snively**
*Vice President, Economic Development and Planning (outgoing)*

**Megan Stearman**
*Manager, Economic Development*

**Rupi Virdee**
*Manager, Marketing*

**Marian Williams**
*Receptionist/Dispatcher*

**Tom Yeager**
*Executive Vice President, Clean & Safe Programs*

### CSA SUPERVISORS

**Charles Adams**
**Barry Heintz**
**Ronald Hood**
**Barry Murphy**
**Thomas Shell**

## THANK YOU TO OUR SPONSORS

### DOWNTOWN HOUSING INITIATIVE

A & R Development Corporation
Harry & Jeanette Weinberg Foundation
Legg Mason
RLJ Development
Southern Management Corporation
Quadrangle Development Corporation
Westside Renaissance, Inc.
Whetstone Development Partners, Inc.

### PUBLIC SAFETY COALITION

1st Mariner Arena
Allied Security
The Baltimore Sun
BGE
Constellation Energy
DB Alex Brown
Federal Reserve Bank
Lexington Market
Maryland Stadium Authority
MBC Realty
Securitas
Tremont Suite Hotels

### EVENTS & COMMUNICATIONS

1st Mariner Arena
A & R Development Corporation
Acme Paper & Supply Company
Arrow Parking
Babalu Grill
Ballard Spahr Andrews & Ingersoll, LLP
Baltimore & Ohio Railroad Museum
Baltimore Area Convention & Visitors Association
Baltimore City Department of Recreation & Parks
Baltimore Development Corporation
Baltimore Museum of Art
Baltimore Office of Promotion & The Arts
Baltimore Symphony Orchestra
Bozzuto Development Company
The Brewer's Art
The Can Company / Struever Bros. Eccles & Rouse
Central Parking
Charles Street Restaurant Association
Charm City Signs
Citifinancial
The Classic Catering People
Copra
David S. Brown Enterprises
DuClaw Brewing
e. magination
The Engineers Club at the Garrett-Jacobs Mansion
Gallagher Evelius & Jones LLP
Gardel's
General Growth Properties, Inc.
Genesis Publishing & Advertising
The Hippodrome Theatre at The France-Merrick Performing Arts Center
Historic Charles Street Association
Insight 180°
Investors United
Invoke Systems
Janda Florist
The Kornblatt Company
Lexington Market
Manekin
Maryland Historical Society
Maryland Science Center
Maryland Transit Administration
Mercantile
Mercy Medical Center
Merritt Athletic Clubs
Microsoft
Midtown Yacht Club
Mission Media
Mt. Vernon Cultural District
National Aquarium in Baltimore
New Foundations
One
Park Avenue Café
Parkway
Pepsi
Port Discovery, The Children's Museum in Baltimore
Provident Bank
R & R Events
Red Maple
Samuel Adams
Saul Ewing LLP
Southern Management Corporation
Southwest Airlines
Spectrum Catering
Spinnaker Bay
Standard Parking
SunTrust
Trammell Crow Company
Tremont Suite Hotels
Truffles - The Catering Company
Tydings & Rosenberg LLP
ULI Baltimore
Urban Land Institute
Venable LLP
Verizon
Walters Art Museum

### MEDIA PARTNERS

Baltimore Business Journal
Baltimore Magazine
The Baltimore Sun
City Paper
The Daily Record
Magic 95.9
Mix 106.5
Urbanite
WBAL TV
WERQ (92Q)
WTMD 89.7

