IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| CITY CRESCENT LIMITED PARTNERSHIP, | |
| Plaintiff, | |
| v. | No. 05-580 (Judge Wheeler) |
| THE UNITED STATES, | |
| Defendant. | |

**DEFENDANT'S NOTICE OF FILING**

Pursuant to the Court's order dated May 12, 2006, defendant, the United States, respectfully submits the attached affidavit.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

OF COUNSEL:

Robert Notigan
Assistant General Counsel
Real Property Division
General Services Administration

/s/ Michael J. Dierberg
MICHAEL J. DIERBERG
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Fl.
1100 L. St. NW
Washington, DC 20530
Telephone: (202) 353-0536
Facsimile: (202) 307-0972

June 15, 2006

Attorneys for Defendant