GSA

RECEIVED
MAY 1 1

GSA Mid-Atlantic Region

*~ OVERNIGHT DELIVERY ~*

MAY 1 0 2001

The Law Offices of
Edward Gregorowicz, Jr.
10565 Lee Highway, Suite 102
Fairfax, VA 22030

Dear Mr. Gregorowicz:

Your offer to satisfy the Government's requirements for office and related space currently being leased at the City Crescent Building is hereby accepted. The following are details concerning the space:

DATE OF OFFER: February 23, 2001, as amended on March 13, 2001, April 24, 2001, April 26, 2001 and May 10, 2001. (April 26 and May 10, 2001, amended offers were mutually agreed to over the phone and concerned, fee for change orders, carpet replacement, and life safety revisions.)

ADDRESS OF BUILDING:

City Crescent Building
10 South Howard Street
Baltimore, Maryland 20201

ANNUAL RENT:

**Years 1 through 5 : 266,574 OSF X $28.00/OSF = $7,464072.00 per year.**
**Years 6 through 15 : 266,574 OSF X $28.80/OSF = $7,677,331.00 per year.**

If the lessor installs a separate electric meter at its sole cost and expense, the Government has the unilateral right to convert this lease to a net of electric lease, at any time during the renewal term, at the following negotiated terms:

Annual Rent, net of electric (Government pays its electric usage directly to the utility company):

**Years 1 through 5 : 266,574 OSF X $24.72/OSF = $6,589,709.28 per year.**
**Years 6 through 15 : 266,574 OSF X $25.52/OSF = $6,802,490.85 per year.**

PLAINTIFF'S EXHIBIT
B

U.S. General Services Administration
The Wanamaker Building
100 Penn Square East
Philadelphia, PA 19107-3396
www.gsa.gov

<u>LEASE TERM AND COMMENCEMENT DATE</u>: A fifteen (15) year 266,574 usable square foot lease and 89 inside parking spaces, as per the terms of the lease and all effective lease supplements.

Two (2) copies of the Supplemental Lease Agreement (SLA) are enclosed for your signature. Please sign both copies and return both copies to this office within ten (10) working days from receipt. Upon execution by the Government, one copy will be returned to you for your records.

Thank you for your cooperation. If you have any questions, please contact me at (215) 656-5875.

Sincerely

Douglas Dooling
Contracting Officer
Chesapeake Realty Services District

Enclosures (2 SLAs)

THE LAW OFFICES OF
EDWARD V. GREGOROWICZ, JR.
SUITE 102
10565 LEE HIGHWAY
FAIRFAX, VIRGINIA 22030
(703) 934-6645
FAX: (703) 934-6649

EDWARD V. GREGOROWICZ, JR.*

* ADMITTED IN VIRGINIA & THE DISTRICT OF COLUMBIA

OF COUNSEL:
FREDERICK P. HINK

February 23, 2001

Mr. Douglas Dooling
Contracting Officer
Chesapeake Realty Services District
General Services Administration
Mid-Atlantic Region
100 Penn Square East, Sixth Floor
Philadelphia, PA 19107-3396

**Re: GSA Lease No. GS-03B-09074**
**City Crescent Building**
**Renewal Options**

Dear Doug:

On behalf of Otis Warren and the City Crescent Limited Partnership (CCLP), I am pleased to submit this revised proposal for a Supplemental Lease Agreement for the early renewal of the referenced lease in accordance with our recent phone discussion. This revised proposal is not subject to any contingencies and may accepted by the government until May 15, 2001.

As we discussed, the CCLP can offer the best value to the government for a fifteen (15) year lease renewal, and is willing to make certain rental and services concessions to induce the government to commit to an early renewal and fifteen (15) extension of the referenced lease. These concessions are available to the government, provided that the government commits to the renewal of the lease on the terms set forth below. The terms of such early renewal are supported by the approved prospectus for this project and are set forth as follows:

A. The Government shall commit to the renewal of the lease for a fifteen (15) year term no later than May 15, 2001. This includes the exercise of any of the existing options set forth in Supplemental Lease Agreement No. 4 for a combined term of fifteen (15) years or the additional option for a single fifteen (15) year term as set forth below.

