**GSA/ City Crescent Building**
**Baltimore, MD**

**DRAFT**

| | |
|---|---|
| Issuance of Certificates | 08/15/01 |
| Construction Completion | N/A |
| First Interest Payment | 09/15/01 |
| First Principal Payment | 09/15/01 |
| Final Principal Payment | 03/15/18 |
| Capitalized Interest through | N/A |
| First Rent Receipt | 09/01/01 |
| Final Rent Receipt | 03/01/18 |

| | |
|---|---|
| Lease Term (Years) | 16.50 |
| Rent in Arrears? | Yes |
| Days lagged: Rent v Debt PMTs | 15 |
| Semi-annual or Monthly PMTS | Semi-Annual |
| Initial Months Lag in Debt PMTs | 0 |
| Balloon | yes |

**Total Sources of Funds**

| | | |
|---|---|---|
| Proceeds of Debt Issue | | $50,170,000.00 |
| Less: Original Issue Discount | | 0.00 |
| Earnings on Invested Debt Proceeds | | |
| Construction Fund | 0.00 | |
| Capitalized Interest Fund | 0.00 | |
| Liquidity Reserve | 0.00 | |
| Earnings on Escrow Deposit | 0.00 | |
| Release of Existing Reserves | 1,000,000.00 ?? | |
| Required Equity Contribution | | 0.00 |
| Total Sources of Funds | | 51,170,000.00 |

**Total Uses of Funds**

| | | |
|---|---|---|
| Construction Costs | | $0.00 |
| Interset Expense (Capitalized Interest) | | 0.00 |
| Upfront Construction Loan Fee + Atty | | 0.00 |
| Reserve Account Deposits | | 200,000.00 |
| Residual Premium at 4% | or 4.5% | 905,000.00 |
| Mortgage Broker | | 0.00 |
| Placement Costs | | 501,700.00 |
| Costs of Issuance | | 87,000.00 |
| Prepayment of Existing Deal | | 42,085,000.00 |
| Surplus (Deficit) | | 7,391,300.00 |
| Total Uses of Funds | | $51,170,000.00 |

**Debt Rates**

| | |
|---|---|
| Treasury Benchmark | 5.389% |
| Credit Spread | 1.800% |
| Semi Annual Borrowing Rate | 7.189% |
| **Monthly Borrowing Rate** | **7.083%** |
| **Monthly Credit Spread** | **1.695%** |

**Earnings Rates on Invested Proceeds**

| | |
|---|---|
| Construction Fund | 0.00% |
| Capitalized Interest Fund | 0.00% |
| Float Earnings | 5.50% |
| Liquidity Reserve Fund | 0.00% |
| Escrow Fund Earnings | 0.00% |

**Funds Available at Closing (8/15/01)**

| | |
|---|---|
| Proceeds of Debt Issue | $50,170,000.00 |
| Draws from Const Loan | 0.00 |
| Required Equity Contribution | 0.00 |
| Total Available for Deposit | 50,170,000.00 |

**Deposit of Funds at Closing (8/15/01)**

| | |
|---|---|
| Estimated Net To Borrower | $6,391,300.00 |
| Upfront Negative Arbitrage Cost | 0.00 |
| Residual Premium at 4% | 905,000.00 |
| Reserve Accounts (For Owners) | |
| Operating Reserves | 200,000.00 |
| Liquidity | 0.00 |
| Working Capital (Funded at Escrow Release Date) | 0.00 |
| Replacement Reserve (Funded at Escrow Release Da | 0.00 |
| Tax & Insurance Deposit | 0.00 |
| Partnership Account (Funded at Escrow Release Date | 0.00 |
| Mortgage Broker | 0.00 |
| Placement Costs | 501,700.00 |
| Upfront Construction Loan Fee + Atty | 0.00 |
| Prepayment of Existing Deal | 42,085,000.00 |
| Costs of Issuance | 87,000.00 |
| **Total Deposits:** | 50,170,000.00 |

**Average Lives (years)**

| | |
|---|---|
| Average Life of Borrowing | 12.95 |

**Balloon Information**

| | |
|---|---|
| Balloon Amount | 20,000,000.00 |
| Balloon as % of Issue | 39.86% |

