*Appendix B*

DEBT SERVICE SCHEDULE

| Payment Date | Principal | Interest | Total |
|---|---|---|---|
| March 15, 2002 | 203,763.36 | 1,287,750.00 | 1,491,513.36 |
| September 15, 2002 | 214,552.52 | 1,710,072.05 | 1,924,624.57 |
| March 15, 2003 | 154,306.47 | 1,702,777.26 | 1,857,083.73 |
| September 15, 2003 | 472,564.77 | 1,697,530.84 | 2,170,095.61 |
| March 15, 2004 | 587,116.62 | 1,681,463.64 | 2,268,580.26 |
| September 15, 2004 | 606,965.73 | 1,661,501.67 | 2,268,467.40 |
| March 15, 2005 | 640,213.50 | 1,640,864.84 | 2,281,078.34 |
| September 15, 2005 | 661,864.49 | 1,619,097.58 | 2,280,962.07 |
| March 15, 2006 | 697,329.07 | 1,596,594.19 | 2,293,923.26 |
| September 15, 2006 | 720,918.47 | 1,572,885.00 | 2,293,803.47 |
| March 15, 2007 | 766,407.34 | 1,548,373.77 | 2,314,781.11 |
| September 15, 2007 | 792,341.78 | 1,522,315.92 | 2,314,657.70 |
| March 15, 2008 | 812,369.25 | 1,495,376.30 | 2,307,745.55 |
| September 15, 2008 | 942,576.30 | 1,467,755.75 | 2,410,332.05 |
| March 15, 2009 | 967,059.84 | 1,435,708.15 | 2,402;767.99 |
| September 15, 2009 | 999,808.89 | 1,402,828.12 | 2,402,637.01 |
| March 15, 2010 | 1,025,544.65 | 1,368,834.61 | 2,394,379.26 |
| September 15, 2010 | 1,060,278.23 | 1,333,966.10 | 2,394,244.33 |
| March 15, 2011 | 1,087,332.11 | 1,297,916.64 | 2,385,248.75 |
| September 15, 2011 | 1,124,162.39 | 1,260,947.34 | 2,385,109.73 |
| March 15, 2012 | 1,152,603.85 | 1,222,725.82 | 2,375,329.67 |
| September 15, 2012 | 1,191,649.17 | 1,183,537.29 | 2,375,186.46 |
| March 15, 2013 | 1,221,551.44 | 1,143,021.22 | 2,364,572.66 |
| September 15, 2013 | 1,262,936.65 | 1,101,488.47 | 2,364,425.12 |
| March 15, 2014 | 1,294,376.93 | 1,058,548.63 | 2,352,925.56 |
| September 15, 2014 | 1,338,233.74 | 1,014,539.81 | 2,352,773.55 |
| March 15, 2015 | 1,371,293.42 | 969,039.86 | 2,340,333.28 |
| September 15, 2015 | 1,417,760.80 | 922,415.89 | 2,340,176.69 |
| March 15, 2016 | 1,452,525.68 | 874,212.02 | 2,326,737.70 |
| September 15, 2016 | 1,501,750.22 | 824,826.15 | 2,326,576.37 |
| March 15, 2017 | 1,538,310.79 | 773,766.64 | 2,312,077.43 |
| September 15, 2017 | 1,590,447.15 | 721,464.07 | 2,311,911.22 |
| March 15, 2018 | 19,629,084.36 | 667,388.87 | 20,296,473.23 |



PLAINTIFF'S EXHIBIT D