# In the United States Court of Federal Claims

**No. 05-580 C**

**CITY CRESCENT LIMITED PARTNERSHIP,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the Published Opinion and Order, filed July 10, 2006, denying defendant's motion for summary judgment and granting plaintiff's cross-motion for summary judgment,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the plaintiff is entitled to recover of and from the United States General Services Administration for the Supplemental Tax/Surcharge through tax year 2005/2006, the sum of $494,390.68, plus interest as allowed under the Contract Disputes Act, 41 U.S.C. § 611. The Court grants plaintiff a declaratory judgment that the GSA must include the annual increases in the Supplemental Tax/Surcharge in its future rent calculations under the Tax Adjustment clause for the remainder of the lease. Each party shall bear its own costs.

Brian Bishop
Clerk of Court

**July 10, 2006** By: s/Lisa L. DeFade

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.