United States Court of Federal Claims
717 MADISON PLACE, N.W.
WASHINGTON, DC 20005

July 12, 2006

Robert G. Watt
Watt, Tieder & Hoffar & Fitzgerald, L.L.P.
8405 Greensboro Drive, suite 100
Suite 100
McLean, VA 22102

In re: City Crescent Limited Partnership v. United States, No. 05-580 C

Dear Mr. Watt:

I am enclosing the 28 U.S.C. §2517 certified transcript of judgment, dated July 11, 2006, in favor of plaintiff in the case listed above.

As to the procedure for obtaining payment of judgment, see the enclosed Instruction Sheet.

Yours truly,

Mark Busby
Senior Docket Clerk

Enclosures
cc: Michael James Dierberg, Esq.