# VOLUNTEER COMMITTEES

## CENTER PLAZA STAKEHOLDERS

*Peter G. Angelos*
Law Offices of Peter G. Angelos

*Clarence Bishop*
Baltimore City Office of the Mayor

*Shubroto Bose*
Baltimore Development Corporation

*Dennis Chojnowski*
Baltimore City Department of Public Works

*Mike Cook*
Baltimore City Department of Public Works

*Congressman Elijah Cummings*
U.S. House of Representatives

*Robert Flanagan*
Maryland Department of Transportation

*David Hillman*
Southern Management Corporation

*Tom Marudas*
Law Offices of Peter G. Angelos

*Mark Pollak, Esq.*
Wilmer Cutler Pickering Hale & Dorr LLP

*Steve Roth*
BGE

*Keith Scroggins*
Baltimore City Department of Public Works

*Gershon Seiferas*
Wilmer Cutler Pickering Hale and Dorr LLP

## PRESTON GARDENS STAKEHOLDERS

*Peg Benzinger*
Mercy Medical Center

*Carlos Cherry*
CitiFinancial

*Carolyn Curtis*
CitiFinancial

*Alyson King*
The Kornblatt Company

*Nancy Marsiglia*
New Foundations

*Gary Michael*
Mercy Medical Center

*Karron Minor*
Provident Bank

*Jennifer Morgan*
Baltimore City Department of Recreation & Parks

*Beatriz Portillo*
Southern Management Corporation

*Debra Speed*
Verizon

*Rick Staub*
Tremont Suite Hotels

*Bill Vondrasek*
Baltimore City Department of Recreation & Parks

## MARKETING STEERING COMMITTEE

*Margot Amelia*
Baltimore Area Convention & Visitors Association

*Chris Cropper*
Maryland Science Center

*Amy Getz*
Baltimore and Ohio Railroad Museum

*Kristi Halford*
Maryland Historical Society

*Roz Healy*
Baltimore Office of Promotion and The Arts

*Beth Mealy*
Baltimore Symphony Orchestra

*John Pezzullo*
Struever Bros. Eccles & Rouse

*Suzanne Rothrock*
National Aquarium in Baltimore

*Heather Shaffer*
1st Mariner Arena

*Bob Sicard*
Baltimore Office of Promotion & The Arts

*Andrea Simpson*
General Growth Properties, Inc.

*Michael Smith*
Walters Art Museum

*Rich Solli*
Maryland Transit Administration

*Janet Walker*
Lexington Market

*Michelle Winner*
Port Discovery, The Children's Museum in Baltimore

## MEMBERSHIP ADVISORY BOARD

*Greg Derwart*
Maryland Transit Administration

*Denise Dewling*
Tydings & Rosenberg, LLP

*Terri Harrington*
The Shapiro Company

*Lorraine Jacobs*
Chase Street Properties, LLC

*Anne Pascal*
Victor Pascal Custom Tailors

## PUBLIC SAFETY COALITION

*Harry Aziz*
Maryland Institute College of Art

*Lt. John Bailey*
Baltimore Police Department

*Bruce Baldwin*
Maryland Science Center

*Edward Ballard*
University of Maryland, Baltimore Police

*Jerry Bartgis*
Federal Protective Police

*Bob Beahm*
BGE

*Michael Bender*
BGE

*Mike Birmingham*
General Growth Properties, Inc.

*Capt. John Biuk*
Maryland Transportation Authority Police

*Dean Blankenship*
Securitas

*Jim Cappola*
CitiFinancial

*Les Chalmers*
Carefirst BlueCross BlueShield

*Stephen Cook*
Sheraton Inner Harbor Hotel

*Mark Cowley*
M&T Bank

*Blaise D'Ambrosio*
T. Rowe Price

*Ron Daniel*
Maryland General Hospital

*Robert Donald*
Legg Mason, Inc.

*Edward Donhauser*
MBC Realty, Inc.

*Sgt. Randy Dull*
Baltimore Police Department

*Major David Engel*
Baltimore Police Department

*Casper Genco*
Lexington Market

*Ben Greenwald*
Arrow Parking

*Rosalyn Gross*
Federal Reserve Bank

*Bill Hamilton*
Allied Security

*Frank Harper*
MBC Realty

*James Holiday*
Baltimore Convention Center

*Lt. Christopher Holland*
Maryland Transit Administration Police

*Cornel Jones*
Marriott Inner Harbor Hotel

*Peter Komar*
Holiday Inn Inner Harbor

DOWNTOWN PARTNERSHIP

*Jon Koscher*
Sheraton Inner Harbor Hotel

*Eva Lane*
John Hopkins University Downtown Center

*Tom Levering*
Deutsche Bank Securities, Inc.

*Mike Lewis*
Edison Parking

*Louis Mount*
Maryland General Services Administration Police

*Captain Mitchel Page*
Harborplace Security

*Frank Remesh*
1st Mariner Arena

*Michael Riley*
Bank of America

*James Roberts*
Mercy Medical Center

*Major Paul Sheppard*
Baltimore Police Department

*Patty Sipes*
Tremont Suite Hotels

*Jim Slusser*
Maryland Stadium Authority

*Art Stegmayer*
Catholic Relief Services

*Andre Street*
Hyatt Regency Baltimore

*Denise Stroh*
1st Mariner Arena

*Jim Taylor*
Boston Properties

*Cephas Thomas*
Renaissance Harborplace Hotel

*David Walker*
Maryland Stadium Authority

*Donnie Womack*
Marriott Waterfront Hotel

*Art Wynn*
Baltimore City State's Attorney's Office

## STREETSCAPE STEERING COMMITTEE

*Shubroto Bose*
Baltimore Development Corporation

*John Burch*
Baltimore City Department of Transportation

*Paul Dombrowski*
Baltimore Development Corporation

*Jim Hall*
Baltimore City Department of Planning

*David Johnson*
Building Owners & Managers Association

*Osborne King*
Baltimore City Department of Transportation

*Carol Macht*
Hord Coplan Macht, Inc.

*Frank Murphy*
Baltimore City Department of Transportation

*Khalil Zaied*
Baltimore City Department of Transportation



# DOWNTOWN PARTNERSHIP FOCUS AREAS



DOWNTOWN
PARTNERSHIP

The organization committed to making Downtown Baltimore a better place.