B. The purchase option set forth in paragraph "C" of SLA No. 4 of the referenced lease shall be deemed canceled and voided upon exercise of the renewal options by the government.

C. The government's cost for all alterations work performed by the lessor during the remaining term of the lease will include a management fee for overhead and profit in accordance with the following agreed-to percentages:

(1) For all projects in which the lessor's cost is between $1.00 and $500,000.00: 10% Overhead +10% Profit.

(2) For all projects in which the lessor's cost is over $500,000.00: 8% Overhead + 7% Profit.

D. All terms and conditions of the lease not specifically changed by this offer would remain in full force and effect, including the provisions regarding operating cost and real estate tax adjustments.

E. Additional Renewal Option - Fifteen Year Term. In addition to the renewal options set forth in Supplemental Lease Agreement No. 4, the government shall have the right and option to extend the lease for a firm fifteen (15) year term commencing immediately after the last day of the initial term of the lease. If exercised, this option will extend the lease term until March 30, 2018. The base rent for the fifteen year renewal term on a full service basis is as follows:

| TERM | FULL SERVICE RATE | TOTAL RENT |
|---|---|---|
| March 31, 2003 to March 30, 2018: | $26.95/sq.ft. | $8,400,665.35 |

The base rent for a fifteen year renewal term on a net of electricity basis is as follows:

| TERM | NET RATE | TOTAL RENT |
|---|---|---|
| March 31, 2003 to March 30, 2018: | $24.40/sq.ft | $7,605,797.20 |

The bases and schedule for adjustments in real estate taxes and operating costs established under the lease will remain unchanged during the fifteen year renewal term, except that the operating cost base will be reduced by $2.55 per square foot (i.e. $794,868.15) in the event that the government exercises the option on a net of electricity basis. In the event that the government accepts the renewal option on the net of electricity basis, the lessor will provide a sub-meter, at its sole cost and expense, to meter the non-government electricity use on the first floor of the building.

F. The lessor will maintain the north entrance of the building as a handicapped-accessible entrance equipped with a power-aided door at the lessor's sole cost and expense.

Please contact me directly if you have any questions about the terms offered above. Otis Warren remains willing to negotiate as necessary to reach an agreement in the best interests of all parties to the lease. Thank you again for your consideration of this offer and the CCLP.

Sincerely,

Edward V. Gregorowicz, Jr.

cc: Otis Warren
Steve Peters

THE LAW OFFICES OF
EDWARD V. GREGOROWICZ, JR.
SUITE 102
10565 LEE HIGHWAY
FAIRFAX, VIRGINIA 22030
(703) 934-6645
FAX: (703) 934-6649

EDWARD V. GREGOROWICZ, JR *

* ADMITTED IN VIRGINIA & THE DISTRICT OF COLUMBIA

OF COUNSEL:
FREDERICK P. HINK

March 13, 2001

Mr. Douglas Dooling
Contracting Officer
Chesapeake Realty Services District
General Services Administration
Mid-Atlantic Region
100 Penn Square East, Sixth Floor
Philadelphia, PA 19107-3396

Re: **GSA Lease No. GS-03B-09074**
**City Crescent Building**
**Renewal Options**

Dear Doug:

This follows our discussion regarding the February 23, 2001 proposal submitted on behalf of Otis Warren and the City Crescent Limited Partnership (CCLP), and your February 26, 2001 letter, received in my office on February 28, 2001. Based on these discussions and the terms in your February 26, 2001 letter, I am pleased to submit this revised proposal for a Supplemental Lease Agreement for the early renewal of the referenced lease. This revised proposal is not subject to any contingencies and may accepted by the government until May 15, 2001.

Our offer continues to apply to an early fifteen (15) year lease renewal. The terms of such early renewal are supported by the approved prospectus for this project and are set forth as follows:

A. The Government shall commit to the renewal of the lease for a fifteen (15) year term no later than May 15, 2001. This includes the exercise of any of the existing options set forth in Supplemental Lease Agreement No. 4 for a combined term of fifteen (15) years or the additional option for a single fifteen (15) year term as set forth below.