*Interest Rates as of - 6/4/01*

C:\New Lease\GSA - City Crescent\[GSA - City Crescent 6-

PLAINTIFF'S EXHIBIT
C

**GSA/ City Crescent Building**
**Baltimore, MD**

Pro Forma / Costs of Issuance
Tax Cost Per Square Foot

Calculation of Initial Financed Rent Amount

| | | |
|---|---|---|
| Total Rentable Square Feet | 266,574 | $/sq ft |
| Capital Portion of Base Rent | 6,799,966.00 | $25.51 |
| Plus: GSA Tax Income | 85,772.33 | $0.32 |
| Plus: Other Tenant Income | 100,000.00 | $0.38 |
| Total GSA Base Rent | $6,985,738.33 | $26.21 |
| Less: Utilities | (638,000.00) | (2.39) |
| Less: Additional Utility | (191,400.00) | (0.72) |
| Less: Operating Expense (1217) plus 15k | (846,577.00) | (3.18) |
| Less: Current Taxes minus 15k | (875,600.00) | (3.28) |
| Less: Insurance | (50,300.00) | (0.19) |
| Less: Annual Trustee Fee | (4,500.00) | (0.02) |
| Plus: Annual Float (GIC) | 54,081.78 | 0.20 |
| Net Finance Rent Available | 4,433,443.11 | 16.63 |
| Initial Amount Available for Debt Service | 3,943,491.76 | 14.79 |
| Excess Finance Rent | 489,951.34 | 1.84 |
| Plus: Liquidity Reserve Earnings | 0.00 | 0.00 |
| Total Excess Income | 489,951.34 | 1.84 |
| Less: Management Fee | (175,000.00) | (0.66) |
| Less: Replacement Reserves | (66,643.50) | (0.25) |
| Total Fixed Expenses | (241,643.50) | (0.91) |
| Remaining Cashflow | $248,307.84 | 0.93 |

Financing Fees and Expenses

| | |
|---|---|
| Banking Fee | 0.600% |
| Placement Costs | 0.400% |
| Loan Amount | $50,170,000.00 |
| Construction Loan Upfront Fee | 0.000% |
| Construction Loan Rate | 0.000% |
| Letter of Credit Monthly Not At Risk Fee | 0.000% |
| Construction Lender Legal | $0.00 |
| Expenses | |
| Bond Counsel | $50,000 |
| Disbursements (Bond Counsel) | 5,000 |
| Environmental Insurance | 0 |
| NAIC | 3,500 |
| Trustee | 9,500 |
| Trustee Counsel | 4,000 |
| Investor Counsel | 15,000 |
| Total | 87,000 |

Prepayment of Existing Deal

| | |
|---|---|
| Par on Bonds | 34,285,000.00 |
| Prepayment Premium | 5,000,000.00 |
| Land | 2,800,000.00 |
| Total: | 42,085,000.00 |