B. The purchase option set forth in paragraph "C" of SLA No. 4 of the referenced lease shall be deemed canceled and voided upon exercise of the renewal options by the government.

C. The government's cost for all alterations work performed by the lessor during the remaining term of the lease will include a management fee for overhead and profit in accordance with the following agreed-to percentages:

(1) For all projects in which the lessor's cost is between $1.00 and $500,000.00: 10% Overhead + Profit.

(2) For all projects in which the lessor's cost is over $500,000.00: 8% Overhead + Profit.

D. The lessor shall furnish to the government a Tenant Allowance for use by the government during the renewal term with a cumulative value of One Million Five Hundred Thousand Dollars ($1,500,000.00). The government may use this Tenant Allowance for any work related to the improvement of the leased premises during the term. The Tenant Allowance will be made available in increments of $100,000.00 for each year of the fifteen (15) year renewal term, with each $100,000.00 increment available on the first day of each lease year. The unused portion of this Tenant Allowance will accumulate annually and shall remain available to the government throughout the remaining lease term until expended in its entirety.

E. All terms and conditions of the lease not specifically changed by this offer would remain in full force and effect, including the provisions regarding operating cost and real estate tax adjustments.

F. Additional Renewal Option - Firm Fifteen Year Term. In lieu of the renewal options set forth in Supplemental Lease Agreement No. 4, the government shall have the right and option to extend the lease for a firm fifteen (15) year term commencing immediately after the last day of the initial term of the lease. If exercised, this option will extend the lease term until March 30, 2018. The base rent for the fifteen year renewal term on a full service basis is as follows:

| TERM | FULL SERVICE RATE | TOTAL RENT |
|---|---|---|
| March 31, 2003 to March 30, 2018: | $25.66/ rentable s.f. | $7,998,555.58 |

The base rent for a fifteen year renewal term on a net of electricity basis is as follows:

| TERM | NET RATE | TOTAL RENT |
|---|---|---|
| March 31, 2003 to March 30, 2018: | $23.11/rentable s.f. | $7,203,687.43 |

The bases and schedule for adjustments in real estate taxes and operating costs established under the lease will remain unchanged during the fifteen year renewal term, except that the operating cost base will be reduced by $2.55 per square foot (i.e. $794,868.15) in the event that the government exercises the option on a net of electricity basis. In the event that the government accepts the renewal option on the net of electricity basis, the lessor will provide a sub-meter, at its sole cost and expense, to meter the non-government electricity use on the first floor of the building.

G. The lessor will maintain the north entrance of the building as a handicapped-accessible entrance equipped with a power-aided door at the lessor's sole cost and expense.

Please contact me directly if you have any questions about the terms offered above. Otis Warren looks forward to reaching an agreement with GSA in the best interests of all parties to the lease ASAP. In this regard, we are willing to meet with you at your convenience to discuss the terms offered. Thank you again for your consideration of this offer and your cooperation with the CCLP.

Sincerely,

Edward V. Gregorowicz, Jr.

cc: Otis Warren
Steve Peters

THE LAW OFFICES OF
EDWARD V. GREGOROWICZ, JR.
SUITE 102
10565 LEE HIGHWAY
FAIRFAX, VIRGINIA 22030
(703) 934-6645
FAX: (703) 934-6649

EDWARD V. GREGOROWICZ, JR.*

* ADMITTED IN VIRGINIA & THE DISTRICT OF COLUMBIA

OF COUNSEL:
FREDERICK P. HINK

April 24, 2001

Mr. Douglas Dooling
Contracting Officer
Chesapeake Realty Services District
General Services Administration
Mid-Atlantic Region
100 Penn Square East, Sixth Floor
Philadelphia, PA 19107-3396

**Re: GSA Lease No. GS-03B-09074**
**City Crescent Building**
**Renewal Options - Revised**

Dear Doug:

This follows our conference call this morning and our negotiations regarding the lease renewal proposal submitted on behalf of Otis Warren and the City Crescent Limited Partnership (CCLP). We have revised our offer in accordance with the negotiations, and I am pleased to submit this revised proposal for a Supplemental Lease Agreement for the early renewal of the referenced lease. This revised proposal is not subject to any contingencies and may accepted by the government until May 15, 2001.