CSA/ City Crescent Building
Baltimore, MD
Sensitivity Analysis

| Debt Service Payment Dates | Base Rent | Rent Factor | Adjusted Rent | Balloon Cty | Other Tenant Income | CPI Increases | Float Interest | RE Tax Reimb (83,772) | Add'l Income | Less: Operat & Maint Expenses | Less: Utility Expenses | Additional Utility (Bump 30%) | Less: Insur | Less: Taxes | Less: Trustee | Less: Cap'l Reserves | Net Income | Debt Service | Other Exp | Mgmt Cash Flow to Owner |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 124,293,619 | | | 20,000,000 | 0 | 7,635,416 | 1,053,124 | 5,201,410 | | (18,487,568) | (15,454,454) | (957,000) | (1,244,871) | (18,518,332) | (74,250) | (1,099,618) | 99,459,735 | 96,570,350 | 0 | 7,428,116 |
| 06/15/01 | | | | | | | | | | | | | | | | | | | | |
| 09/15/01 | 0 | 0.00 | 0 | 0 | 0 | 0 | 0 | 0 | | 0 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 03/15/02 | 3,399,983 | 1.04 | 3,275,829 | 0 | 0 | 0 | 27,041 | 39,655 | 50,000 | (423,289) | (319,000) | (95,700) | (25,150) | (437,800) | (2,250) | (33,322) | 2,056,015 | 1,966,610 | 0 | 213,559 |
| 09/15/02 | 3,399,983 | 1.04 | 3,275,829 | 0 | 0 | 0 | 27,056 | 46,117 | 50,000 | (423,289) | (319,000) | (95,700) | (25,150) | (444,367) | (2,250) | (33,322) | 2,065,935 | 1,968,435 | 0 | 211,554 |
| 03/15/03 | 3,399,983 | 1.04 | 3,275,829 | 0 | 0 | 0 | 26,106 | 0 | 50,000 | (438,104) | (319,000) | (95,700) | (26,408) | (451,033) | (2,250) | (33,322) | 1,986,121 | 1,898,620 | 0 | 211,554 |
| 09/15/03 | 3,732,036 | 1.04 | 3,595,757 | 0 | 0 | 0 | 30,472 | 0 | 50,000 | (438,104) | (319,000) | (95,700) | (26,408) | (457,798) | (2,250) | (33,322) | 2,305,643 | 2,216,148 | 0 | 223,779 |
| 03/15/04 | 3,732,036 | 1.04 | 3,595,757 | 0 | 0 | 52,492 | 31,797 | 66,090 | 50,000 | (453,437) | (319,000) | (95,700) | (27,728) | (464,665) | (2,250) | (33,322) | 2,400,034 | 2,312,534 | 0 | 223,779 |
| 09/15/04 | 3,732,036 | 1.04 | 3,595,757 | 0 | 0 | 52,492 | 31,796 | 72,949 | 50,000 | (453,437) | (319,000) | (95,700) | (27,728) | (471,635) | (2,250) | (33,322) | 2,399,921 | 2,312,421 | 0 | 223,779 |
| 03/15/05 | 3,732,036 | 1.04 | 3,595,757 | 0 | 0 | 79,925 | 31,936 | 79,910 | 50,000 | (469,308) | (319,000) | (95,700) | (29,114) | (478,709) | (2,250) | (33,322) | 2,410,123 | 2,322,625 | 0 | 223,779 |
| 09/15/05 | 3,732,036 | 1.04 | 3,595,757 | 0 | 0 | 79,925 | 31,934 | 85,976 | 50,000 | (469,308) | (319,000) | (95,700) | (29,114) | (485,890) | (2,250) | (33,322) | 2,410,006 | 2,322,506 | 0 | 223,779 |