Our revised proposal continues to apply to an early fifteen (15) year lease renewal. The terms of such early renewal are supported by the approved prospectus for this project and are set forth as follows:

| TERM | FULL SERVICE ANNUAL RENT |
|---|---|
| March 31, 2003 to March 30, 2008: | $7,464,072.00 |
| March 31, 2008 to March 30, 2018: | $7,677,331.00 |

This full service annual rent equates to a usable square foot rate of $28.00 for the first five (5) years of the renewal term and $28.80 for the remaining ten (10) years of the term. These annual rents are based upon the 266,574 usable square foot measurement of the leased premises set forth in Supplemental Lease Agreement (SLA) No. 19, dated October 19, 1998. The rent also equates to a rentable square foot rate of $24.35 for the first five years and $25.04 for the balance of the term, based upon the 306,560 rentable square foot measurement we previously discussed. Both the square foot rates, as well as the total annual rent proposed, are substantially below the acceptable limits set forth in the September 13, 2000 Lease Prospectus, as well as the existing renewal rates set forth in SLA No. 4.

The base rent for a fifteen year renewal term on a net of electricity basis is as follows:

| TERM | NET OF ELECTRIC ANNUAL RENT |
|---|---|
| March 31, 2003 to March 30, 2018: | $6,589,709.28 |
| March 31, 2003 to March 30, 2018: | $6,802,490.85 |

This net of electric rent equates to a usable square foot rate of $24.72 for the first five (5) years of the renewal term and $25.52 for the remaining ten (10) years of the term. These annual rents are based upon the 266,574 usable square foot measurement of the leased premises set forth in Supplemental Lease Agreement (SLA) No. 19, dated October 19, 1998. The rent also equates to a rentable square foot rate of $21.50 for the first five years and $22.19 for the balance of the term, based upon the 306,560 rentable square foot measurement we previously discussed. Please take notice that this offers the same increased discount for a net of electricity offer due to the CCLP's preference to renew the lease on a net basis.

The bases and schedule for adjustments in real estate taxes and operating costs established under the lease will remain unchanged during the fifteen year renewal term if the government accepts either the full service or net of electric fifteen year renewal options set forth above, except that the operating cost base will be reduced by $794,868.00, i.e. the estimate for electricity charges, in the event that the government exercises the option on a net of electricity basis. Notice that the actual rent savings for a net of electricity offer are greater than this estimate by $79,972.15, which amount is

offered as an additional concession if the government accepts the net of electric offer. In the event that the government accepts the renewal option on the net of electricity basis, the lessor will provide a sub-meter, at its sole cost and expense, to meter the non-government electricity use on the first floor of the building.

Further, as we discussed, there will be no operating cost or real estate tax adjustment paid by the government at the beginning of the 11th lease year in recognition of the increased rent, and operating cost and real estate tax adjustments will continue on an annual basis in accordance with the lease on the twelfth anniversary of the commencement date and thereafter.

G. The lessor will provide paint and carpet during the renewal terms at its cost and expense in accordance with the terms of the lease.

H. The lessor will maintain the north entrance of the building as a handicapped-accessible entrance equipped with a power-aided door at the lessor's sole cost and expense.

Please contact me directly if you have any questions about the terms offered above. We have attempted to address each of the government's concerns with this revised proposal, and we hope you will deem the terms offered acceptable to the government. Otis Warren looks forward to reaching an agreement with GSA in the best interests of all parties to the lease ASAP. Thank you again for your consideration of this offer and your cooperation with the CCLP.

Sincerely,

Edward V. Gregorowicz, Jr.

cc: Otis Warren
Steve Peters