| 03/15/06 | 3,732,036 | 1.04 | 3,595,757 | 0 | 0 | 108,180 | 32,077 | 94,148 | 50,000 | (485,733) | (319,000) | (95,700) | (30,570) | (493,178) | (2,250) | (33,322) | 2,420,409 | 2,332,909 | 0 | 223,779 |
| 09/15/06 | 3,732,036 | 1.04 | 3,595,757 | 0 | 0 | 108,180 | 32,076 | 101,427 | 50,000 | (485,733) | (319,000) | (95,700) | (30,570) | (500,576) | (2,250) | (33,322) | 2,420,289 | 2,332,789 | 0 | 223,779 |
| 03/15/07 | 3,732,036 | 1.04 | 3,595,757 | 0 | 0 | 137,284 | 32,327 | 103,815 | 50,000 | (502,734) | (407,134) | | (32,098) | (508,085) | (2,250) | (33,322) | 2,438,560 | 2,351,060 | 0 | 223,779 |
| 09/15/07 | 3,732,036 | 1.04 | 3,595,757 | 0 | 0 | 137,284 | 32,325 | 116,315 | 50,000 | (502,734) | (407,134) | | (32,098) | (515,706) | (2,250) | (33,322) | 2,438,437 | 2,350,937 | 0 | 223,779 |
| 03/15/08 | 3,732,036 | 1.04 | 3,595,757 | 0 | 0 | 167,260 | 32,190 | 123,927 | 50,000 | (523,330) | (427,491) | | (33,703) | (523,442) | (2,250) | (33,322) | 2,428,597 | 2,341,097 | 0 | 223,779 |
| 09/15/08 | 3,838,666 | 1.04 | 3,698,493 | 0 | 0 | 167,260 | 33,621 | 131,653 | 50,000 | (523,330) | (427,491) | | (33,703) | (531,293) | (2,250) | (33,322) | 2,532,638 | 2,445,138 | 0 | 227,673 |
| 03/15/09 | 3,838,666 | 1.04 | 3,698,493 | 0 | 0 | 196,136 | 33,474 | 139,494 | 50,000 | (538,541) | (448,865) | | (35,389) | (539,263) | (2,250) | (33,322) | 2,521,968 | 2,434,468 | 0 | 227,673 |
| 09/15/09 | 3,838,666 | 1.04 | 3,698,493 | 0 | 0 | 198,136 | 33,472 | 147,454 | 50,000 | (538,541) | (448,865) | | (35,389) | (547,352) | (2,250) | (33,322) | 2,521,837 | 2,434,397 | 0 | 227,673 |
| 03/15/10 | 3,838,666 | 1.04 | 3,698,493 | 0 | 0 | 229,938 | 33,313 | 155,533 | 50,000 | (557,390) | (471,308) | | (37,158) | (555,562) | (2,250) | (33,322) | 2,510,287 | 2,422,787 | 0 | 227,673 |
| 09/15/10 | 3,838,566 | 1.04 | 3,698,493 | 0 | 0 | 229,938 | 33,311 | 163,733 | 50,000 | (557,390) | (471,308) | | (37,158) | (563,895) | (2,250) | (33,322) | 2,510,152 | 2,422,652 | 0 | 227,673 |
| 03/15/11 | 3,838,566 | 1.04 | 3,698,493 | 0 | 0 | 262,694 | 33,140 | 172,056 | 50,000 | (576,899) | (494,874) | | (39,016) | (572,354) | (2,250) | (33,322) | 2,497,665 | 2,410,164 | 0 | 227,673 |
| 09/15/11 | 3,838,666 | 1.04 | 3,698,493 | 0 | 0 | 262,694 | 33,136 | 180,504 | 50,000 | (576,899) | (494,874) | | (39,016) | (580,939) | (2,250) | (33,322) | 2,497,530 | 2,410,030 | 0 | 227,673 |
| 03/15/12 | 3,838,666 | 1.04 | 3,698,493 | 0 | 0 | 296,433 | 32,953 | 189,079 | 50,000 | (597,090) | (519,617) | | (40,967) | (589,653) | (2,250) | (33,322) | 2,484,038 | 2,396,558 | 0 | 227,673 |
| 09/15/12 | 3,838,666 | 1.04 | 3,698,493 | 0 | 0 | 296,433 | 32,951 | 197,782 | 50,000 | (597,090) | (519,617) | | (40,967) | (598,498) | (2,250) | (33,322) | 2,483,915 | 2,396,415 | 0 | 227,673 |
| 03/15/13 | 3,838,666 | 1.04 | 3,698,493 | 0 | 0 | 331,184 | 32,751 | 206,616 | 50,000 | (617,988) | (545,598) | | (43,015) | (607,475) | (2,250) | (33,322) | 2,469,395 | 2,381,895 | 0 | 227,673 |
| 09/15/13 | 3,838,666 | 1.04 | 3,698,493 | 0 | 0 | 331,184 | 32,749 | 215,582 | 50,000 | (617,988) | (545,598) | | (43,015) | (616,588) | (2,250) | (33,322) | 2,469,247 | 2,381,747 | 0 | 227,673 |
| 03/15/14 | 3,838,666 | 1.04 | 3,698,493 | 0 | 0 | 366,978 | 32,534 | 224,683 | 50,000 | (639,618) | (572,878) | | (45,166) | (625,836) | (2,250) | (33,322) | 2,453,617 | 2,366,117 | 0 | 227,673 |
| 09/15/14 | 3,838,666 | 1.04 | 3,698,493 | 0 | 0 | 366,978 | 32,532 | 233,920 | 50,000 | (639,618) | (572,878) | | (45,166) | (635,224) | (2,250) | (33,322) | 2,453,465 | 2,365,965 | 0 | 227,673 |
| 03/15/15 | 3,838,666 | 1.04 | 3,698,493 | 0 | 0 | 403,845 | 32,301 | 243,296 | 50,000 | (662,005) | (601,522) | | (47,424) | (644,752) | (2,250) | (33,322) | 2,436,660 | 2,349,160 | 0 | 227,673 |
| 09/15/15 | 3,838,666 | 1.04 | 3,698,493 | 0 | 0 | 403,845 | 32,299 | 252,813 | 50,000 | (662,005) | (601,522) | | (47,424) | (654,424) | (2,250) | (33,322) | 2,436,503 | 2,349,003 | 0 | 227,673 |
| 03/15/16 | 3,838,666 | 1.04 | 3,698,493 | 0 | 0 | 441,619 | 32,051 | 262,472 | 50,000 | (685,175) | (631,598) | | (49,795) | (664,240) | (2,250) | (33,322) | 2,418,454 | 2,330,954 | 0 | 227,673 |
| 09/15/16 | 3,838,666 | 1.04 | 3,698,493 | 0 | 0 | 441,819 | 32,048 | 272,276 | 50,000 | (685,175) | (631,598) | | (49,795) | (674,203) | (2,250) | (33,322) | 2,418,292 | 2,330,792 | 0 | 227,673 |
| 03/15/17 | 3,838,666 | 1.04 | 3,698,493 | 0 | 0 | 480,931 | 31,782 | 282,127 | 50,000 | (709,156) | (663,178) | | (52,285) | (684,317) | (2,250) | (33,322) | 2,398,926 | 2,311,426 | 0 | 227,673 |
| 09/15/17 | 3,838,665 | 1.04 | 3,698,493 | 0 | 0 | 480,931 | 31,780 | 292,328 | 50,000 | (709,156) | (663,178) | | (52,285) | (694,581) | (2,250) | (33,322) | 2,398,759 | 2,311,259 | 0 | 227,673 |
| 03/15/18 | 3,838,666 | 1.04 | 3,698,493 | 20,000,000 | 0 | 521,217 | 31,780 | 302,580 | 50,000 | (733,976) | (696,337) | | (54,899) | (705,000) | (2,250) | (33,322) | 22,378,285 | 21,290,785 | 0 | 227,673 |

**GSA/ City Crescent Building**
**Baltimore, MD**

| | |
|---|---|
| Weighted Average Life (years) | 12.95 |
| Interpolated Treasury Rate | 5.39% |
| Credit Spread | 1.800% |
| Borrowing Rate | 7.19% |

M

| Period Ending | Financed Rental PMTs | Capitalized Interest | Amortization Schedule Principal | Interest | Total | Outstanding Principal |
|---|---|---|---|---|---|---|
| | 96,572,255 | 300,546 | 50,170,000.00 | 46,700,895.94 | 96,870,895.94 | |
| 08/15/01 | | | | | | 50,170,000.00 |
| 09/15/01 | 0 | 300,545.77 | 0.00 | 300,545.77 | 300,545.77 | 50,170,000.00 |
| 03/15/02 | 1,968,515 | 0.00 | 163,335.59 | 1,803,274.63 | 1,966,610.21 | 50,006,664.41 |
| 09/15/02 | 1,968,435 | 0.00 | 171,031.13 | 1,797,403.81 | 1,968,434.94 | 49,835,633.29 |
| 03/15/03 | 1,898,620 | 0.00 | 107,363.36 | 1,791,256.39 | 1,898,619.75 | 49,728,269.93 |
| 09/15/03 | 2,216,148 | 0.00 | 428,750.61 | 1,787,397.40 | 2,216,148.01 | 49,299,519.32 |
| 03/15/04 | 2,312,534 | 0.00 | 540,547.77 | 1,771,986.69 | 2,312,534.46 | 48,758,971.55 |
| 09/15/04 | 2,312,421 | 0.00 | 559,863.76 | 1,752,557.63 | 2,312,421.39 | 48,199,107.79 |
| 03/15/05 | 2,322,625 | 0.00 | 590,190.28 | 1,732,434.29 | 2,322,624.57 | 47,608,917.51 |
| 09/15/05 | 2,322,508 | 0.00 | 611,287.17 | 1,711,220.91 | 2,322,508.08 | 46,997,630.35 |
| 03/15/06 | 2,332,909 | 0.00 | 643,659.51 | 1,689,249.24 | 2,332,908.75 | 46,353,970.83 |
| 09/15/06 | 2,332,789 | 0.00 | 666,674.74 | 1,666,114.00 | 2,332,788.74 | 45,687,296.09 |
| 03/15/07 | 2,351,060 | 0.00 | 708,908.76 | 1,642,151.52 | 2,351,060.28 | 44,978,387.33 |
| 09/15/07 | 2,350,937 | 0.00 | 734,265.63 | 1,616,671.01 | 2,350,936.64 | 44,244,121.70 |
| 03/15/08 | 2,341,097 | 0.00 | 750,817.71 | 1,590,279.09 | 2,341,096.81 | 43,493,303.99 |
| 09/15/08 | 2,445,138 | 0.00 | 881,845.32 | 1,563,292.24 | 2,445,137.56 | 42,611,458.67 |
| 03/15/09 | 2,434,468 | 0.00 | 902,872.11 | 1,531,595.82 | 2,434,467.94 | 41,708,586.55 |
| 09/15/09 | 2,434,337 | 0.00 | 935,193.08 | 1,499,143.63 | 2,434,336.71 | 40,773,393.48 |
| 03/15/10 | 2,422,787 | 0.00 | 957,257.30 | 1,465,529.72 | 2,422,787.02 | 39,816,136.18 |
| 09/15/10 | 2,422,652 | 0.00 | 991,529.08 | 1,431,122.75 | 2,422,651.82 | 38,824,607.10 |
| 03/15/11 | 2,410,169 | 0.00 | 1,014,685.12 | 1,395,483.93 | 2,410,169.05 | 37,809,921.98 |
| 09/15/11 | 2,410,030 | 0.00 | 1,051,016.95 | 1,359,012.82 | 2,410,029.77 | 36,758,905.02 |
| 03/15/12 | 2,396,558 | 0.00 | 1,075,322.21 | 1,321,235.81 | 2,396,558.03 | 35,683,582.81 |
| 09/15/12 | 2,396,415 | 0.00 | 1,113,829.33 | 1,282,585.20 | 2,396,414.54 | 34,569,753.48 |
| 03/15/13 | 2,381,895 | 0.00 | 1,139,344.39 | 1,242,550.52 | 2,381,894.91 | 33,430,409.08 |
| 09/15/13 | 2,381,747 | 0.00 | 1,180,148.35 | 1,201,598.73 | 2,381,747.08 | 32,250,260.74 |
| 03/15/14 | 2,366,117 | 0.00 | 1,206,937.16 | 1,159,180.33 | 2,366,117.49 | 31,043,323.58 |
| 09/15/14 | 2,365,965 | 0.00 | 1,250,166.15 | 1,115,799.04 | 2,365,965.19 | 29,793,157.43 |
| 03/15/15 | 2,349,160 | 0.00 | 1,278,296.24 | 1,070,863.96 | 2,349,160.20 | 28,514,861.19 |
| 09/15/15 | 2,349,003 | 0.00 | 1,324,085.51 | 1,024,917.79 | 2,349,003.30 | 27,190,775.68 |
| 03/15/16 | 2,330,954 | 0.00 | 1,353,628.16 | 977,325.81 | 2,330,953.97 | 25,837,147.53 |
| 09/15/16 | 2,330,792 | 0.00 | 1,402,120.36 | 928,671.97 | 2,330,792.33 | 24,435,027.17 |
| 03/15/17 | 2,311,426 | 0.00 | 1,433,150.86 | 878,275.16 | 2,311,426.02 | 23,001,876.30 |

**GSA/ City Crescent Building**
**Baltimore, MD**

| | |
|---|---|
| Weighted Average Life (years) | 12.95 |
| Interpolated Treasury Rate | 5.39% |
| Credit Spread | 1.800% |
| Borrowing Rate | 7.19% |

M

| Period Ending | Financed Rental PMTs | Capitalized Interest | Amortization Schedule Principal | Interest | Total | Outstanding Principal |
|---|---|---|---|---|---|---|
| | 96,572,255 | 300,546 | 50,170,000.00 | 46,700,895.94 | 96,870,895.94 | |
| 09/15/17 | 2,311,259 | 0.00 | 1,484,496.49 | 826,763.00 | 2,311,259.49 | 21,517,379.81 |
| 03/15/18 | 22,290,785 | 0.00 | 21,517,379.81 | 773,405.32 | 22,290,785.14 | 0.00 |